AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America | ) | |
|---|---|---|
| v. | ) | Case: 1:21-mj-00085 |
| ROBERT GIESWEIN | ) | Assigned To : Faruqui, Zia M. |
| | ) | Assign. Date : 01/16/2021 |
| | ) | Description: Complaint w/ Arrest Warrant |
| **Date of Birth: XXXXXXXX** | ) | |
| Defendant(s) | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 6, 2021__ in the county of _____ in the _____ in the District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 111(a)(2) | Assault on a federal officer |
| 18 USC 1361, 2 | Aiding and Abetting Destruction of Federal Property |
| 18 USC 1512(c)(2) | Obstruction of a federal proceeding |
| 18 USC 1752(a) | Violent entry or disorderly conduct |
| 40 USC 5104(e) | Knowingly entering or remaining in any restricted building or grounds without lawful authority |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

_____
Complainant's signature

Cameron Graham, Special Agent
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by Telephone (specifically reliable electronic means).

Date: 01/16/2021

2021.01.16 15:36:00 -05'00'
Judge's signature

City and state: Washington D.C.

Zia M. Faruqui, U.S. Magistrate Judge
Printed name and title