NOTICE OF APPEARANCE IN A CRIMINAL CASE

# CLERK'S OFFICE
# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA
# WASHINGTON, D.C.   20001

UNITED STATES OF AMERICA

vs.    Criminal Number  21-cr-024-EGS-1

ROBERT GIESWEIN
(Defendant)

TO:    ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:    (Please check one)

☐ CJA        ☐ RETAINED        ☒ FEDERAL PUBLIC DEFENDER

*Ann Mason Rigby*
(Signature)

**PLEASE PRINT THE FOLLOWING INFORMATION:**

Ann Mason Rigby, 910902
*(Attorney & Bar ID Number)*

Federal Public Defender Office - EDVA
*(Firm Name)*

1650 King Street, Suite 500
*(Street Address)*

Alexandria, VA  22314
*(City)         (State)         (Zip)*

703-600-0800
*(Telephone Number)*