AO 442 (Rev 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
10:44 am, Jan 19, 2021
JEFFREY P. COLWELL, CLERK

United States of America
v.
ROBERT GIESWEIN

*Defendant*

Case No.  21-mj-00085

Colorado Case No.  21-mj-00010-STV

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* **ROBERT GIESWEIN**,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 USC 111(a)(2) Assault on a federal officer
18 USC 1361, 2  Aiding and Abetting Destruction of Federal Property
18 USC 1512(c)(2) Obstruction of a federal proceeding
18 USC 1752(a) Violent entry or disorderly conduct
40 USC 5104(e) Knowingly entering or remaining in any restricted building or grounds without lawful authority

Date:  01/16/2021

2021.01.16 15:33:18 -05'00'

*Issuing officer's signature*

City and state:  Washington D.C.

Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 1/16/2021, and the person was arrested on *(date)* 1/19/2021
at *(city and state)* Teller County, Divide, CO

Date: 1/19/2021

*Arresting officer's signature*

Anna F. Rinner, FBI Special Agent
*Printed name and title*