UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ROBERT GIESWEIN,<br><br>    Defendant. | Crim. Action No. 21-24-1 (EGS) |

**ORDER**

Upon consideration of the government's Motion to Continue and to Exclude Time Under the Speedy Trial Act (ECF No. 11), Defendant Robert Gieswein's opposition to same, and the entire record, it is hereby **ORDERED** that the government's motion (ECF No. 11) is **DENIED**.

**SO ORDERED.**

**Signed:**

  **Emmet G. Sullivan**
  **United States District Judge**