### **DECLARATION OF BENJAMIN DONALD ROCKEL**

I, Benjamin Donald Rockel, I am 23 and fully competent to make the following declaration:

1. I have known Bobby Gieswein since I was a junior in high-school, and we have been close friends since 2018.

2. Bobby and I wanted a nickname to describe our group of friends who shared interests in camping, shooting, disaster preparedness, and outdoor survival.

3. At first, we chose the name "Rocky Mountain Oathkeepers," and registered a website URL, rockymountainoathkeeprs.com. I was contacted by a man who said he was a leader in a state Oathkeeper organization, who told us that the word "Oathkeeper" is trademarked, and we needed to either become an Oathkeeper chapter, or change the name. We researched the group because we had not known much about them before. We decided we did not want to join, and chose to change the name. I believe that we were not able to change the name of our group on the registration, but we were able to change the website name. That is when we started calling ourselves the Woodland Wild Dogs.

4. Nobody was required to go through any initiation, pay any dues, or attend particular events or meetings, follow any rules, or share any ideology to join in Woodland Wild Dog outings. There was no formal hierarchy in our group.

5. The Woodland Wild Dog included people who were not ardent supporters of former President Trump, including myself. I voted for him, but reluctantly. I believe that other members of the group did not vote for him.

6. The Woodland Wild Dogs were not an anti-government group.

7. The most people that I have ever been with on a Woodland Wild Dog outing with is five or six people.

8. I went camping with some of this group in late 2020, but the last time we got more than four people together for a campout was probably in 2019, or very early 2020.

9. Bobby never told me he was an Oathkeeper, and I never had reason to think he was.

10. Bobby never told me he was a Proud Boy, and I never had reason to think that he was.

11. Bobby and I hung out with some members of a local "Three Percenter" group, but we stopped after a while. The last time we hung out with them was approximately 2018.

12. Bobby never told me he was part of any other group, and I had no reason to think that he was.

13. Bobby told me he was going to Washington, DC for the rally that Trump supporters planned for January 6.

14. Although he invited me to join him, Bobby never tried to recruit me in any plan to get into the Capitol, prevent the counting of electoral votes, or prevent Joe Biden from taking office as President.

15. Bobby never suggested that he had any plan to get into the Capitol, prevent the counting of electoral votes, or prevent Joe Biden from taking office as President.

16. I have never seen Bobby threaten violence, let alone actually commit violence against another person.

17. Bobby frequently wore his plate carrier on camping outings, and even around town.

18. Bobby wanted to a be a police officer, and also told me that he had spoken with an Army recruiter about joining the Army.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 8, 2021

by: Benjamin D. Rockel