FD-302 (Rev. 5-8-10)

UNCLASSIFIED//FOUO

FEDERAL BUREAU OF INVESTIGATION

Date of entry    02/02/2021

(U//FOUO) ▓▓▓▓▓ R▓▓▓, date of birth ▓▓▓▓▓, was interviewed at ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓, Woodland Park, Colorado at approximately 1030 hours. After being advised of the identity of the interviewing Agent and the nature of the interview, ▓▓▓▓▓▓▓▓ provided the following information:

(U//FOUO) ▓ stated he wanted to be a character witness for Robert "Bobby" Gieswein. Bobby is a good guy. He has had a rough life. He had a step father a number of years ago who is in prison. Bobby was close to another step father, "Patrick," who died three years ago yesterday from heart complications.

(U//FOUO) Bobby invited some of his friends to go with him to the Capitol. Bobby didn't have bad intentions that lead him to go. ▓ is not a QAnon guy, but Bobby is. Bobby believes in the conspiracy theory, but Ben thinks there is no way that much stuff could be organized secretly.

(U//FOUO) Bobby probably went to D.C. because he wanted to support Trump. Bobby went to a rally in Colorado Springs with President Trump in 2020, and Bobby probably thought it would be like a big President Trump rally in D.C. ▓ doesn't think anyone thought the stuff going on in D.C. would turn out the way it did.

(U//FOUO) Bobby is a strong willed person, and does carry out his beliefs. Bobby invited ▓ to go to D.C. with him, but ▓ is not as big a Trump supporter as Bobby. Bobby is a big trump supporter.

(U//FOUO) Bobby has been going through a lot in his life recently. ▓ and Bobby had a friend, ▓▓▓▓▓▓▓ [PH], who was recently shot in a weapons cleaning accident. ▓ had to go to the hospital and almost died. ▓ has been in the hospital for a while and is on all of their minds.

UNCLASSIFIED//FOUO

Investigation on   01/29/2021   at   Woodland Park, Colorado, United States (In Person)

File #   266T-DN-3368527, 176-WF-3366759-GIESWEIN                              Date drafted   01/29/2021

by   SUMMEY DANIEL, RINNER ANNA LOUISE

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

UNCLASSIFIED//FOUO

266T-DN-3368527

Continuation of FD-302 of  (U//FOUO) Interview with ▓▓▓▓▓ , On 01/29/2021 , Page 2 of 4

(U//FOUO) ▓ and Bobby had seen each other around in high school in Woodland Park, but were not really friends back then. ▓ joined the Army, and went away for a few years. When he returned he found Bobby on Facebook and they found they had similar interests, to include camping and shooting. They last went camping in July of 2020 or so. ▓ was asked whether or not they carry bear spray when they are camping, and he said he always carries a handgun to scare away wildlife, he does not carry bear spray.

(U//FOUO) The Woodland Wild Dogs are more of a group of friends than anything else. There is no initiation, there are no membership rolls, and there are no dues. They are just a group of friends who like guns and Star Wars. ▓ is the one who had the patches made. ▓ had some extra money laying around and decided to have the patches made. He said he had a total of ten patches made, and he still had two or three of them in his possession somewhere. ▓ would not provide a number of people in Woodland Wild Dogs, but agreed it was around five people. The Woodland Wild Dogs are pro-government and pro-law enforcement, and their members are respectful to law enforcement when they encounter them.

(U//FOUO) Bobby, for a time, worked at a Firearms store in Woodland Park, CO. Bobby also worked at a casino in Cripple Creek, CO as a dealer, where he made good money on tips. Due to COVID, Bobby was moved to a different job in the casino, then eventually was let go at the casino. The casino had been the main job Bobby had worked.

(U//FOUO) ▓ is frustrated at what happened at the Capitol Building. ▓ saw Bobby wearing the patch in different videos of the protest and was upset with it. ▓ talked to Bobby the day before the protest while Bobby was walking around sight seeing in the D.C. area. ▓ thought about telling Bobby to not wear the Woodland Wild Dogs patch in D.C., but thought Bobby was a big boy and he decided to not say anything to him about the patch.

(U//FOUO) Bobby has been calling ▓ from prison. The prison number was showing up as a spam risk, so ▓ did not answer the first few times Bobby called. Bobby has been reading a lot of books during his time in prison so far. Bobby is dyslexic, so reading may be difficult for him.

(U//FOUO) Bobby left to go to the protest within a day or two of the protest, Ben is not sure of the exact date. Bobby invited ▓ to go before

UNCLASSIFIED//FOUO


he left, and ▮ told him he was not going, and to be safe out there. According to ▮ Bobby drove to D.C. alone and stayed in a hotel. Bobby is the kind of guy that would do something like that. Bobby is the kind of guy that would ask others to go, but if everyone decided to not go he would still go by himself.

(U//FOUO) ▮ does not know of any bad influences on Bobby. Bobby is a social butterfly and meets a lot of different people. Bobby regularly talks to strangers and is very outgoing.

(U//FOUO) ▮ knew the protest went badly, and tried to contact Bobby by phone as he was concerned for him. Bobby did not answer ▮ calls. Bobby stopped by ▮ house when he got back into town and the two smoked cigarettes together. ▮ hasn't spoken to Bobby a lot since he got back from D.C. other than the occasional phone call from prison since his arrest.

(U//FOUO) ▮ and Bobby were briefly involved in III%er groups. They left quickly for a number of reasons. A lot of members in the III%er groups gripe at each other constantly, and there was not a lot of trust in those groups. III%er groups also have not been vetting people or groups they let join their ranks. ▮ thinks they may have even let in some convicted felons, who then went on to handle guns. ▮ thinks that, due to the low amount of regulation in who is allowed in, some radical elements have joined the III%er ranks. ▮ and Bobby were in those groups around two years ago, sometime between the end of 2018 to the beginning of 2019. ▮ estimated they were in the groups for about six months total.

(U//FOUO) ▮ is not anti-government nor anti-law enforcement. ▮ is anti-Chinese government. ▮ said if the Chinese government ever attempted to take over the United States he wanted to part of the resistance. ▮ is a former US Army Infantryman.

(U//FOUO) ▮ said he believes Bobby did not set out to do what happened at the Capitol Building. Bobby has always been pro-government and pro-law enforcement. Ben said it was absolutely mind blowing for him to see what Bobby involved himself in at the Capitol.

(U//FOUO) ▮ was asked if there was anyone else close to Bobby that could

UNCLASSIFIED//FOUO

266T-DN-3368527

Continuation of FD-302 of (U//FOUO) Interview with ▇▇▇▇▇▇ , On 01/29/2021 , Page 4 of 4

be a reference for him. ▇ declined to provide anyone else's name because he did not want to feel responsible for them getting a knock on their door from the FBI.

(U) Present for the interview were SA A. Rinner, TFO D. Summey, and Woodland Park Police Department Detective S. Everhart.

UNCLASSIFIED//FOUO