FD-302 (Rev. 5-8-10)

266T-DN-3368527-Serial 3
-1 of 2-

UNCLASSIFIED//FOUO

## FEDERAL BUREAU OF INVESTIGATION

Date of entry    02/04/2021

(U//FOUO) ▮▮▮▮▮ date of birth ▮▮▮▮, was interviewed at ▮▮▮▮ ▮▮▮▮ Woodland Park, CO ▮▮ at approximately 1225 hours. After being advised of the identity of the interviewing Agent and the nature of the interview, ▮▮▮▮ provided the following information:

(U//FOUO) ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Bobby (referring to Robert Gieswein), is a great guy. Bobby and ▮▮ have been friends since they went to high school together.

(U//FOUO) Bobby really helped ▮▮ and his immediate family. ▮▮ should have been homeless a few times, but Bobby was always there to help him out when he needed it. Bobby was there for ▮▮ even when ▮▮'s family was not.

(U//FOUO) Bobby has been going through a tough time recently. He has had some issues in his relationship with his significant other, ▮▮▮▮▮▮▮. Bobby has been having a hard time with the break up. Bobby probably still loves ▮▮.

(U//FOUO) Bobby did not ask ▮▮ to go to D.C. with him. ▮▮ did not know Bobby had even gone to D.C. to protest until ▮▮'s girlfriend sent him pictures from KOAA News 5 of Southern Colorado showing Bobby at the Capitol Building. ▮▮ as not been as close with Bobby lately. ▮▮ recently became a father, and he and Bobby have grown apart.

(U//FOUO) Bobby and ▮▮ used to camp together, play video games, and go shooting when they were still spending time together regularly. ▮▮ could not say when the last time they went camping was, but he indicated it had been a long time.

UNCLASSIFIED//FOUO

Investigation on  01/29/2021  at  Woodland Park, Colorado, United States (In Person)

File #  266T-DN-3368527, 176-WF-3366759                         Date drafted  02/01/2021

by  SUMMEY DANIEL, RINNER ANNA LOUISE

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

UNCLASSIFIED//FOUO

266T-DN-3368527

(U//FOUO) Interview of ▇▇▇▇▇▇▇

Continuation of FD-302 of ▇▇ _____, On 01/29/2021, Page 2 of 2

(U//FOUO) ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇.

(U//FOUO) ▇▇ thinks the reason Bobby went to D.C. was because Bobby really loved President Trump.

(U//FOUO) Bobby used to work at a casino, but due to COVID he was moved around at the casino and eventually let go. Bobby did plan to go back after COVID had passed.

(U//FOUO) Bobby was the only Woodland Wild Dog that went to the Capitol Building protest. ▇▇ said the Woodland Wild Dogs were just a group of friends more than anything else. ▇▇ would not admit to being a Woodland Wild Dog, but he did say he supports them.

(U//FOUO) ▇▇ thinks Bobby travelled to D.C. alone. ▇▇ does not know if Bobby was planning to meet anyone once he got there. ▇▇ did not know where Bobby stayed while he was in D.C.

(U//FOUO) ▇▇ stated that he believed there was a lot of influence there at the protest that day. ▇▇ thinks Bobby could have been influenced by others at the protest to commit the acts he did.

(U//FOUO) ▇▇ was asked if there was anyone else that should be interviewed that could provide information about Bobby, and ▇▇ suggested Bobby's family. He said he did not know anyone else that would be able to provide a lot of information about Bobby.

(U//FOUO) Present during the interview were SA A. Rinner, TFO D. Summey, and Woodland Park Police Department Detective S. Everhart.

UNCLASSIFIED//FOUO