UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ROBERT GIESWEIN,<br><br>          Defendant. | Crim. Action No. 21-24-1 (EGS) |

**ORDER**

Upon consideration of defendant Robert Gieswein's motion for a detention hearing, and the entire record, it is hereby **ORDERED** that the defendant's motion is **GRANTED**; and it is

**FURTHER ORDERED** that the parties shall appear for a detention hearing on _____ at _____.

**SO ORDERED.**

**Signed:** _____
        **Emmet G. Sullivan**
        **United States District Judge**

**Date:** _____