# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Crim. Action No. 21-24-1 (EGS) |
| ROBERT GIESWEIN, | Hon. Emmet G. Sullivan |
| Defendant. | Hearing: July 29, 2021 |

## MOTION FOR LEAVE TO FILE REPLY BRIEF OUT OF TIME

Mr. Gieswein, through undersigned counsel, respectfully requests that this Court permit counsel to file the reply in support of his motion for revocation of the detention order in his case a few hours late, that is, in the early morning hours of June 19, 2021, rather than on June 18, 2021. Mr. Gieswein states the following in support of his motion:

1. On June 8, 2021, Mr. Gieswein filed a motion seeking a hearing and revocation of the detention order in his case. ECF No. 18.

2. On June 9, the Court ordered the government to respond to the motion by June 15, and ordered the defense to file any reply by June 18. Minute Order (June 9, 2021). The Court also scheduled a hearing for June 29. *Id.*

3. The government filed its response on June 15. ECF No. 19.

4. The defense worked diligently to meet the Court's June 18 deadline for the reply, but undersigned counsel was not able to finalize the brief until past midnight on June 19.

5. The proffered reply is attached hereto as Exhibit 1.

6. As the government will have access to the brief within hours after the original deadline, and the hearing on the motion is ten days off, permitting counsel to file the reply late will not prejudice the government.

7. Further, granting the motion will not require the Court to alter any other deadlines.

8. Undersigned counsel could not reach counsel for the government at this hour. However, in an earlier discussion about whether the new federal Juneteenth holiday would alter the defense deadline to file (due to the closure of courts on June 18), counsel did indicate that the government would not object to the defense filing as late as Monday, June 21.

Accordingly, Mr. Gieswein, through undersigned counsel, respectfully requests that this Court grant him leave to file his motion later than ordered. For the Court's convenience, a proposed Order is submitted with this Motion.

Respectfully submitted on June 19, 2021.

**ROBERT GIESWEIN**
by counsel:

Geremy C. Kamens
Federal Public Defender

by:_____s/_____
Ann Mason Rigby
DC Bar No. 491902
Assistant Federal Public Defender
1650 King Street, Suite 500
Alexandria, Virginia 22314

Telephone: (703) 600-0869
Facsimile: (703) 600-0880
ann_rigby@fd.org