**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ROBERT GIESWEIN,<br><br>        Defendant. | Crim. Action No. 21-24-1 (EGS) |

**ORDER**

Upon consideration of defendant Robert Gieswein's motion for leave to file reply brief out of time, in which he seeks leave to file late his reply in support of his motion to revoke the detention order in his case (ECF No. 18), and for good cause shown, it is hereby **ORDERED** that the defendant's motion is **GRANTED**; and it is further

**ORDERED** that Mr. Gieswein shall file his reply via CM/ECF upon issuance of this order.

    **SO ORDERED.**

**Signed:** _____
        **Emmet G. Sullivan**
        **United States District Judge**

**Date:** _____