UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No. 21-cr-24 (EGS) |
| | : | |
| ROBERT GIESWEIN, | : | |
| | : | |
| Defendant. | : | |

## UNITED STATES' NOTICE OF HEARING EXHIBITS

The United States of America, by and through its attorney the Acting United States Attorney for the District of Columbia, respectfully files this notice on the docket indicating the video exhibits is has made available to the Court ahead of the scheduled July 1, 2021, detention hearing. In addition to these videos, the government intends to rely on still photographs that are already publicly available in the government's memorandum in opposition, ECF No. 19. The government does not have any objection to the public dissemination of any of the four video exhibits noted below or the still photographs referenced above after the hearing.

| Exhibit Name | Length | Description |
|---|---|---|
| Video Exhibit 1 | 4:53 | Publicly Available Footage From Stairs Under Inauguration Stage |
| Video Exhibit 2 | 1:35 | Publicly Available Footage of Approach to Capitol and Breaking of Window |
| Video Exhibit 3 | 2:04 | Body Worn Camera Footage from West Plaza |
| Video Exhibit 4 | 1:51 | Publicly Available Footage from West Plaza |

                    Respectfully submitted,

                    CHANNING D. PHILLIPS
                    Acting United States Attorney
                    DC Bar No. 415793

By:     /s/ *Erik M. Kenerson*
                    Erik M. Kenerson
                    Assistant United States Attorney
                    Ohio Bar No. 82960
                    555 Fourth Street, N.W., Room 11-909
                    Washington, DC   20530
                    Erik.Kenerson@usdoj.gov
                    (202) 252-7201