UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ROBERT GIESWEIN,<br><br>        Defendant. | Crim. Action No. 21-24 (EGS) |

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** that Mr. Gieswein's motion for revocation of the detention order is **DENIED**.

**SO ORDERED.**

**Signed:**  **Emmet G. Sullivan**
        **United States District Judge**
        **July 27, 2021**