UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | **Criminal No. 21-cr-24 (EGS)** |
| : | |
| **ROBERT GIESWEIN,** : | |
| : | |
| **Defendant.** : | |

**PROPOSED ORDER**

Upon consideration of the government's unopposed motion for an enlargement of time within which to respond to defendant Robert Gieswein's Opposition to Government's July 29 Oral Motion to Exclude Time under the Speedy Trial Act (ECF No. 30), it is this _____ day of August, 2021, ORDERED that the government's motion is GRANTED.

It is FURTHER ORDERED that the government's reply to the defendant's Opposition to Government's July 29 Oral Motion to Exclude Time under the Speedy Trial Act shall be filed no later than 12:00 p.m. on August 6, 2021.

SO ORDERED.

_____
Emmet G. Sullivan
United States District Judge