UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Criminal No. 21-cr-24 (EGS) |
| | : | |
| **ROBERT GIESWEIN,** | : | |
| | : | |
| Defendant. | : | |

**GOVERNMENT'S UNOPPOSED MOTION TO LATE-FILE ITS REPLY TO DEFENDANT'S OPPOSITION TO GOVERNMENT's JULY 29 ORAL MOTION TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT**

The United States hereby respectfully moves the Court for permission to late-file the motion attached hereto as Exhibit 1, the government's reply to defendant's opposition to the government's July 29 oral motion to exclude time under the Speedy Trial Act. A proposed order is attached hereto as Exhibit 2. In support of its motion, the government states as follows:

On July 29, 2021, the Court set a briefing schedule for written filings on the government's oral motion to exclude time under the Speedy Trial Act. The defense was directed to file by August 2, 2021, and the government was to file any response to the defense by August 5, 2021. On August 5, 2021, the government moved, unopposed, for an extension of time in which to file its reply (ECF no. 31), suggesting a new due date of August 6, 2021, at 12:00 p.m. The Court has not yet acted on that motion.

Undersigned counsel is filing this motion on August 6, 2021, after 12:00 p.m., thus after the deadline that currently exists and after the deadline that would exist if the Court grants the government's motion. For the reasons stated in ECF No. 31, including the defendant's lack of objection, and the fact that granting this motion will not affect the pace of litigation on this matter, the government respectfully requests that the Court allow the late-filing of this reply.

WHEREFORE, the government requests that the Court grant the government's motion and allow the attached reply to be filed on the docket.

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney
DC Bar No. 415793

By:    /s/ *Emily A. Miller*                 By:    /s/ *Erik M. Kenerson*
EMILY A. MILLER                                       ERIK M. KENERSON
Capitol Breach Discovery Coordinator       Assistant United States Attorney
DC Bar No. 462077                                    OH Bar No. 82960
555 Fourth Street, N.W., Room 5826        555 Fourth Street, N.W., Room 11-909
Washington, DC 20530                              Washington, DC 20530
Emily.Miller2@usdoj.gov                          Erik.Kenerson@usdoj.gov
(202) 252-6988                                              (202) 252-7201