UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v.   : | **Criminal No. 21-cr-24 (EGS)** |
| : | |
| **ROBERT GIESWEIN,** : | |
| : | |
| **Defendant.** : | |

## PROPOSED ORDER

Upon consideration of the government's unopposed motion to late-file its reply to defendant Robert Gieswein's Opposition to Government's July 29 Oral Motion to Exclude Time under the Speedy Trial Act (ECF No. 30), it is this _____ day of August, 2021, ORDERED that the government's motion is GRANTED.

It is FURTHER ORDERED that the government's reply to the defendant's Opposition to Government's July 29 Oral Motion to Exclude Time under the Speedy Trial Act shall entered on the docket.

SO ORDERED.

_____
Emmet G. Sullivan
United States District Judge