# United States District Court for the District of Columbia

UNITED STATES OF AMERICA )
)
vs. ) Criminal No.
)
)

## NOTICE OF APPEAL

Name and address of appellant:

Name and address of appellant's attorney:

Offense:

Concise statement of judgment or order, giving date, and any sentence:

Name and institution where now confined, if not on bail:

    I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

| 08/10/2021 | Robert Gieswein |
|---|---|
| DATE | APPELLANT |
|  | /s/ Ann Mason Rigby |
|  | ATTORNEY FOR APPELLANT |

GOVT. APPEAL, NO FEE
CJA, NO FEE
PAID USDC FEE
PAID USCA FEE

| Does counsel wish to appear on appeal? | YES | NO |
|---|---|---|
| Has counsel ordered transcripts? | YES | NO |
| Is this appeal pursuant to the 1984 Sentencing Reform Act? | YES | NO |