1          UNITED STATES DISTRICT AND BANKRUPTCY COURTS
                FOR THE DISTRICT OF COLUMBIA
2

3    UNITED STATES OF AMERICA      Criminal No.  21-cr-00024

4          v.                      Washington, D.C.

5    ROBERT GIESWEIN,              August 11, 2021

6          Defendant.             3:00 p.m.

7    -------------------------/

8              TRANSCRIPT OF STATUS CONFERENCE
            BEFORE THE HONORABLE EMMET G. SULLIVAN
9              UNITED STATES DISTRICT JUDGE

10   APPEARANCES:

11   For the Government:     United States Attorney's Office
                             By: ERIK KENERSON, ESQUIRE
12                               EMILY MILLER, ESQUIRE
                             555 Fourth Street, NW
13                           Washington, D.C.  20530

14

15   For the Defendant:      Federal Public Defender
                             By: ANN MASON RIGBY, ESQUIRE
16                           1650 King Street, NW
                             Suite 500
17                           Alexandria, Virginia 22314

18

19

20

21   Court Reporter          Lisa K. Bankins RMR FCRR RDR
                             United States District Court
22                           District of Columbia
                             333 Constitution Avenue, NW
23                           Washington, D.C. 20001

24

25   Proceedings recorded by mechanical stenography,
     transcript produced by notereading.

1

1                    P R O C E E D I N G S

2            THE CLERK:  Your Honor, this is Criminal Case

3    21-024, United States of America versus Robert Gieswein.

4    Will parties on the line please identify yourselves for

5    the record?  And let's start with government counsel,

6    please.

7            MR. KENERSON:  Good afternoon, Your Honor.  This

8    is Erik Kenerson on behalf of the United States.  With me

9    is Emily Miller, who is the government's office-wide

10   discovery coordinator for Jan. 6th cases who is here and

11   available to answer any questions that the Court may have

12   about the office-wide discovery initiative as laid out in

13   the government's reply.

14           THE COURT:  Good afternoon to you both.

15   Ms. Miller, how are you today?

16           MS. MILLER:  I'm good, Your Honor.  How are you?

17           THE COURT:  Fine.  Thank you.  And for

18   defendant, please?

19           MS. RIGBY:  Good afternoon, Your Honor.  Ann

20   Mason Rigby on behalf of Mr. Gieswein who is present.

21           THE COURT:  All right.  Good afternoon.  Good

22   afternoon, counsel.  Mr. Gieswein, how are you today, sir?

23           THE DEFENDANT:  Good, Your Honor.

24           THE COURT:  So my understanding -- I've read

25   everything.  I don't need to hear substantial argument

1    about everyone's position.  Everyone did a great job of

2    clearly articulating their respective positions.  I just

3    want to know if I can get a short answer to the question,

4    when will discovery be completed as far as the government

5    is concerned with respect to Mr. Gieswein?

6            MR. KENERSON:  I think, Your Honor, as we've

7    outlined in our pleadings, that's not something that we

8    know the answer to and that is in part to do with the

9    complexities with transferring discovery or transferring

10   the materials, excuse me, to the Deloitte database and

11   it's just -- that process is ongoing.  We are being

12   diligent for reasons laid out therein.  But I don't know

13   that we can put a date at this point on when it will be

14   complete.  We did note that we hoped to have some of the

15   most relevant materials to Deloitte in four to six weeks,

16   but of course, that's a goal.

17           THE COURT:  All right.  Ms. Miller, would you

18   like to add anything to that, counsel?

19           MS. MILLER:  Your Honor, I would like to add

20   that part of the issue here is no matter how diligently we

21   move, unless and until the defendant is in a position to

22   receive the voluminous materials, how fast we can process

23   and load things with Deloitte is sort of a red herring.

24           We are moving expeditiously.  So I know in this

25   case, for example, we found a discovery status memorandum

1   where I think one of the things we explained and maybe we

2   said it again in our motion here was that Deloitte

3   engineers were looking at Capitol CCTV and trying to

4   figure out given the proprietary coordinate that is in the

5   best way to make it accessible to the defense.  Well, as

6   of Monday, it's been reported to me that Deloitte

7   engineers think they figured that out.  So the next step

8   is loading that footage to our database.

9           Alternatively, our team is considering,

10   considering potentially other methods of providing the

11   same kind of voluminous information.  So, for example, the

12   CCTV and the body worn camera footage, we may be able to

13   make it available in other ways.  But, frankly, Your

14   Honor, they are not defense friendly.  There are not going

15   to be ways that make it easy for the defense to search

16   through and comb and identify relevant footage among

17   thousands of hours, which is why -- we understand the

18   defense counsel are demanding footage now.  We want to do

19   our best to meet those demands.  But at the same time we

20   are really trying to comply with the judicial working

21   group's recommendations to provide it in a format that

22   makes it workable for the defense and it's similar to the

23   format that we've been able to utilize it in thanks to

24   internal tools present within the FBI.

25           So it changes every day and that's part of the

4

1    reason that we can't give a final deadline.  Ultimately,

2    we are working very hard with the Federal Public Defender.

3    We meet with them constantly in the hopes that they will

4    truly be able to serve as a discovery coordinator on

5    behalf of all defense counsel in these cases, including

6    this one and be able to set up their own database, which

7    we're actually trying to take a role in assisting them

8    with doing so that they can receive the relevant material

9    in the best format that is the most user-friendly to the

10   defense as soon as possible.  And that is really going to

11   be I think the thing that controls how quickly evidence

12   can be made available to the defense in a meaningful way

13   in these cases.

14        THE COURT:  Let me throw this out.  I'm going to

15   make an assumption that is probably a legitimate

16   assumption that the Federal Public Defender and defense

17   counsel do not have the resources to receive and analyze

18   all that information you've just been referring to.

19        So I guess what I'm saying is why shouldn't the

20   government be required to fund some sort of program or

21   entity to do what Deloitte is doing for the government?

22   In other words, to make it easier for defense counsel to

23   represent her client.

24        MS. MILLER:  Your Honor, that is an option that

25   we are currently actually exploring and I don't want to

1    say more about that at this moment.  But it is absolutely

2    under consideration and a part of our discussions with the

3    federal defender and with Chief Judge Howell.

4              THE COURT:  All right.  Here is what I'm going

5    to do.  I'm going to issue -- here's what I'm thinking and

6    I'll give defense counsel a chance to respond as well.

7    And I've read your pleadings, counsel.  They're excellent.

8    Actually, I don't want to be viewed as being unfair.  So

9    if you want to say something now, go ahead and say it,

10   Ms. Rigby, or you can wait until the Court -- I'm

11   seriously considering posting an order ordering the

12   government to do exactly what I was just thinking about

13   because otherwise the defense counsel will be at a

14   disadvantage.

15             I understand the parties may be talking about

16   it, but talk is cheap.  They are going to have to do more

17   than that.  So I'm going to issue an order requiring the

18   government to fund that program or fund that entity that

19   accomplishes the same objectives as Deloitte.  That's part

20   of what I'm going to do.

21             I'm also inclined to toll the speedy trial clock

22   substantially for the reasons articulated by the

23   government and I will -- I'm not going to write on this

24   unless necessary and I'll briefly go over those reasons

25   for purposes of the record.

1              The third thing that I'm thinking about doing

2       and I don't want to -- I never want to be arbitrary about

3       anything.  But I think I'm looking at a trial date of

4       January.  And the parties will just have to do the best

5       they can do.

6              I'm also mindful that being arbitrary could work

7       a disadvantage to Mr. Gieswein because if his attorneys

8       don't have all the discovery, Brady, Giglio, et cetera,

9       then they're not equipped to match the force of the

10      government's prosecution and that concerns me as well.

11             I have to be vigilant, Mr. Gieswein.  You have

12      an excellent attorney.  But she can only operate within

13      the confines of the information that has been provided to

14      her.  So I don't want to be arbitrary and say, okay, we're

15      going to go to trial in 30 days and 60 days.  I want to be

16      more realistic about it.  And I think that it's consistent

17      within the realm of reason to schedule a trial date, a

18      firm trial date in January, right after the new year.  And

19      that means moving another trial date that I have scheduled

20      already for someone in the HISP program or who is not

21      incarcerated.  But those are my thoughts and I always like

22      to throw my thoughts out there so that people can respond

23      to them.  But that's what I'm inclined to do.

24             And in my order directing the government to fund

25      that entity and/or company to facilitate the receipt and

1    the analysis of the discovery that the defendant is

2    entitled to, I'm going to give the government 30 days to

3    do that.  And if they can't do it, then I'm going to

4    seriously consider some sanctions against the government.

5    Not the attorneys in this case.  Not anyone individually.

6    But the government.  The government has prosecuted this

7    case and up to this point, I can completely find that it's

8    been in good faith.  But, you know, it's August now.  And,

9    you know, we've got the continuing concerns of the

10    pandemic.  It was Delta, Lamberth -- I don't want to say

11    Lamberth.  That's my colleague.  Lambeth variant or

12    whatever it is.  It's scary out here and I don't want to

13    subject anyone.  I don't want to subject Mr. Gieswein to

14    COVID by bringing people down for a trial.

15         And you get into all sorts of questions about

16    can a judge order, you know, order people to get

17    vaccinated.  Can a judge order jurors to be vaccinated?

18    And if so or if not, does the jury that's selected

19    represent a fair cross-section of the community?  There's

20    some serious issues out there.

21         And quite frankly, I'm not so sure that -- and

22    I'll just posit this in a -- no.  I will probably get

23    myself in trouble by saying that.  So I won't say it.

24    I'll just raise it in the form of a question and query to

25    what extent does the government including a judge order

1   someone to receive a vaccine?  I'll just leave it at that.

2            So having said all that, Ms. Rigby, if you want

3   to say anything or just pass on that, that's fine.  But

4   I'm looking at a trial date.  I'm looking to schedule a

5   trial date today.

6            MS. RIGBY:  Well, I won't rehash everything.  I

7   appreciate that the Court is wanting to set a trial date.

8   We're fully in favor of that.  I don't want to address the

9   vaccinating order issue.  And I think the Court hit on

10  exactly what I think is a bare minimum here which is that

11  the government --

12           THE COURT:  Wait, wait, wait.  Can I ask you

13  something?

14           MS. RIGBY:  Yes.

15           THE COURT:  You don't want to respond to the

16  Court's thought that the Court should order the government

17  to fund the program?

18           MS. RIGBY:  Oh.  No.  To that, Your Honor, I

19  concur completely.  I think the rules of discovery require

20  the government to make the discovery available and the

21  Constitution requires that it be provided in a timely

22  manner.  And the fact that the federal defender in D.C.

23  and the individual lawyers don't have the capacity at the

24  moment to receive it shouldn't get in the way of that.  So

25  I am fully in favor of the Court's order.  All I meant is

1    I didn't want to get into ordering vaccinations, Your

2    Honor.

3            THE COURT:  Oh, right, right, right.  Nor do I.

4    I just see trouble on the horizon with judges ordering and

5    the government ordering taking control of what someone

6    does with his or her body.  I just see a ton of problems

7    out there.

8            But, you know what, I'm going to give you the

9    chance, Ms. Rigby, to provide Ms. Helton, my law clerk who

10   is also pictured here, some language for that portion of

11   the order that requires the government to fund and I just

12   have to -- where I was speaking off of the top of my head,

13   we really haven't talked about that.  And sometimes I get

14   myself in trouble by doing that.  But I feel comfortable

15   about it.  Funding an entity or organization to?  I'll let

16   you finish that line of thought.  But to basically to

17   assist not only the defendant, but to assist the

18   government in honoring its obligations to provide material

19   that it's entitled to receive in a complex -- I mean in

20   a -- excuse me one second -- in a manner that can be

21   readily and easily identified and analyzed, words to that

22   effect.  But I'll give you an opportunity to provide me

23   with some language that we can consider in a proposed

24   order.

25            MS. RIGBY:  And, Your Honor, if I may -- maybe

1    it would help and I'm sure Ms. Miller is also seeking some

2    other clarification.  But what I have in mind is that the

3    Court is proposing is that essentially the government

4    provide a mirror of whatever it's doing with Deloitte to

5    defendants or at least Mr. Gieswein because if proprietary

6    systems are getting in the way, they shouldn't in this

7    case when the challenges that the government is

8    experiencing has to do with the unique nature and the

9    complex nature of this case.  I think --

10              THE COURT:  I agree.  I agree with that.  I

11   agree with that.  Ms. Miller?

12              MS. MILLER:  Thank you, Your Honor.  Your Honor,

13   I understand the Court's ordering us and I'm not objecting

14   because, frankly, the Court's order is truly in line with

15   what we are already doing.

16              THE COURT:  Good.

17              MS. MILLER:  I just want to make clear a couple

18   of things on the record.  First of all, our contract with

19   Deloitte does provide for us to be able to make

20   productions to the defense in certain ways that we don't

21   think and based on our discussions with A.J. Kramer and

22   Sean Broderick, who is the nationwide discovery

23   coordinator for the public defender, are ideal and that is

24   why we have been working with them to talk about as

25   Ms. Rigby put it sort of mirroring receiving database for

1       receiving discovery.

2              We have already begun exploring how that would

3       look and work with Mr. Kramer and Mr. Broderick and been

4       in discussions with Chief Judge Howell about this.  And so

5       nothing that the Court is asking for isn't already under

6       way in terms of discussions.

7              In terms of actually making it happen, a

8       contract does need -- our contract with Deloitte does need

9       to be modified and we would have to work through that as

10      well.  And not just us with Deloitte, but us with FPD with

11      Deloitte so that whatever we do ends up working for all

12      the parties involved.

13             We have been incredibly transparent and

14      collaborative with FPD in this process and will continue

15      to be.  Whether or not a contract that is acceptable to

16      FPD and Deloitte and us can all be negotiated and done

17      within 30 days, I don't know.  Before we'll shoot for

18      that, Your Honor, it would appreciate it if the Court

19      would take sanctions off the table because we are --

20             THE COURT:  I will.  I will.  I will.  I want to

21      kill you with kindness.  No.  I don't want to threaten the

22      government.  But I just want it done for Mr. Gieswein and

23      everyone else sitting over there because it's got to be a

24      pain in the neck literally to be sitting there.

25             MS. MILLER:  And we do, too, Your Honor.

1    Believe me, we do, too.  And so we will continue.  And,

2    frankly, I appreciate the urgency of the Court's order

3    because I do agree it needs to happen quickly and

4    sometimes deadlines are what people need.  But I want to

5    assure the Court that the government does not need a

6    deadline in this case.  We are really working at making

7    all of that happen before we ever came to this hearing

8    today.

9              THE COURT:  All right.  And I have to say this

10    is not something Jordan and I spoke with.  We spoke

11    earlier about other matters.  It wasn't until I'm

12    listening.  I said, you know what, how can the defendants

13    receive and analyze all this?  It's difficult.  I don't

14    want to see them -- if defense attorney is at a

15    disadvantage and these are cases instituted by the

16    government.

17              No, I'll take that off.  I'm not going to put

18    that in the order, Jordan.  I don't think.  We'll talk

19    about that.  Maybe in a footnote.  I don't know.

20              MS. MILLER:  And I guess, Your Honor --

21              THE COURT:  It's a court order.  I'm just

22    providing a target date.  But hopefully, it's a realistic

23    date and it may well be that the parties are going to

24    accomplish this objective before the 30.  I don't know.

25    But I feel as though I have to do something.

1          MS. MILLER:  Your Honor, I understand.  And to

2    the extent the Court does want to put language in the

3    order, I think -- I would appreciate it if the Court would

4    keep that pretty general because ultimately what we're

5    trying to do here, right, is work with FPD to make sure

6    that whatever system we set up is the best for the defense

7    to receive it.  And so what they want that to look like

8    and how it will work is something we are truly

9    collaborating with them about and I wouldn't want an order

10   to actually order them to receive something in a way that

11   isn't actually what they want.

12          THE COURT:  I totally agree.  And to be fair

13   about this, I'm going to give you a chance also to provide

14   us with some proposed language for the order.  I totally

15   agree with you.  I don't want to do something that's going

16   to further complicate this and erect a barrier that, you

17   know, is just not reachable.  I don't want to do that.

18          My whole purpose is to -- in this case and

19   hopefully, there will be a domino effect in other cases.

20   I mean we're past the talking stage and that's not being

21   critical of anyone or any of my colleagues.  I just feel

22   as though I need to do something.

23          But please provide Jordan with simple proposed

24   language.  It's 3:00 today.  If you both can get the

25   language over to us by 5:00, that will be great if that's

1    possible.

2              Ms. Rigby?

3              MS. RIGBY:  Your Honor, I --

4              THE COURT:  Yes.  Go ahead.

5              MS. RIGBY:  I just want to add, I mean I feel

6    the need to state that I think for my purposes, what would

7    allow me to review it, review what the government has is

8    for me to go to the U.S. Attorney's Office and review

9    their Deloitte database.  If that's what it takes for me

10   to have access to discovery --

11             THE COURT:  You are doing a good job of reading

12   my mind.  I was going to suggest that as well.  Is that a

13   viable alternative, Ms. Miller?

14             MS. MILLER:  Your Honor, it's not.  And the

15   reason it's not is that our database is not fully

16   populated.  It's not a matter of just that we don't have a

17   place to share.  It's not that everything is loaded and

18   beautiful and ready to go.  It's just but for the fact

19   that the defense doesn't have a place to receive it.  It's

20   just that without a defense having a place to receive it,

21   it wouldn't matter if all of those things were in fact

22   true.

23             As we laid out in our motion, we are dealing

24   with an extraordinarily voluminous and complex amount of

25   information.  And it's not just that the CCTV isn't a

1    proprietary format.  It's that we are dealing with

2    thousands of devices in Stored Communications Act accounts

3    as well as body worn camera footage and CCTV as well as

4    tens of thousands of documents and tips that need to be

5    Brady reviewed and turned over and all of those things get

6    processed in a different way and it requires technical

7    expertise to do that and we are applying that and Deloitte

8    is applying that.

9          But, Your Honor, even in your basic fraud case,

10   it's -- we have seen cases right here in this district

11   like Bikundi where it took 18 months to process discovery.

12   Voluminous discovery delays went on for 18 months because

13   of complexities in just a general fraud case and that is

14   not unusual.  And I'm not asking for 18 months and I'm not

15   saying that we are not moving with all swiftness possible.

16   But the Court does really need to understand that this

17   isn't just as simple as we get a database, they're stuck

18   on our computer, we hit copy the way that a person copies

19   a word file from one document to another and boom, it's

20   done.  It is a complex process to turn material into

21   loadable, searchable evidence and it's going to take some

22   time to do it right.

23         So even if we agree and we have that database

24   for the defense ready next month, it doesn't mean all the

25   discovery will be produced next month.  We will provide it

1    on a rolling basis as we appropriately process it.

2            And to the extent that we can make alternative

3    methods of discovery available, we've already been talking

4    about that on our team as well.  It will not be ideal.  It

5    will not be what the defense necessarily would want.  But

6    there are potential alternatives like Ms. Rigby alluded

7    to, like getting a copy of 14,000 hours of video footage

8    on a stand-alone hard drive where she could come to our

9    office and look at it one video at a time or four videos

10   at a time.  We don't think that that's likely going to be

11   the way the defense wants to prepare or a constructive use

12   of the defense's time, but we are in discussions about

13   things like that and how to make them work, how to make

14   them feasible, how to offer those kinds of less than

15   perfect alternatives to the defense.

16           Your Honor, we are trying so hard to make this

17   discovery available, but we just need the time to analyze

18   it correctly and make the best decisions to get everyone

19   where they need to be.

20           THE COURT:  All right.  Thank you, counsel.

21           MS. RIGBY:  My only point, Your Honor, is that I

22   don't want the goal of efficient production to 500 people

23   to get in the way of efficient production to my client.

24           THE COURT:  No.  I'm just focusing on your

25   client --

1          MS. RIGBY:  So I just want to make sure that the

2     order is about Mr. Gieswein --

3          THE COURT:  Oh, no, no.  This is not a class

4     action.  I will probably get some requests to expand it.

5     But I don't have that authority.  No, no.  This is Mr.

6     Gieswein specific.  Absolutely.

7          MS. RIGBY:  And so if the FPD doesn't have their

8     system set up, I just don't want that to be the reason

9     that we aren't exploring other ways to produce to Mr.

10    Gieswein especially because so far there's been no mention

11    of anything actually material to Mr. Gieswein is in there.

12         THE COURT:  I totally agree.  I totally agree

13    with that.

14         Let me just say one thing.  I've made some noise

15    about a January trial date.  I don't want to just make

16    noise.  I mean if it's realistic to pick a trial date in

17    January now, I can do it.  I can tell everyone that I'm

18    not inundated with trial requests.  And that if I'm going

19    to set anyone's trial, it's going to be for someone like

20    Mr. Gieswein or maybe Mr. Gieswein in January.

21         So even if I was to continue this case for a

22    status hearing for two months, he wouldn't lose any -- he

23    wouldn't lose his place on the calendar just because I

24    haven't scheduled a trial date.  So I just need to hear

25    your views about that because, look, once I set a trial

1   date, that makes everything move in a different direction.

2   People start preparing for a trial.  And I don't even know

3   how you would prepare for a trial if you don't have full

4   discovery.  I don't get it.  And I'm not trying to force

5   anyone to waive discovery.  I think that would be reckless

6   to do.

7         So I want to make the right decision as well.

8   I'm going to make the most reasonable decision.  And I

9   think I'm probably talking myself out of that January

10  trial date, but let me hear from Ms. Rigby first on that.

11        MS. RIGBY:  Your Honor, as Ms. Miller said, I

12  think deadlines are important.  I think we should set a

13  trial date.  I am currently scheduled to be in a murder

14  trial in mid December.  So I would ask for something at

15  the end of January or early February.  And Mr. Kenerson

16  and I have talked about dates understanding, of course --

17        THE COURT:  What dates do you have in mind?  I

18  don't have any problems with February.  What dates do you

19  have in mind, counsel?

20        MS. RIGBY:  Your Honor, we talked about the

21  weeks of February 14th or January 24th.

22        THE COURT:  February the 14th or January the

23  24th you said?

24        MS. RIGBY:  Yes, Your Honor.

25        THE COURT:  All right.  Probably the week of

1    February the 14th.  All right.  Let's do this.  Let's go

2    ahead and block off a date for jury selection.  I don't

3    have my calendar.  What day of the week is that, February

4    the 14th?  That's Valentine's Day.  I know that.

5              MS. RIGBY:  But that's just a Monday that week,

6    Your Honor.

7              THE COURT:  Monday is a horrible day.  Nothing

8    goes right on Monday.  So let's pick February the 15th for

9    voir dire.  I'm not sure just what the procedures will be

10   for the court.  I don't know whether we'll be relegated to

11   the ceremonial court for voir dire then.  I just don't

12   know and no one else knows.  But we can at least make a

13   decision instead of just sitting on our hands.  So I'm

14   going to make a decision to have voir dire commence on

15   February the 15th.

16             You know, here's something else and I'm really

17   reluctant to do this.  But normally, I would issue an

18   order, a trial order saying that all motions and notices

19   by the government, 609, et cetera, should be filed by

20   such-and-such a date.  I feel ill at ease doing that, but

21   I need to hear from defense counsel.  I mean I can

22   postpone that.  We can do it later.  But I don't want you

23   doing a lot of work unnecessarily with a unrealistic

24   motion filing deadline of say November.  It doesn't make a

25   lot of sense.  I can keep that thought and we can -- you

1    know, maybe we can talk about that at the next status

2    hearing.  But again, I think that what I want to do is not

3    to post such a motions filing deadline because I think

4    it's premature.  I don't think it's premature to pick a

5    trial date though.

6            MS. RIGBY:  Your Honor, I do think we should

7    have a status in 30 days.  But I think we could deal with

8    deadlines for motions and motions hearing at that point.

9    At this time I'm thinking we can do a motions hearing late

10   November.  But I don't have serious heartburn about

11   putting off scheduling motions dates.

12           THE COURT:  All right.  That's fine.  I think

13   that makes sense.  Any objection by government counsel,

14   just to the status hearing in 30 days?  Actually, maybe it

15   should be 45 days.  Since I'm giving the government in my

16   order 30 days to do something, I think we ought to know

17   what the government can or can't do at the next status

18   hearing.  So it would be 45 days from today's date.

19           MR. KENERSON:  Your Honor, that's fine with the

20   government.  Forty-five days and we will readdress motions

21   deadlines at that hearing.

22           THE COURT:  Okay.

23           MR. KENERSON:  One thing.

24           THE COURT:  Yes.  Go ahead, counsel.

25           MR. KENERSON:  I would like to note as well

 1   though understanding that this doesn't change anything the

 2   Court just said up until previously is that the defendant

 3   did file an interlocutory appeal last night and that --

 4        THE COURT:  That's fine.  That's fine.  That's

 5   how our system of justice works.  Yes.

 6        MR. KENERSON:  Absolutely.  No casting

 7   aspersions whatsoever from the government on that.  Filing

 8   just noting that that does also independently toll the

 9   time while it's pending.

10        THE COURT:  You know, you just taught me

11   something.  I wasn't aware of that.  Is that right?

12   Because a defendant exercises a constitutional right, that

13   tolls the time?

14        MR. KENERSON:  3161(h)(1)(c).

15        THE COURT:  Okay.  All right.  I don't have any

16   control over that, Mr. Gieswein.

17        THE DEFENDANT:  Your Honor, I have something to

18   add, too.  It doesn't seem as though --

19        THE COURT:  Wait, wait.  Your attorney is

20   getting very anxious now because she doesn't know what

21   you're going to say.  And let me just say one thing.  In a

22   couple of these cases, people have said some things that

23   did not help them.

24        THE DEFENDANT:  I understand, Your Honor.

25        THE COURT:  Well, don't do it.  Don't do it.  If

1    you want to go into a breakout room now with your

2    attorney, I'll put you in a breakout -- Mark will put you

3    in a breakout room.  But I don't want to see you, you

4    know, say something.  I mean people have apologized.

5    They've done all sorts of things.  And the prosecutor is

6    taking notes.  You know, it's not good.  You want to go

7    into a breakout room?

8              MS. RIGBY:  Yes, Your Honor.  I think there's

9    been quite a lot of responses.  That will be very helpful.

10             THE COURT:  All right.  But, look, you have a

11   brilliant lawyer.  Listen to her.  I know you have a lot

12   to say.  You're not bashful.  I appreciate that.  You

13   know, you have a lot to say.  But you have a brilliant

14   attorney to speak for you.  So Mark will put you in a

15   breakout room.  And just let me know when you're ready,

16   Mark.

17             THE CLERK:  Sure, Your Honor.

18             (Ms. Rigby and her client were placed in a

19   breakout room.)

20             THE CLERK:  Okay.  Your Honor, resuming Criminal

21   Case 21-024, United States of America versus Robert

22   Gieswein.

23             THE COURT:  Great.  Thank you.  Ms. Rigby?

24             MS. RIGBY:  Yes, Your Honor.  I think it would

25   be helpful if the Court would restate exactly what it is

1          it is demanding of the government in 30 days.

2                    THE COURT:  You want me to restate it?  No, I'm

3          not going to do that.  I'll issue an order.

4                    MS. RIGBY:  Or clarify, Your Honor.  I think I'm

5          just a little bit unclear of exactly what the Court is

6          requiring of the government in 30 days.

7                    THE COURT:  I tell you what.  Let's turn that

8          around.  Tell me what you want.

9                    MS. RIGBY:  Your Honor, we request equal access

10         to whatever the government has loaded up in its capacity

11         to review in that time.  We would -- and if that means

12         that the -- let me clarify.  And identification of

13         witnesses that the government believes have any

14         discoverable information about Mr. Gieswein and

15         notification of any areas within the Capitol grounds

16         that the government believes Mr. Gieswein may have

17         traveled in.  All of that would be to facilitate narrowing

18         down to areas of discovery that would actually have any

19         chance of having anything material about Mr. Gieswein.

20         And that would include any discovery the government is

21         able to review in unredacted form.

22                    And returning to my position paper, Your Honor,

23         we've entered a protective order.  I'm an officer of the

24         court.  Mr. Gieswein would be subject to serious sanction

25         if he abused his access to discovery in any way.

1              So it seems like a small point to complain about

2     redactions but when we haven't received anything for

3     eight -- well, when we haven't received all -- any of this

4     material for eight months, I cannot tolerate the idea of

5     waiting more time for things to be redacted.  So we should

6     have access to whatever the government has access to 30

7     days from now at a minimum.  That would be my request,

8     Your Honor.

9              THE COURT:  All right.  How would that work in

10    the real world though?  I mean you're saying access to

11    anything the government has.  Essentially, you are asking

12    for open file discovery.  Right?

13             MS. RIGBY:  Essentially, Your Honor.  I think we

14    should have the ability whether it's through their own

15    database, through a mirror of that database or something

16    else, the ability to get in there and review the case.

17             THE COURT:  And that would just be pouring over

18    information though as opposed to the government fulfilling

19    its obligation to segregate tab and transmit to you

20    relevant information that pertains to Mr. Gieswein as

21    opposed to every other person --

22             MS. RIGBY:  Well, certainly, I would demand that

23    in 30 days.  I would say the minimum is access.  And

24    that's why I asked for the information I asked for, too,

25    about witnesses and areas within the Capitol.  So that if

1    we're stuck trying to poke around in it, at least we have

2    some guidance of where we should be.

3                THE COURT:  All right.  Mr. Kenerson

4    or Ms. Miller?

5                MR. KENERSON:  Your Honor, I guess the

6    discussion has now shifted a little bit from a discussion

7    on speedy trial to what is essentially it sounds like an

8    oral discovery motion.  And I would be happy to talk to

9    Ms. Rigby about what is realistically can and cannot be

10   provided in the real world.

11               I will note that in terms of her questions about

12   where to look, you know, we have provided a number of

13   surveillance videos.  We've provided body worn camera of

14   officers.  We've provided open source video.  We've

15   provided officer statements.  And Ms. Rigby has had a

16   chance to tour the Capitol having been provided that

17   information.  So she certainly has a place to start to

18   look for where to expect to find the government contends

19   Mr. Gieswein was at certain times of the day.  So I'm just

20   noting that for the record.

21               But in terms of what we are here for, her

22   request that she be essentially given open file discovery

23   within 30 days, I'm hearing that for the first time right

24   now.

25               THE COURT:  All right.  I'm going to construe it

1   as an oral motion also and direct that the parties meet

2   and confer and see if you can resolve it.  If you can't,

3   then the government will have until what date is

4   reasonable to file a response to her oral motion which

5   also has a tolling effect on speedy trial.

6          On a related matter -- I don't see Mr. Gieswein.

7   Is he still with us?  Are you there, sir?

8          MS. RIGBY:  He is, Your Honor.

9          THE DEFENDANT:  Yes.

10         THE COURT:  All right.  Okay.

11         MS. MILLER:  Your Honor --

12         THE COURT:  Yes, Ms. Miller.  Yes.

13         MS. MILLER:  -- if I may?  I understand the

14   Court is saying you're going to order us to file a

15   response to the oral motion for discovery, but given that

16   the Court has just ordered the parties to confer and that

17   I believe the request may itself change in nature based on

18   how those discussions go and that it was just apparently

19   occurred to defense counsel during this hearing to make

20   this request, can you please first have defense counsel

21   reduce her motion to writing so that we understand --

22         THE COURT:  You know what, I think that's only

23   eminently fair.  I mean the speedy trial clock is tolled

24   anyway.  So it's not going to be disadvantageous to your

25   client, Ms. Rigby, to file your motion, reduce it to

1    writing.

2         MS. RIGBY:  And perhaps, Your Honor, this is why

3    I started by asking for clarification from the Court about

4    what the Court's order was.  That is what I took the Court

5    to be ordering the government which is to --

6         THE COURT:  No.  That's not what the Court did.

7    What the Court did and if I misstate, please tell me.

8    What the Court did was to say that defense counsel should

9    be on equal footing with the government.  The government

10   has an entity that is assisting it with compiling,

11   analyzing, compartmentalizing discovery.  And what the

12   Court did was to require the government to fund such an

13   entity for purposes of enabling defense counsel to do

14   exactly what the government is doing, to receive, to

15   analyze, et cetera.  That's what the substance of the

16   court order of my musing was.  And again I haven't thought

17   it out fully.  That's why I invited both sides to give me

18   some language by 5:00.  But that's all the Court did.  And

19   that's a lot.  And I said within 30 days.  And we'll see

20   what happens.

21        I mean, you know, can the government comply?

22   The government is going to comply with the order to file a

23   response or so.  But actually, I don't want to offer that

24   as an alternative.  The court order is going to be clearly

25   stated in such a way to require that the government fund

1     that entity by no later than whatever 30 days from today
2     is and to address the Court's concerns.  That's all the
3     Court did.  That's a lot.  But that's all the Court did.
4     But I did not get into the minutia of what you are talking
5     about.
6              MS. RIGBY:  Okay.  So I would restate my --
7     understanding that better, Your Honor, I would restate my
8     request that in 30 days, the government not only fund
9     that, but also make it available.  So that's my request.
10             THE COURT:  Make what available?
11             MS. RIGBY:  Whatever the government has
12    available to it in 30 days.
13             THE COURT:  Well, I'm reluctant to do that.  I
14    want to get the entity in place first.  I mean that would
15    be a major accomplishment and that's what the Court will
16    do.  If you want to file a motion, go ahead and file a
17    motion.
18             I do want to -- even though the appeal has the
19    effect of tolling speedy trial, I mean, you know, I don't
20    know when the circuit is going to act on that.
21    Hypothetically, the circuit could act on that prior to the
22    next status conference.  So I need to just state very
23    generally the bases for the Court's order tolling speedy
24    trial at least through the next scheduled status hearing
25    date.  And let's pick a date first, Mark.

1          We're looking at maybe 30 days or thereabouts

2     from today's date.

3          THE CLERK:  Your Honor, how about September 16th

4     at 3:00 p.m.

5          THE COURT:  That's fine with the Court.

6          MS. RIGBY:  And that's fine for the defense,

7     Your Honor.

8          THE COURT:  And for the government?

9          MR. KENERSON:  I'm checking my calendar, Your

10    Honor.

11         THE COURT:  No.  Yom Kippur starts that day.  I

12    don't want to infringe on anyone's religious observations

13    either.

14         MS. MILLER:  I sort of want you to, Your Honor.

15         THE COURT:  You know, I'm not going to do that.

16    You know that.  That's why I make sure that all religious

17    observations are clearly stated on my calendar.

18         So do you want to pick another date?  I mean but

19    it's not like we don't have other dates.  If you want to

20    pick another date, go ahead and pick one, Ms. Miller.

21         MS. MILLER:  The Court actually has Yom Kippur

22    on your calendar and I don't.  You think it starts on

23    September 15?  Was that the day we were discussing?

24         THE CLERK:  On the 16th, Your Honor.

25         THE COURT:  On the 16th I think.  Let's see.

1     Actually, I have the 16th.

2           MS. MILLER:  Why don't we just go -- I don't

3     know if it's sunset at the 15th or sunset on the 16th.  So

4     the day starts at sunset.  So I have to look that up --

5           THE COURT:  Educate me.  Because on the 15th, I

6     have -- and I'm going to spell it because for fear of

7     mispronouncing -- I have E-R-E-V Yom Kippur.  Is that the

8     eve of Yom Kippur?

9           MS. MILLER:  Yes.  So that means that Yom Kippur

10    is on the 16th and technically, there's a second day on

11    the 17th.  Oh, and that's Rosh Hashanah.  So the 17th.

12    Let's do the 17th.

13          THE COURT:  All right.  You sure?

14          MS. MILLER:  Yes.

15          THE COURT:  All right.

16          MS. MILLER:  Yes.

17          THE COURT:  All right.  Okay.  I've been trying

18    to get away from scheduling matters on Friday.  But under

19    the circumstances, that's fine.  The 17th is fine.  And

20    it's free.  So what's a good time, Mark?

21          THE CLERK:  Court indulgence.  Your Honor, the

22    only time available on the 17th right now is at 4:00 p.m.

23          THE COURT:  That would be fine with me.  I don't

24    have any problems with that.  Any objections to 4:00 on

25    the 17th?

1          MR. KENERSON:  That's fine, Your Honor.

2          THE COURT:  All right.  Ms. Rigby?

3          MS. RIGBY:  No.

4          THE COURT:  All right.  Okay.  All right.  I'm

5   just going to state on the record very generally and

6   globally the reasons for the Court tolling speedy trial.

7   There's an independent basis to toll speedy trial at least

8   through the next scheduled status hearing.

9          All right.  And again considering the

10  government's oral motion, the response and reply, in view

11  of the government's responses, the Court finds that the

12  government has been sufficiently diligent in dealing with

13  the discovery in this case.  As detailed in the

14  government's reply brief as well in its memorandum

15  regarding status of discovery, that's ECF Number 26,

16  there's no doubt in this Court's mind that discovery in

17  this case is complex.  It's the most complex case that the

18  court has seen in its years of judicial service.

19          The list of materials accumulated includes the

20  following:  Thousands of hours of closed circuit video

21  from sources including the Capitol Police, MPD, Secret

22  Service and several hundred MPD automated traffic

23  enforcement camera videos, footage from cable satellite,

24  Public Affairs Network, C-SPAN, and other members of the

25  press, thousands of hours of body worn cameras footage

1    from MPD, Arlington County Police Department, Montgomery

2    County Police Department, Fairfax County Police Department

3    and Virginia State Police, radio transmissions, event

4    chronologies and to a limited extent global positioning

5    satellite records for MPD radios and hundreds of thousands

6    of tips including at least 237,000 digital media tips and

7    finally, a collection of over one million Parler posts,

8    replies and related data in a collection of over one

9    million Parler videos and images and that's approximately

10   20 terabytes of data.

11           In light of this complexity, the government has

12   developed a plan for discovery.  And in the Court's

13   opinion, the government has been very diligent in

14   implementing that plan and is working with the Federal

15   Public Defender as stated today to ensure they get access

16   to a database with sophisticated tools storing the

17   materials.

18           The government has stated that it is

19   prioritizing the materials that is likely to be most

20   relevant to the Capitol breach defendants; that is, the

21   Capitol surveillance footage, body worn camera footage and

22   other materials from responding law enforcement agencies

23   with the goal of approximately four to six weeks for

24   completing the transfer of these items to Deloitte.

25           The process in progress described by the

1    government does not indicate any failure to diligently

2    handle the discovery across January 6th cases.  And while

3    Mr. Gieswein argues that the government has not identified

4    further discovery from Deloitte and that it is unknown

5    when discovery will be complete, the government has also

6    emphasized that it's "already provided the materials that

7    are most relevant to the pending charges and that it has

8    prioritized the provision of discovery to Mr. Gieswein

9    specifically because he has been detained pretrial."

10          The Court should still nevertheless "seriously

11   weigh" Mr. Gieswein's interest which the Court will do,

12   including his liberty interest and his concerns relating

13   to the conditions of confinement at D.C. Jail, which has

14   been exacerbated by the ongoing COVID-19 pandemic.

15          If a trial were to proceed imminently however,

16   it's unclear whether Mr. Gieswein exercising due diligence

17   would have reasonable time necessary for effective trial

18   preparation.  As the government indicates, discovery is

19   voluminous.  Much of discovery that Deloitte is handling

20   is not in a format easily viewed or searched.  The D.C.

21   Circuit has emphasized similar defense interests when

22   affirming ends of justice exclusions of the Speedy Trial

23   Act.  In that regard, see the Rice case, 746 F.3rd at 1079

24   and Lopesierra-Gutierrez, 708 F.3rd 193, upholding

25   district court's order based on "complexity of the case,

1    the nature of the prosecution and that it would be

2    unreasonable to expect adequate preparation within the

3    time limits established under the act."

4          And as my colleague, Judge Bates found in U.S.

5    v. Klein, 2021 WL 1377128 on April the 12th of this year,

6    and I quote, "due to the number of individuals currently

7    charged in connection with the events of January 6th, the

8    scope of the ongoing investigation, the volume and nature

9    of potentially discoverable materials and the reasonable

10   time necessary for effective preparation by all parties

11   taking into account the exercise of due diligence, the

12   failure to grant a continuance in this proceeding would

13   likely make a continuation of this proceeding impossible

14   or result in a miscarriage of justice."

15         And finally, with regard to COVID-19 pandemic

16   and its serious public health impact, courts across the

17   country have determined that the ends of justice served by

18   postponing trials outweigh the interest of the public and

19   defendant in a speedy trial.  In that regard, the Court

20   relies on U.S. v. Taylor, 2020 WL 7264070 at *6.  That's a

21   district court decision December 10, 2020, collecting

22   cases across the country.

23         Now Mr. Gieswein also argues that his detention

24   magnifies the concerns raised by the government's

25   continuing requests to delay trial.  He argues that his

1   circumstances at D.C. Jail magnify the cost to delaying

2   his trial reflected in the Sixth Amendment of the Speedy

3   Trial Act.  He argues that Judge Bates and Judge McFadden

4   noted pretrial detention is reasons to not toll speedy

5   trial in two recent decisions.  United States versus

6   Federico Guillermo.  That's Case Number 21-cr-236.  And

7   United States versus Hale-Cusanelli.  That's Case Number

8   21-cr-37.  And he cites to a news article about Judge

9   McFadden and what he did in that case.

10          The government responds that under the Speedy

11  Trial Act, a judicial finding under Section 3161(h)(7)

12  that an ends of justice continuance is warranted is

13  permitted even when an individual is detained.  That's the

14  government's reply brief, ECF Number 32-1 at 16.  And

15  pursuant to 18 U.S. Code 3164, the trial or other

16  disposition of cases involving a detained person who is

17  being held in detention solely because he's awaiting trial

18  and a released person who is awaiting trial and has been

19  designated by the attorney for the government as being of

20  high risk shall be accorded a priority.  The trial of any

21  person described in Subsection (a)(1) or (a)(2) that the

22  Court just referenced shall commence not later than 90

23  days following the beginning of such continuous detention

24  or designation of high risk by the attorney for the

25  government.  And of most importance, the periods of delay

1    enumerated in Section 3161(h) are excluded in computing

2    the time limitations specified in that section.

3           While the Court may consider Mr. Gieswein's

4    continued detention as a factor in determining whether the

5    ends of justice continuance is warranted, a pretrial

6    detention is not in and of itself a factor that would

7    preclude a continuance.  As the government states that the

8    Speedy Trial Act requires the trial of a person who's

9    being detained to commence within the specified time

10   period, but it also excludes from this computation of time

11   periods of delay enumerated in 3161(h), including the

12   judicial finding under the Section 3161(h)(7) that an ends

13   of justice continuance is warranted.

14          Further with respect to whether there's a Sixth

15   Amendment violation, the Court must consider four factors:

16   The length of delay, the reasons for the delay, the

17   defendant's assertion of his right and prejudice to the

18   defendant.  Relying on Barker versus Wingo, 1972 decision

19   Of the Supreme Court, 407 U.S. 514.  None of these factors

20   is "either a necessary or sufficient condition to the

21   finding of deprivation of the right of speedy trial."

22   Rather those factors "must be considered together with

23   such circumstances as may be relevant" as part of a

24   "sensitive balancing process."

25          To trigger the speedy trial analysis, Mr.

1    Gieswein must allege an abnormally long delay since by
2    definition he cannot complain that the government has
3    denied him a speedy trial if it has in fact prosecuted his
4    case with customary promptness.  Courts call this trigger
5    a presumptively prejudicial delay and generally deem it
6    satisfied if delay exceeds one year.  That's relying upon
7    the Bikundi case, 926 F.3rd. at 779 and the
8    Lopesierra-Gutierrez case, 708 F.3rd. at 203.
9           The second half of the inquiry considers "as one
10   factor among several the extent to which the delay
11   stretches beyond the bare minimum needed to trigger
12   judicial examination of the claim."  Relying on the
13   Doggett case, 505 U.S. at 652.  How much delay is
14   tolerable is "dependent upon the peculiar circumstances of
15   the case," as it always is.  Relying on Barker.
16          Here, the delay is not presumptively prejudicial
17   because less than one year has lapsed between
18   Mr. Gieswein's arrest and any trial date.  Furthermore,
19   the current delay remains shorter than others the D.C.
20   Circuit has upheld.  In that regard, see United States
21   versus Tchibassa, 452 F.3rd. 918, delay of nearly -- well,
22   it won't be this long, Mr. Gieswein -- 11 years,
23   Lopesierra-Gutierrez, 708 F.3rd. at 202, delay of three
24   and a half years, and see also United States versus Young,
25   657 F.3rd. 408, a delay of nearly 11 years.  Especially

1    given the complex nature of discovery, the delay does not

2    appear to be "uncommonly long," citing language from

3    Doggett.  In that regard, see also Barker, the Supreme

4    Court case noting that "the delay that can be tolerated

5    for an ordinary street crime is considerably less than for

6    a serious complex conspiracy charge.  Thus as for the

7    first factor, a Sixth Amendment challenge likely fails on

8    the first factor of the analysis.

9            That's all I'm going to say.  If I need to write

10   on this, we will.  But I don't need to at this point.

11           The speedy trial has been tolled by at least two

12   reasons, the filing of an appeal and the Court's

13   independent tolling just -- and for the reasons stated by

14   the Court.

15           We have a status hearing date and time.  Are

16   there any other issues that we need to focus on this

17   afternoon?

18           MR. KENERSON:  No, Your Honor.

19           MS. RIGBY:  Your Honor, I think the Court has

20   asked for us to file a proposed order by 5 p.m.  I would

21   ask for at least another day to do that.

22           THE COURT:  Another date?

23           MS. RIGBY:  I would say at least another day.  I

24   don't know how much time --

25           THE COURT:  That's fine.

1          MS. RIGBY:  -- the government thinks we need.

2          THE COURT:  That's fine.  I was just trying to

3     accommodate you when I said a couple of hours.  But it's

4     almost 5:00 now because I was running my mouth.  5:00

5     tomorrow?

6          MS. RIGBY:  That should be fine with me if it

7     works with the government.

8          MS. MILLER:  I believe we can confer and come up

9     with an agreement by then, Your Honor.

10         THE COURT:  All right.  That's fine.  All right,

11    everyone.  Mr. Gieswein, take care of yourself, sir.  I'm

12    not going to forget you, Mr. Gieswein.

13         And everyone be safe and healthy and we'll talk

14    again.  If not sooner, we'll talk in January.  Oh, no.

15    I'm sorry.  That was a mistake, Mr. Gieswein.  We're going

16    to talk in September.  All right, everyone.  Take care.

17         (Proceedings concluded.)

18

19

20

21

22

23

24

25

1          CERTIFICATE OF REPORTER

2

3          I, Lisa K. Bankins, an Official Court Reporter

4    for the United States District and Bankruptcy Courts for

5    the District of Columbia, do hereby certify that I

6    reported, by machine shorthand, in my official capacity,

7    the proceedings had and testimony adduced upon the status

8    conference in the case of the United States of America

9    versus Robert Gieswein, Criminal Number 21-cr-00024, in

10   said court on the 11th day of August, 2021.

11

12          I further certify that the foregoing 40 pages

13   constitute the official transcript of said proceedings, as

14   taken from my machine shorthand notes, together with the

15   backup tape of said proceedings to the best of my ability.

16

17          In witness whereof, I have hereto subscribed my

18   name, this 12th day of August, 2021.

19

20

21                              Lisa K. Bankins

22                              Lisa K. Bankins
                                Official Court Reporter
23

24

25

MR. KENERSON: **[11]**
2/7 3/6 21/19 21/23
21/25 22/6 22/14 26/5
30/9 32/1 39/18
MS. MILLER: **[18]**   2/16
3/19 5/24 11/12 11/17
12/25 13/20 14/1 15/14
27/11 27/13 30/10 30/21
31/2 31/9 31/14 31/16
40/8
MS. RIGBY: **[31]**   2/19
9/6 9/14 9/18 10/25
15/3 15/5 17/21 18/1
18/7 19/11 19/20 19/24
20/5 21/6 23/8 23/24
24/4 24/9 25/13 25/22
27/8 28/2 29/6 29/11
30/6 32/3 39/19 39/23
40/1 40/6
THE CLERK: **[6]**   2/2
23/17 23/20 30/3 30/24
31/21
THE COURT: **[64]**
THE DEFENDANT: **[4]**
2/23 22/17 22/24 27/9

**0**

**00024 [2]**   1/3 41/9
**024 [2]**   2/3 23/21

**1**

**10 [1]**   35/21
**1079 [1]**   34/23
**11 [3]**   1/5 38/22 38/25
**11th [1]**   41/10
**12th [2]**   35/5 41/18
**1377128 [1]**   35/5
**14,000 [1]**   17/7
**14th [4]**   19/21 19/22
20/1 20/4
**15 [1]**   30/23
**15th [4]**   20/8 20/15
31/3 31/5
**16 [1]**   36/14
**1650 [1]**   1/16
**16th [6]**   30/3 30/24
30/25 31/1 31/3 31/10
**17th [6]**   31/11 31/11
31/12 31/19 31/22 31/25
**18 [4]**   16/11 16/12
16/14 36/15
**19 [2]**   34/14 35/15
**193 [1]**   34/24
**1972 [1]**   37/18

**2**

**20 [1]**   33/10
**20001 [1]**   1/23
**202 [1]**   38/23
**2020 [2]**   35/20 35/21
**2021 [4]**   1/5 35/5 41/10
41/18

**203 [1]**   38/8
**20530 [1]**   1/13
**21-024 [2]**   2/3 23/21
**21-cr-00024 [2]**   1/3
41/9
**21-cr-236 [1]**   36/6
**21-cr-37 [1]**   36/8
**22314 [1]**   1/17
**236 [1]**   36/6
**237,000 [1]**   33/6
**24th [2]**   19/21 19/23
**26 [1]**   32/15

**3**

**30 [17]**   7/15 8/2 12/17
13/24 21/7 21/14 21/16
24/1 24/6 25/6 25/23
26/23 28/19 29/1 29/8
29/12 30/1
**3161 [5]**   22/14 36/11
37/1 37/11 37/12
**3164 [1]**   36/15
**32-1 [1]**   36/14
**333 [1]**   1/22
**37 [1]**   36/8
**3:00 [3]**   1/6 14/24 30/4

**4**

**40 [1]**   41/12
**407 [1]**   37/19
**408 [1]**   38/25
**45 [2]**   21/15 21/18
**452 [1]**   38/21
**4:00 [2]**   31/22 31/24

**5**

**500 [2]**   1/16 17/22
**505 [1]**   38/13
**514 [1]**   37/19
**555 [1]**   1/12
**5:00 [4]**   14/25 28/18
40/4 40/4

**6**

**60 [1]**   7/15
**609 [1]**   20/19
**652 [1]**   38/13
**657 [1]**   38/25
**6th [3]**   2/10 34/2 35/7

**7**

**708 [3]**   34/24 38/8
38/23
**7264070 [1]**   35/20
**746 [1]**   34/23
**779 [1]**   38/7

**9**

**90 [1]**   36/22
**918 [1]**   38/21
**926 [1]**   38/7

**A**

**A.J [1]**   11/21

**ability [3]**   25/14 25/16
41/15
**able [6]**   4/12 4/23 5/4
5/6 11/19 24/21
**abnormally [1]**   38/1
**about [36]**   2/12 3/1 6/1
6/12 6/15 7/1 7/2 7/16
8/15 10/13 10/15 11/24
12/4 13/11 13/19 14/9
14/13 17/4 17/12 18/2
18/15 18/25 19/16 19/20
21/1 21/10 24/14 24/19
25/1 25/25 26/9 26/11
28/3 29/5 30/3 36/8
**absolutely [3]**   6/1 18/6
22/6
**abused [1]**   24/25
**acceptable [1]**   12/15
**access [8]**   15/10 24/9
24/25 25/6 25/6 25/10
25/23 33/15
**accessible [1]**   4/5
**accommodate [1]**   40/3
**accomplish [1]**   13/24
**accomplishes [1]**   6/19
**accomplishment [1]**
29/15
**accorded [1]**   36/20
**account [1]**   35/11
**accounts [1]**   16/2
**accumulated [1]**   32/19
**across [3]**   34/2 35/16
35/22
**act [8]**   16/2 29/20
29/21 34/23 35/3 36/3
36/11 37/8
**action [1]**   18/4
**actually [12]**   5/7 5/25
6/8 12/7 14/10 14/11
18/11 21/14 24/18 28/23
30/21 31/1
**add [4]**   3/18 3/19 15/5
22/18
**address [2]**   9/8 29/2
**adduced [1]**   41/7
**adequate [1]**   35/2
**Affairs [1]**   32/24
**affirming [1]**   34/22
**after [1]**   7/18
**afternoon [6]**   2/7 2/14
2/19 2/21 2/22 39/17
**again [5]**   4/2 21/2
28/16 32/9 40/14
**against [1]**   8/4
**agencies [1]**   33/22
**agree [9]**   11/10 11/10
11/11 13/3 14/12 14/15
16/23 18/12 18/12
**agreement [1]**   40/9
**ahead [6]**   6/9 15/4 20/2
21/24 29/16 30/20
**Alexandria [1]**   1/17
**all [49]**
**allege [1]**   38/1

7/14

**A**

allow [1]   15/7
alluded [1]   17/6
almost [1]   40/4
alone [1]   17/8
already [6]   7/20 11/15
12/2 12/5 17/3 34/6
also [14]   6/21 7/6
10/10 11/1 14/13 22/8
27/1 27/5 29/9 34/5
35/23 37/10 38/24 39/3
alternative [3]   15/13
17/2 28/24
Alternatively [1]   4/9
alternatives [2]   17/6
17/15
always [2]   7/21 38/15
am [2]   9/25 19/13
Amendment [3]   36/2
37/15 39/7
AMERICA [4]   1/3 2/3
23/21 41/8
among [2]   4/16 38/10
amount [1]   15/24
analysis [3]   8/1 37/25
39/8
analyze [4]   5/17 13/13
17/17 28/15
analyzed [1]   10/21
analyzing [1]   28/11
ANN [2]   1/15 2/19
another [7]   7/19 16/19
30/18 30/20 39/21 39/22
39/23
answer [3]   2/11 3/3 3/8
anxious [1]   22/20
any [18]   2/11 14/21
18/22 19/18 21/13 22/15
24/13 24/15 24/18 24/20
24/25 25/3 31/24 31/24
34/1 36/20 38/18 39/16
anyone [4]   8/5 8/13
14/21 19/5
anyone's [2]   18/19
30/12
anything [8]   3/18 7/3
9/3 18/11 22/1 24/19
25/2 25/11
anyway [1]   27/24
apologized [1]   23/4
apparently [1]   27/18
appeal [3]   22/3 29/18
39/12
appear [1]   39/2
APPEARANCES [1]   1/10
applying [2]   16/7 16/8
appreciate [5]   9/7
12/18 13/2 14/3 23/12
appropriately [1]   17/1
approximately [2]   33/9
33/23
April [1]   35/5
arbitrary [3]   7/2 7/6

are [39]   2/15 2/16 2/22
3/11 3/24 4/14 4/14
4/18 4/20 5/2 5/25 6/16
7/21 11/6 11/15 11/23
12/19 13/4 13/6 13/15
13/23 14/8 15/11 15/23
16/1 16/7 16/15 17/6
17/12 17/16 19/12 25/11
26/21 27/7 29/4 30/17
34/7 37/1 39/15
areas [3]   24/15 24/18
25/25
aren't [1]   18/9
argues [4]   34/3 35/23
35/25 36/3
argument [1]   2/25
Arlington [1]   33/1
around [2]   24/8 26/1
arrest [1]   38/18
article [1]   36/8
articulated [1]   6/22
articulating [1]   3/2
as [48]
ask [3]   9/12 19/14
39/21
asked [3]   25/24 25/24
39/20
asking [4]   12/5 16/14
25/11 28/3
aspersions [1]   22/7
assertion [1]   37/17
assist [2]   10/17 10/17
assisting [2]   5/7 28/10
assumption [2]   5/15
5/16
assure [1]   13/5
attorney [7]   7/12 13/14
22/19 23/2 23/14 36/19
36/24
Attorney's [2]   1/11
15/8
attorneys [2]   7/7 8/5
August [4]   1/5 8/8
41/10 41/18
authority [1]   18/5
automated [1]   32/22
available [10]   2/11
4/13 5/12 9/20 17/3
17/17 29/9 29/10 29/12
31/22
Avenue [1]   1/22
awaiting [2]   36/17
36/18
aware [1]   22/11
away [1]   31/18

**B**

backup [1]   41/15
balancing [1]   37/24
Bankins [4]   1/21 41/3
41/21 41/22
BANKRUPTCY [2]   1/1 41/4
bare [2]   9/10 38/11

Barker [3]   37/18 38/15
39/4
barrier [1]   14/16
based [3]   11/21 27/17
34/25
bases [1]   29/23
bashful [1]   23/12
basic [1]   16/9
basically [1]   10/16
basis [2]   17/1 32/7
Bates [2]   35/4 36/3
be [72]
beautiful [1]   15/18
because [21]   6/13 7/7
11/5 11/14 12/19 12/23
13/3 14/4 16/12 18/10
18/23 18/25 21/3 22/12
22/20 31/5 31/6 34/9
36/17 38/17 40/4
been [19]   4/6 4/23 5/18
7/13 8/8 11/24 12/3
12/13 17/3 18/10 23/9
26/16 31/17 32/12 33/13
34/9 34/14 36/18 39/11
before [4]   1/8 12/17
13/7 13/24
beginning [1]   36/23
begun [1]   12/2
behalf [3]   2/8 2/20 5/5
being [7]   3/11 6/8 7/6
14/20 36/17 36/19 37/9
believe [3]   13/1 27/17
40/8
believes [2]   24/13
24/16
best [7]   4/5 4/19 5/9
7/4 14/6 17/18 41/15
better [1]   29/7
between [1]   38/17
beyond [1]   38/11
Bikundi [2]   16/11 38/7
bit [2]   24/5 26/6
block [1]   20/2
body [6]   4/12 10/6 16/3
26/13 32/25 33/21
boom [1]   16/19
both [3]   2/14 14/24
28/17
Brady [2]   7/8 16/5
breach [1]   33/20
breakout [6]   23/1 23/2
23/3 23/7 23/15 23/19
brief [2]   32/14 36/14
briefly [1]   6/24
brilliant [2]   23/11
23/13
bringing [1]   8/14
Broderick [2]   11/22
12/3

**C**

C-SPAN [1]   32/24
cable [1]   32/23
calendar [5]   18/23 20/3

calendar... [3]   30/9
30/17 30/22
call [1]   38/4
came [1]   13/7
camera [5]   4/12 16/3
26/13 32/23 33/21
cameras [1]   32/25
can [35]   3/3 3/13 3/22
5/8 5/12 6/10 7/5 7/12
7/22 8/7 8/16 8/17 9/12
10/20 10/23 12/16 13/12
14/24 17/2 18/17 18/17
20/12 20/20 20/22 20/25
20/25 21/1 21/9 21/17
26/9 27/2 27/20 28/21
39/4 40/8
can't [4]   5/1 8/3 21/17
27/2
cannot [3]   25/4 26/9
38/2
capacity [3]   9/23 24/10
41/6
Capitol [7]   4/3 24/15
25/25 26/16 32/21 33/20
33/21
care [2]   40/11 40/16
case [28]   2/2 3/25 8/5
8/7 11/7 11/9 13/6
14/18 16/9 16/13 18/21
23/21 25/16 32/13 32/17
32/17 34/23 34/25 36/6
36/7 36/9 38/4 38/7
38/8 38/13 38/15 39/4
41/8
cases [10]   2/10 5/5
5/13 13/15 14/19 16/10
22/22 34/2 35/22 36/16
casting [1]   22/6
CCTV [4]   4/3 4/12 15/25
16/3
ceremonial [1]   20/11
certain [2]   11/20 26/19
certainly [2]   25/22
26/17
CERTIFICATE [1]   40/18
certify [2]   41/5 41/12
cetera [3]   7/8 20/19
28/15
challenge [1]   39/7
challenges [1]   11/7
chance [5]   6/6 10/9
14/13 24/19 26/16
change [2]   22/1 27/17
changes [1]   4/25
charge [1]   39/6
charged [1]   35/7
charges [1]   34/7
cheap [1]   6/16
checking [1]   30/9
Chief [2]   6/3 12/4
chronologies [1]   33/4
circuit [5]   29/20 29/21

32/20 34/21 38/20
circumstances [4]
31/19 36/1 37/23 38/14
cites [1]   36/8
citing [1]   39/2
claim [1]   38/12
clarification [2]   11/2
28/3
clarify [2]   24/4 24/12
class [1]   18/3
clear [1]   11/17
clearly [3]   3/2 28/24
30/17
clerk [1]   10/9
client [5]   5/23 17/23
17/25 23/18 27/25
clock [2]   6/21 27/23
closed [1]   32/20
Code [1]   36/15
collaborating [1]   14/9
collaborative [1]
12/14
colleague [2]   8/11 35/4
colleagues [1]   14/21
collecting [1]   35/21
collection [2]   33/7
33/8
COLUMBIA [3]   1/1 1/22
41/5
comb [1]   4/16
come [2]   17/8 40/8
comfortable [1]   10/14
commence [3]   20/14
36/22 37/9
Communications [1]
16/2
community [1]   8/19
company [1]   7/25
compartmentalizing [1]
28/11
compiling [1]   28/10
complain [2]   25/1 38/2
complete [2]   3/14 34/5
completed [1]   3/4
completely [1]   8/7 9/19
completing [1]   33/24
complex [8]   10/19 11/9
15/24 16/20 32/17 32/17
39/1 39/6
complexities [2]   3/9
16/13
complexity [2]   33/11
34/25
complicate [1]   14/16
comply [3]   4/20 28/21
28/22
computation [1]   37/10
computer [1]   16/18
computing [1]   37/1
concerned [1]   3/5
concerns [5]   7/10 8/9
29/2 34/12 35/24
concluded [1]   40/17
concur [1]   9/19

condition [1]   37/20
conditions [1]   34/13
confer [3]   27/2 27/16
40/8
conference [3]   1/8
29/22 41/8
confinement [1]   34/13
confines [1]   7/13
connection [1]   35/7
consider [4]   8/4 10/23
37/3 37/15
considerably [1]   39/5
consideration [1]   6/2
considered [1]   37/22
considering [4]   4/9
4/10 6/11 32/9
considers [1]   38/9
consistent [1]   7/16
conspiracy [1]   39/6
constantly [1]   5/3
constitute [1]   41/13
Constitution [2]   1/22
9/21
constitutional [1]
22/12
constructive [1]   17/11
construe [1]   26/25
contends [1]   26/18
continuance [5]   35/12
36/12 37/5 37/7 37/13
continuation [1]   35/13
continue [3]   12/14 13/1
18/21
continued [1]   37/4
continuing [2]   8/9
35/25
continuous [1]   36/23
contract [4]   11/18 12/8
12/8 12/15
control [2]   10/5 22/16
controls [1]   5/11
coordinate [1]   4/4
coordinator [3]   2/10
5/4 11/23
copies [1]   16/18
copy [2]   16/18 17/7
correctly [1]   17/18
cost [1]   36/1
could [4]   7/6 17/8 21/7
29/21
counsel [19]   2/5 2/22
3/18 4/18 5/5 5/17 5/22
6/6 6/7 6/13 17/20
19/19 20/21 21/13 21/24
27/19 27/20 28/8 28/13
country [2]   35/17 35/22
County [3]   33/1 33/2
33/2
couple [3]   11/17 22/22
40/3
course [2]   3/16 19/16
court [55]
court's [12]   9/16 9/25
11/13 11/14 13/2 28/4

## C

court's... **[6]**  29/2
29/23 32/16 33/12 34/25
39/12
courts **[4]**  1/1 35/16
38/4 41/4
COVID **[3]**  8/14 34/14
35/15
COVID-19 **[2]**  34/14
35/15
cr **[4]**  1/3 36/6 36/8
41/9
crime **[1]**  39/5
Criminal **[4]**  1/3 2/2
23/20 41/9
critical **[1]**  14/21
cross **[1]**  8/19
cross-section **[1]**  8/19
current **[1]**  38/19
currently **[3]**  5/25
19/13 35/6
Cusanelli **[1]**  36/7
customary **[1]**  38/4

## D

D.C **[8]**  1/4 1/13 1/23
9/22 34/13 34/20 36/1
38/19
data **[2]**  33/8 33/10
database **[11]**  3/10 4/8
5/6 11/25 15/9 15/15
16/17 16/23 25/15 25/15
33/16
date **[29]**  3/13 7/3 7/17
7/18 7/19 9/4 9/5 9/7
13/22 13/23 18/15 18/16
18/24 19/1 19/10 19/13
20/2 20/20 21/5 21/18
27/3 29/5 29/25 30/2
30/18 30/20 38/18 39/15
39/22
dates **[5]**  19/16 19/17
19/18 21/11 30/19
day **[13]**  4/25 20/3 20/4
20/7 26/19 30/11 30/23
31/4 31/10 39/21 39/23
41/10 41/18
days **[21]**  7/15 7/15 8/2
12/17 21/7 21/14 21/15
21/16 21/18 21/20 24/1
24/6 25/7 25/23 26/23
28/19 29/1 29/8 29/12
30/1 36/23
deadline **[4]**  5/1 13/6
20/24 21/3
deadlines **[4]**  13/4
19/12 21/8 21/21
deal **[1]**  21/7
dealing **[3]**  15/23 16/1
32/12
December **[2]**  19/14
35/21
decision **[6]**  19/7 19/8

decisions **[2]**  17/18
36/5
deem **[1]**  38/5
defendant **[10]**  1/6 1/15
2/18 3/21 8/1 10/17
22/2 22/12 35/19 37/18
defendant's **[1]**  37/17
defendants **[3]**  11/5
13/12 33/20
defender **[7]**  1/15 5/2
5/16 6/3 9/22 11/23
33/15
defense **[28]**  4/5 4/14
4/15 4/18 4/22 5/5 5/10
5/12 5/16 5/22 6/6 6/13
11/20 13/14 14/6 15/19
15/20 16/24 17/5 17/11
17/15 20/21 27/19 27/20
28/8 28/13 30/6 34/21
defense's **[1]**  17/12
definition **[1]**  38/2
delay **[17]**  35/25 36/25
37/11 37/16 37/16 38/1
38/5 38/6 38/10 38/13
38/16 38/19 38/21 38/23
38/25 39/1 39/4 39/4
delaying **[1]**  36/1
delays **[1]**  16/12
Deloitte **[18]**  3/10 3/15
3/23 4/2 4/6 5/21 6/19
11/4 11/19 12/8 12/10
12/11 12/16 15/9 16/7
33/24 34/4 34/19
Delta **[1]**  8/10
demand **[1]**  25/22
demanding **[2]**  4/18 24/1
demands **[1]**  4/19
denied **[1]**  38/3
Department **[3]**  33/1
33/2 33/2
dependent **[1]**  38/14
deprivation **[1]**  37/21
described **[2]**  33/25
36/21
designated **[1]**  36/19
designation **[1]**  36/24
detailed **[1]**  32/13
detained **[4]**  34/9 36/13
36/16 37/9
detention **[6]**  35/23
36/4 36/17 36/23 37/4
37/6
determined **[1]**  35/17
determining **[1]**  37/4
developed **[1]**  33/12
devices **[1]**  16/2
did **[13]**  3/1 3/14 22/3
22/23 28/6 28/7 28/8
28/12 28/18 29/3 29/3
29/4 36/9
didn't **[1]**  10/1
different **[2]**  16/6 19/1
difficult **[1]**  13/13

digital **[1]**  33/6
diligence **[2]**  34/16
35/11
diligent **[3]**  3/12 32/12
33/13
diligently **[2]**  3/20
34/1
dire **[3]**  20/9 20/11
20/14
direct **[1]**  27/1
directing **[1]**  7/24
direction **[1]**  19/1
disadvantage **[3]**  6/14
7/7 13/15
disadvantageous **[1]**
27/24
discoverable **[2]**  24/14
35/9
discovery **[39]**  2/10
2/12 3/4 3/9 3/25 5/4
7/8 8/1 9/19 9/20 11/22
12/1 15/10 16/11 16/12
16/25 17/3 17/17 19/4
19/5 24/18 24/20 24/25
25/12 26/8 26/22 27/15
28/11 32/13 32/15 32/16
33/12 34/2 34/4 34/5
34/8 34/18 34/19 39/1
discussing **[1]**  30/23
discussion **[2]**  26/6
26/6
discussions **[6]**  6/2
11/21 12/4 12/6 17/12
27/18
disposition **[1]**  36/16
district **[10]**  1/1 1/1
1/9 1/21 1/22 16/10
34/25 35/21 41/4 41/5
do **[51]**
document **[1]**  16/19
documents **[1]**  16/4
does **[12]**  8/18 8/25
10/6 11/19 12/8 12/8
13/5 14/2 16/16 22/8
34/1 39/1
doesn't **[7]**  15/19 16/24
18/7 20/24 22/1 22/18
22/20
Doggett **[2]**  38/13 39/3
doing **[10]**  5/8 5/21 7/1
10/14 11/4 11/15 15/11
20/20 20/23 28/14
domino **[1]**  14/19
don't **[53]**
done **[4]**  12/16 12/22
16/20 23/5
doubt **[1]**  32/16
down **[2]**  8/14 24/18
drive **[1]**  17/8
due **[3]**  34/16 35/6
35/11
during **[1]**  27/19

**E**

earlier [1]   13/11
early [1]   19/15
ease [1]   20/20
easier [1]   5/22
easily [2]   10/21 34/20
easy [1]   4/15
ECF [2]   32/15 36/14
Educate [1]   31/5
effect [4]   10/22 14/19
27/5 29/19
effective [2]   34/17
35/10
efficient [2]   17/22
17/23
eight [2]   25/3 25/4
either [2]   30/13 37/20
else [4]   12/23 20/12
20/16 25/16
EMILY [2]   1/12 2/9
eminently [1]   27/23
EMMET [1]   1/8
emphasized [2]   34/6
34/21
enabling [1]   28/13
end [1]   19/15
ends [6]   12/11 34/22
35/17 36/12 37/5 37/12
enforcement [2]   32/23
33/22
engineers [2]   4/3 4/7
ensure [1]   33/15
entered [1]   24/23
entitled [2]   8/2 10/19
entity [8]   5/21 6/18
7/25 10/15 28/10 28/13
29/1 29/14
enumerated [2]   37/1
37/11
equal [2]   24/9 28/9
equipped [1]   7/9
erect [1]   14/16
ERIK [2]   1/11 2/8
especially [2]   18/10
38/25
ESQUIRE [3]   1/11 1/12
1/15
essentially [5]   11/3
25/11 25/13 26/7 26/22
established [1]   35/3
et [3]   7/8 20/19 28/15
eve [1]   31/8
even [6]   16/9 16/23
18/21 19/2 29/18 36/13
even know [1]   19/2
event [1]   33/3
events [1]   35/7
ever [1]   13/7
every [2]   4/25 25/21
everyone [7]   3/1 12/23
17/18 18/17 40/11 40/13
40/16
everyone's [1]   3/1

everything [4]   2/25 9/6
15/7 19/1 37/14
evidence [2]   5/11 16/21
exacerbated [1]   34/14
exactly [5]   6/12 9/10
23/25 24/5 28/14
examination [1]   38/12
example [2]   3/25 4/11
exceeds [1]   38/6
excellent [2]   6/7 7/12
excluded [1]   37/1
excludes [1]   37/10
exclusions [1]   34/22
excuse [2]   3/10 10/20
exercise [1]   35/11
exercises [1]   22/12
exercising [1]   34/16
expand [1]   18/4
expect [2]   26/18 35/2
expeditiously [1]   3/24
experiencing [1]   11/8
expertise [1]   16/7
explained [1]   4/1
exploring [3]   5/25 12/2
18/9
extent [5]   8/25 14/2
17/2 33/4 38/10
extraordinarily [1]
15/24

**F**

F.3rd [7]   34/23 34/24
38/7 38/8 38/21 38/23
38/25
facilitate [2]   7/25
24/17
fact [4]   9/22 15/18
15/21 38/3
factor [5]   37/4 37/6
38/10 39/7 39/8
factors [3]   37/15 37/19
37/22
fails [1]   39/7
failure [2]   34/1 35/12
fair [3]   8/19 14/12
27/23
Fairfax [1]   33/2
faith [1]   8/8
far [2]   3/4 18/10
fast [1]   3/22
favor [2]   9/8 9/25
FBI [1]   4/24
FCRR [1]   1/21
fear [1]   31/6
feasible [1]   17/14
February [8]   19/15
19/18 19/21 19/22 20/1
20/3 20/8 20/15
February 14th [1]
19/21
February the [2]   19/22
20/1
federal [6]   1/15 5/2
5/16 6/3 9/22 33/14

Federico [1]   36/6
feel [5]   10/14 13/25
14/21 15/5 20/20
figure [1]   4/4
figured [1]   4/7
file [11]   16/19 22/3
25/12 26/22 27/4 27/14
27/25 28/22 29/16 29/16
39/20
filed [1]   20/19
filing [4]   20/24 21/3
22/7 39/12
final [1]   5/1
finally [2]   33/7 35/15
find [2]   8/7 26/18
finding [3]   36/11 37/12
37/21
finds [1]   32/11
fine [16]   2/17 9/3
21/12 21/19 22/4 22/4
30/5 30/6 31/19 31/19
31/23 32/1 39/25 40/2
40/6 40/10
finish [1]   10/16
firm [1]   7/18
first [8]   11/18 19/10
26/23 27/20 29/14 29/25
39/7 39/8
five [1]   21/20
focus [1]   39/16
focusing [1]   17/24
following [2]   32/20
36/23
footage [10]   4/8 4/12
4/16 4/18 16/3 17/7
32/23 32/25 33/21 33/21
footing [1]   28/9
footnote [1]   13/19
force [2]   7/9 19/4
foregoing [1]   41/12
forget [1]   40/12
form [2]   8/24 24/21
format [5]   4/21 4/23
5/9 16/1 34/20
Forty [1]   21/20
Forty-five [1]   21/20
found [2]   3/25 35/4
four [4]   3/15 17/9
33/23 37/15
Fourth [1]   1/12
FPD [5]   12/10 12/14
12/16 14/5 18/7
frankly [4]   4/13 8/21
11/14 13/2
fraud [2]   16/9 16/13
free [1]   31/20
Friday [1]   31/18
friendly [2]   4/14 5/9
fulfilling [1]   25/18
full [1]   19/3
fully [4]   9/8 9/25
15/15 28/17
fund [9]   5/20 6/18 6/18
7/24 9/17 10/11 28/12

**F**

fund... [2]   28/25 29/8
Funding [1]   10/15
further [4]   14/16 34/4
37/14 41/12
Furthermore [1]   38/18

**G**

general [2]   14/4 16/13
generally [3]   29/23
32/5 38/5
get [19]   3/3 8/15 8/16
8/22 9/24 10/1 10/13
14/24 16/5 16/17 17/18
17/23 18/4 19/4 25/16
29/4 29/14 31/18 33/15
getting [3]   11/6 17/7
22/20
GIESWEIN [35]   1/5 2/3
2/20 2/22 3/5 7/7 7/11
8/13 11/5 12/22 18/2
18/6 18/10 18/11 18/20
18/20 22/16 23/22 24/14
24/16 24/19 24/24 25/20
26/19 27/6 34/3 34/8
34/16 35/23 38/1 38/22
40/11 40/12 40/15 41/9
Gieswein's [3]   34/11
37/3 38/18
Giglio [1]   7/8
give [7]   5/1 6/6 8/2
10/8 10/22 14/13 28/17
given [4]   4/4 26/22
27/15 39/1
giving [1]   21/15
global [1]   33/4
globally [1]   32/6
go [14]   6/9 6/24 7/15
15/4 15/8 15/18 20/1
21/24 23/1 23/6 27/18
29/16 30/20 31/2
goal [3]   3/16 17/22
33/23
goes [1]   20/8
going [38]   4/14 5/10
5/14 6/4 6/5 6/16 6/17
6/20 6/23 7/15 8/2 8/3
10/8 13/17 13/23 14/13
14/15 15/12 16/21 17/10
18/18 18/19 19/8 20/14
22/21 24/3 26/25 27/14
27/24 28/22 28/24 29/20
30/15 31/6 32/5 39/9
40/12 40/15
good [12]   2/7 2/14 2/16
2/19 2/21 2/21 2/23 8/8
11/16 15/11 23/6 31/20
got [2]   8/9 12/23
government [69]
government's [8]   2/9
2/13 7/10 32/10 32/11
32/14 35/24 36/14
grant [1]   35/12

great [3]   3/1 14/25
23/23
grounds [1]   24/15
group's [1]   4/21
guess [3]   5/19 13/20
26/5
guidance [1]   26/2
Guillermo [1]   36/6
Gutierrez [3]   34/24
38/8 38/23

**H**

had [2]   26/15 41/7
Hale [1]   36/7
Hale-Cusanelli [1]
36/7
half [2]   38/9 38/24
handle [1]   34/2
handling [1]   34/19
hands [1]   20/13
happen [3]   12/7 13/3
13/7
happens [1]   28/20
happy [1]   26/8
hard [3]   5/2 17/8 17/16
has [34]   7/13 8/6 11/8
15/7 24/10 25/6 25/11
26/6 26/15 26/17 27/5
27/16 28/10 29/11 29/18
30/21 32/12 32/18 33/11
33/13 33/18 34/3 34/5
34/7 34/9 34/13 34/21
36/18 38/2 38/3 38/17
38/20 39/11 39/19
Hashanah [1]   31/11
have [61]
haven't [5]   10/13 18/24
25/2 25/3 28/16
having [4]   9/2 15/20
24/19 26/16
he [11]   18/22 18/22
24/25 27/7 27/8 34/9
35/25 36/3 36/8 36/9
38/2
he's [1]   36/17
head [1]   10/12
health [1]   35/16
healthy [1]   40/13
hear [4]   2/25 18/24
19/10 20/21
hearing [13]   13/7 18/22
21/2 21/8 21/9 21/14
21/18 21/21 26/23 27/19
29/24 32/8 39/15
heartburn [1]   21/10
held [1]   36/17
help [2]   11/1 22/23
helpful [2]   23/9 23/25
Helton [1]   10/9
her [9]   5/23 7/14 10/6
23/11 23/18 26/11 26/21
27/4 27/21
here [11]   2/10 3/20 4/2
6/4 8/12 9/10 10/10

14/5 16/10 26/21 38/16
Here's [2]   6/5 20/16
hereby [1]   41/5
hereto [1]   41/17
herring [1]   3/23
high [2]   36/20 36/24
him [1]   38/3
his [11]   7/7 10/6 18/23
24/25 34/12 34/12 35/23
35/25 36/2 37/17 38/3
HISP [1]   7/20
hit [2]   9/9 16/18
Honor [55]
HONORABLE [1]   1/8
honoring [1]   10/18
hoped [1]   3/14
hopefully [2]   13/22
14/19
hopes [1]   5/3
horizon [1]   10/4
horrible [1]   20/7
hours [5]   4/17 17/7
32/20 32/25 40/3
how [19]   2/15 2/16 2/22
3/20 3/22 5/11 12/2
13/12 14/8 17/13 17/13
17/14 19/3 22/5 25/9
27/18 30/3 38/13 39/24
Howell [2]   6/3 12/4
however [1]   34/15
hundred [1]   32/22
hundreds [1]   33/5
Hypothetically [1]
29/21

**I**

I'll [10]   6/6 6/24 8/22
8/24 9/1 10/15 10/22
13/17 23/2 24/3
I'm [54]
I've [4]   2/24 6/7 18/14
31/17
idea [1]   25/4
ideal [2]   11/23 17/4
identification [1]
24/12
identified [2]   10/21
34/3
identify [2]   2/4 4/16
ill [1]   20/20
images [1]   33/9
imminently [1]   34/15
impact [1]   35/16
implementing [1]   33/14
importance [1]   36/25
important [1]   19/12
impossible [1]   35/13
incarcerated [1]   7/21
inclined [2]   6/21 7/23
include [1]   24/20
includes [1]   32/19
including [6]   5/5 8/25
32/21 33/6 34/12 37/11
incredibly [1]   12/13

**I**

independent [2]   32/7
39/13
independently [1]   22/8
indicate [1]   34/1
indicates [1]   34/18
individual [2]   9/23
36/13
individually [1]   8/5
individuals [1]   35/6
indulgence [1]   31/21
information [9]   4/11
5/18 7/13 15/25 24/14
25/18 25/20 25/24 26/17
infringe [1]   30/12
initiative [1]   2/12
inquiry [1]   38/9
instead [1]   20/13
instituted [1]   13/15
interest [3]   34/11
34/12 35/18
interests [1]   34/21
interlocutory [1]   22/3
internal [1]   4/24
inundated [1]   18/18
investigation [1]   35/8
invited [1]   28/17
involved [1]   12/12
involving [1]   36/16
is [119]
isn't [4]   12/5 14/11
15/25 16/17
issue [6]   3/20 6/5 6/17
9/9 20/17 24/3
issues [2]   8/20 39/16
it [88]
it's [40]   3/11 4/6 4/22
7/16 8/7 8/8 8/12 10/19
11/4 12/23 13/13 13/21
13/22 14/24 15/14 15/15
15/16 15/17 15/18 15/19
15/25 16/1 16/10 16/19
16/21 18/16 18/19 21/4
21/4 22/9 23/6 25/14
27/24 30/19 31/3 31/20
32/17 34/6 34/16 40/3
items [1]   33/24
its [6]   10/18 24/10
25/19 32/14 32/18 35/16
itself [2]   27/17 37/6

**J**

Jail [2]   34/13 36/1
Jan [1]   2/10
January [12]   7/4 7/18
18/15 18/17 18/20 19/9
19/15 19/21 19/22 34/2
35/7 40/14
January 24th [1]   19/21
January 6th [2]   34/2
35/7
January the [1]   19/22
job [2]   3/1 15/11

**Jordan [3]**   13/10 13/18
14/23
judge [10]   1/9 6/3 8/16
8/17 8/25 12/4 35/4
36/3 36/3 36/8
judges [1]   10/4
judicial [5]   4/20 32/18
36/11 37/12 38/12
jurors [1]   8/17
jury [2]   8/18 20/2
just [54]
justice [7]   22/5 34/22
35/14 35/17 36/12 37/5
37/13

**K**

keep [2]   14/4 20/25
KENERSON [4]   1/11 2/8
19/15 26/3
kill [1]   12/21
kind [1]   4/11
kindness [1]   12/21
kinds [1]   17/14
King [1]   1/16
Kippur [5]   30/11 30/21
31/7 31/8 31/9
Klein [1]   35/5
know [36]   3/3 3/8 3/12
3/24 8/8 8/9 8/16 10/8
12/17 13/12 13/19 13/24
14/17 19/2 20/4 20/10
20/12 20/16 21/1 21/16
22/10 22/20 23/4 23/6
23/11 23/13 23/15 26/12
27/22 28/7 29/19 29/20
30/15 30/16 31/3 39/24
knows [1]   20/12
Kramer [2]   11/21 12/3

**L**

laid [3]   2/12 3/12
15/23
Lamberth [2]   8/10 8/11
Lambeth [1]   8/11
language [8]   10/10
10/23 14/2 14/14 14/24
14/25 28/18 39/2
lapsed [1]   38/17
last [1]   22/3
late [1]   21/9
later [3]   20/22 29/1
36/22
law [2]   10/9 33/22
lawyer [1]   23/11
lawyers [1]   9/23
least [9]   11/5 20/12
26/1 29/24 32/7 33/6
39/11 39/21 39/23
leave [1]   9/1
legitimate [1]   5/15
length [1]   37/16
less [3]   17/14 38/17
39/5
let [7]   5/14 10/15

**let's [8]**   2/5 20/1 20/1
20/8 24/7 29/25 30/25
31/12
liberty [1]   34/12
light [1]   33/11
like [13]   3/18 3/19
7/21 14/7 16/11 17/6
17/7 17/13 18/19 21/25
25/1 26/7 30/19
likely [4]   17/10 33/19
35/13 39/7
limitations [1]   37/2
limited [1]   33/4
limits [1]   35/3
line [3]   2/4 10/16
11/14
Lisa [4]   1/21 41/3
41/21 41/22
list [1]   32/19
Listen [1]   23/11
listening [1]   13/12
literally [1]   12/24
little [2]   24/5 26/6
load [1]   3/23
loadable [1]   16/21
loaded [2]   15/17 24/10
loading [1]   4/8
long [3]   38/1 38/22
39/2
look [8]   12/3 14/7 17/9
18/25 23/10 26/12 26/18
31/4
looking [5]   4/3 7/3 9/4
9/4 30/1
Lopesierra [3]   34/24
38/8 38/23
Lopesierra-Gutierrez
[3]   34/24 38/8 38/23
lose [2]   18/22 18/23
lot [7]   20/23 20/25
23/9 23/11 23/13 28/19
29/3

**M**

machine [2]   41/6 41/14
made [2]   5/12 18/14
magnifies [1]   35/24
magnify [1]   36/1
major [1]   29/15
make [26]   4/5 4/13 4/15
5/15 5/22 9/20 11/17
11/19 14/5 17/2 17/13
17/13 17/16 17/18 18/1
18/15 19/7 19/8 20/12
20/14 20/24 27/19 29/9
29/10 30/16 35/13
makes [3]   4/22 19/1
21/13
making [2]   12/7 13/6
manner [2]   9/22 10/20
Mark [5]   23/2 23/14
23/16 29/25 31/20

**M**

MASON [2]   1/15 2/20
match [1]   7/9
material [6]   5/8 10/18
 16/20 18/11 24/19 25/4
materials [9]   3/10 3/15
 3/22 32/19 33/17 33/19
 33/22 34/6 35/9
matter [4]   3/20 15/16
 15/21 27/6
matters [2]   13/11 31/18
may [10]   2/11 4/12 6/15
 10/25 13/23 24/16 27/13
 27/17 37/3 37/23
maybe [7]   4/1 10/25
 13/19 18/20 21/1 21/14
 30/1
McFadden [2]   36/3 36/9
me [24]   2/8 3/10 4/6
 5/14 7/10 10/20 10/22
 13/1 15/7 15/8 15/9
 18/14 19/10 22/10 22/21
 23/15 24/2 24/8 24/12
 28/7 28/17 31/5 31/23
 40/6
mean [13]   10/19 14/20
 15/5 16/24 18/16 20/21
 23/4 25/10 27/23 28/21
 29/14 29/19 30/18
meaningful [1]   5/12
means [3]   7/19 24/11
 31/9
meant [1]   9/25
mechanical [1]   1/25
media [1]   33/6
meet [3]   4/19 5/3 27/1
members [1]   32/24
memorandum [2]   3/25
 32/14
mention [1]   18/10
methods [2]   4/10 17/3
mid [1]   19/14
MILLER [11]   1/12 2/9
 2/15 3/17 11/1 11/11
 15/13 19/11 26/4 27/12
 30/20
million [2]   33/7 33/9
mind [5]   11/2 15/12
 19/17 19/19 32/16
mindful [1]   7/6
minimum [4]   9/10 25/7
 25/23 38/11
minutia [1]   29/4
mirror [2]   11/4 25/15
mirroring [1]   11/25
miscarriage [1]   35/14
mispronouncing [1]
 31/7
misstate [1]   28/7
mistake [1]   40/15
modified [1]   12/9
moment [2]   6/1 9/24
Monday [4]   4/6 20/5

20/7 20/8
Montgomery [1]   33/1
month [2]   16/24 16/25
months [5]   16/11 16/12
 16/14 18/22 25/4
more [4]   6/1 6/16 7/16
 25/5
most [7]   3/15 5/9 19/8
 32/17 33/19 34/7 36/25
motion [12]   4/2 15/23
 20/24 26/8 27/1 27/4
 27/15 27/21 27/25 29/16
 29/17 32/10
motions [7]   20/3 21/3
 21/8 21/8 21/9 21/11
 21/20
mouth [1]   40/4
move [2]   3/21 19/1
moving [3]   3/24 7/19
 16/15
MPD [4]   32/21 32/22
 33/1 33/5
Mr [32]   2/20 2/22 3/5
 7/7 7/11 8/13 11/5
 12/22 18/2 18/5 18/9
 18/11 18/20 18/20 19/15
 22/16 24/14 24/16 24/19
 24/24 25/20 26/3 26/19
 27/6 34/3 34/8 34/11
 34/16 35/23 37/25 40/11
 40/15
Mr. [6]   12/3 12/3 37/3
 38/18 38/22 40/12
Mr. Broderick [1]   12/3
Mr. Gieswein [2]   38/22
 40/12
Mr. Gieswein's [2]
 37/3 38/18
Mr. Kramer [1]   12/3
Ms [7]   10/9 15/2 17/6
 23/18 26/9 26/15 27/25
Ms. [16]   2/15 3/17 6/10
 9/2 10/9 11/1 11/11
 11/25 15/13 19/10 19/11
 23/23 26/4 27/12 30/20
 32/2
Ms. Helton [1]   10/9
Ms. Miller [8]   2/15
 3/17 11/1 11/11 15/13
 19/11 27/12 30/20
Ms. Rigby [6]   6/10 9/2
 11/25 19/10 23/23 32/2
much [3]   34/19 38/13
 39/24
murder [1]   19/13
musing [1]   28/16
must [3]   37/15 37/22
 38/1
my [29]   2/24 7/21 7/22
 7/24 8/11 10/9 10/12
 14/18 14/21 15/6 15/12
 17/21 17/23 20/3 21/15
 24/22 25/7 28/16 29/6
 29/7 29/9 30/9 30/17

35/4 40/4 41/6 41/14
 41/15 41/17
myself [3]   8/23 10/14
 19/9

**N**

name [1]   41/18
narrowing [1]   24/17
nationwide [1]   11/22
nature [6]   11/8 11/9
 27/17 35/1 35/8 39/1
nearly [2]   38/21 38/25
necessarily [1]   17/5
necessary [4]   6/24
 34/17 35/10 37/20
neck [1]   12/24
need [18]   2/25 12/8
 12/8 13/4 13/5 14/22
 15/6 16/4 16/16 17/17
 17/19 18/24 20/21 29/22
 39/9 39/10 39/16 40/1
needed [1]   38/11
needs [1]   13/3
negotiated [1]   12/16
Network [1]   32/24
never [1]   7/2
nevertheless [1]   34/10
new [1]   7/18
news [1]   36/8
next [8]   4/7 16/24
 16/25 21/1 21/17 29/22
 29/24 32/8
night [1]   22/3
no [22]   1/3 3/20 8/22
 9/18 12/21 13/17 17/24
 18/3 18/3 18/5 18/5
 18/10 20/12 22/6 24/2
 28/6 29/1 30/11 32/3
 32/16 39/18 40/14
noise [2]   18/14 18/16
None [1]   37/19
normally [1]   20/17
not [57]
note [3]   3/14 21/25
 26/11
noted [1]   36/4
notereading [1]   1/25
notes [2]   23/6 41/14
nothing [2]   12/5 20/7
notices [1]   20/18
notification [1]   24/15
noting [3]   22/8 26/20
 39/4
November [2]   20/24
 21/10
now [12]   4/18 6/9 8/8
 18/17 22/20 23/1 25/7
 26/6 26/24 31/22 35/23
 40/4
number [7]   26/12 32/15
 35/6 36/6 36/7 36/14
 41/9
NW [3]   1/12 1/16 1/22

**O**

objection [1]   21/13
objections [1]   31/24
objective [1]   13/24
objectives [1]   6/19
obligation [1]   25/19
obligations [1]   10/18
observations [2]   30/12
30/17
occurred [1]   27/19
off [5]   10/12 12/19
13/17 20/2 21/11
offer [2]   17/14 28/23
office [5]   1/11 2/9
2/12 15/8 17/9
office-wide [2]   2/9
2/12
officer [2]   24/23 26/15
officers [1]   26/14
official [4]   41/3 41/6
41/13 41/22
Oh [5]   9/18 10/3 18/3
31/11 40/14
okay [8]   7/14 21/22
22/15 23/20 27/10 29/6
31/17 32/4
once [1]   18/25
one [15]   4/1 5/6 10/20
16/19 17/9 18/14 20/12
21/23 22/21 30/20 33/7
33/8 38/6 38/9 38/17
ongoing [3]   3/11 34/14
35/8
only [6]   7/12 10/17
17/21 27/22 29/8 31/22
open [3]   25/12 26/14
26/22
operate [1]   7/12
opinion [1]   33/13
opportunity [1]   10/22
opposed [2]   25/18 25/21
option [1]   5/24
oral [5]   26/8 27/1 27/4
27/15 32/10
order [34]   6/11 6/17
7/24 8/16 8/16 8/17
8/25 9/9 9/16 9/25
10/11 10/24 11/14 13/2
13/18 13/21 14/3 14/9
14/10 14/14 18/2 20/18
20/18 21/16 24/3 24/23
27/14 28/4 28/16 28/22
28/24 29/23 34/25 39/20
ordered [1]   27/16
ordering [6]   6/11 10/1
10/4 10/5 11/13 28/5
ordinary [1]   39/5
organization [1]   10/15
other [13]   4/10 4/13
5/22 11/2 13/11 14/19
18/9 25/21 30/19 32/24
33/22 36/15 39/16
others [1]   38/19

otherwise [1]   6/13
ought [1]   21/16
our [16]   3/7 4/2 4/8
4/9 4/19 6/2 11/18
11/21 12/8 15/15 15/23
16/18 17/4 17/8 20/13
22/5
out [12]   2/12 3/12 4/4
4/7 5/14 7/22 8/12 8/20
10/7 15/23 19/9 28/17
outlined [1]   3/7
outweigh [1]   35/18
over [8]   6/24 12/23
14/25 16/5 22/16 25/17
33/7 33/8
own [2]   5/6 25/14

**P**

p.m [4]   1/6 30/4 31/22
39/20
pages [1]   41/12
pain [1]   12/24
pandemic [3]   8/10 34/14
35/15
paper [1]   24/22
Parler [2]   33/7 33/9
part [6]   3/8 3/20 4/25
6/2 6/19 37/23
parties [8]   2/4 6/15
7/4 12/12 13/23 27/1
27/16 35/10
pass [1]   9/3
past [1]   14/20
peculiar [1]   38/14
pending [2]   22/9 34/7
people [8]   7/22 8/14
8/16 13/4 17/22 19/2
22/22 23/4
perfect [1]   17/15
perhaps [1]   28/2
period [1]   37/10
periods [2]   36/25 37/11
permitted [1]   36/13
person [6]   16/18 25/21
36/16 36/18 36/21 37/8
pertains [1]   25/20
pick [7]   18/16 20/8
21/4 29/25 30/18 30/20
30/20
pictured [1]   10/10
place [6]   15/17 15/19
15/20 18/23 26/17 29/14
placed [1]   23/18
plan [2]   33/12 33/14
pleadings [2]   3/7 6/7
please [6]   2/4 2/6 2/18
14/23 27/20 28/7
point [6]   3/13 8/7
17/21 21/8 25/1 39/10
poke [1]   26/1
Police [5]   32/21 33/1
33/2 33/2 33/3
populated [1]   15/16
portion [1]   10/10

posit [1]   8/22
position [3]   3/1 3/21
24/22
positioning [1]   33/4
positions [1]   3/2
possible [3]   5/10 15/1
16/15
post [1]   21/3
posting [1]   6/11
postpone [1]   20/22
postponing [1]   35/18
posts [1]   33/7
potential [1]   17/6
potentially [2]   4/10
35/9
pouring [1]   25/17
preclude [1]   37/7
prejudice [1]   37/17
prejudicial [2]   38/5
38/16
premature [2]   21/4 21/4
preparation [3]   34/18
35/2 35/10
prepare [2]   17/11 19/3
preparing [1]   19/2
present [2]   2/20 4/24
press [1]   32/25
presumptively [2]   38/5
38/16
pretrial [3]   34/9 36/4
37/5
pretty [1]   14/4
previously [1]   22/2
prior [1]   29/21
prioritized [1]   34/8
prioritizing [1]   33/19
priority [1]   36/20
probably [5]   5/15 8/22
18/4 19/9 19/25
problems [3]   10/6 19/18
31/24
procedures [1]   20/9
proceed [1]   34/15
proceeding [2]   35/12
35/13
proceedings [5]   1/25
40/17 41/7 41/13 41/15
process [8]   3/11 3/22
12/14 16/11 16/20 17/1
33/25 37/24
processed [1]   16/6
produce [1]   18/9
produced [2]   1/25 16/25
production [2]   17/22
17/23
productions [1]   11/20
program [4]   5/20 6/18
7/20 9/17
progress [1]   33/25
promptness [1]   38/4
proposed [4]   10/23
14/14 14/23 39/20
proposing [1]   11/3
proprietary [3]   4/4

## P

**proprietary... [2]** 11/5 16/1
**prosecuted [2]** 8/6 38/3
**prosecution [2]** 7/10 35/1
**prosecutor [1]** 23/5
**protective [1]** 24/23
**provide [9]** 4/21 10/9 10/18 10/22 11/4 11/19 14/13 14/23 16/25
**provided [9]** 7/13 9/21 26/10 26/12 26/13 26/14 26/15 26/16 34/6
**providing [2]** 4/10 13/22
**provision [1]** 34/8
**public [8]** 1/15 5/2 5/16 11/23 32/24 33/15 35/16 35/18
**purpose [1]** 14/18
**purposes [3]** 6/25 15/6 28/13
**pursuant [1]** 36/15
**put [7]** 3/13 11/25 13/17 14/2 23/2 23/2 23/14
**putting [1]** 21/11

## Q

**query [1]** 8/24
**question [2]** 3/3 8/24
**questions [3]** 2/11 8/15 26/11
**quickly [2]** 5/11 13/3
**quite [2]** 8/21 23/9
**quote [1]** 35/6

## R

**radio [1]** 33/3
**radios [1]** 33/5
**raise [1]** 8/24
**raised [1]** 35/24
**Rather [1]** 37/22
**RDR [1]** 1/21
**reachable [1]** 14/17
**read [2]** 2/24 6/7
**readdress [1]** 21/20
**readily [1]** 10/21
**reading [1]** 15/11
**ready [3]** 15/18 16/24 23/15
**real [2]** 25/10 26/10
**realistic [3]** 7/16 13/22 18/16
**realistically [1]** 26/9
**really [6]** 4/20 5/10 10/13 13/6 16/16 20/16
**realm [1]** 7/17
**reason [4]** 5/1 7/17 15/15 18/8
**reasonable [4]** 19/8 27/4 34/17 35/9

**reasons [8]** 3/12 6/22 6/24 32/8 36/4 37/16 39/12 39/13
**receipt [1]** 7/25
**receive [12]** 3/22 5/8 5/17 9/1 9/24 10/19 13/13 14/7 14/10 15/19 15/20 28/14
**received [2]** 25/2 25/3
**receiving [2]** 11/25 12/1
**recent [1]** 36/5
**reckless [1]** 19/5
**recommendations [1]** 4/21
**record [5]** 2/5 6/25 11/18 26/20 32/5
**recorded [1]** 1/25
**records [1]** 33/5
**red [1]** 3/23
**redacted [1]** 25/5
**redactions [1]** 25/2
**reduce [2]** 27/21 27/25
**referenced [1]** 36/22
**referring [1]** 5/18
**reflected [1]** 36/2
**regard [5]** 34/23 35/15 35/19 38/20 39/3
**regarding [1]** 32/15
**rehash [1]** 9/6
**related [2]** 27/6 33/8
**relating [1]** 34/12
**released [1]** 36/18
**relegated [1]** 20/10
**relevant [7]** 3/15 4/16 5/8 25/20 33/20 34/7 37/23
**relies [1]** 35/20
**religious [2]** 30/12 30/16
**reluctant [2]** 20/17 29/13
**relying [4]** 37/18 38/6 38/12 38/15
**remains [1]** 38/19
**replies [1]** 33/8
**reply [4]** 2/13 32/10 32/14 36/14
**reported [2]** 4/6 41/6
**Reporter [4]** 1/21 41/1 41/3 41/22
**represent [2]** 5/23 8/19
**request [7]** 24/9 25/7 26/22 27/17 27/20 29/8 29/9
**requests [3]** 18/4 18/18 35/25
**require [3]** 9/19 28/12 28/25
**required [1]** 5/20
**requires [4]** 9/21 10/11 16/6 37/8
**requiring [2]** 6/17 24/6
**resolve [1]** 27/2

**resources [1]** 5/17
**respect [2]** 3/5 37/14
**respective [1]** 3/2
**respond [3]** 6/6 7/22 9/15
**responding [1]** 33/22
**responds [1]** 36/10
**response [4]** 27/4 27/15 28/23 32/10
**responses [2]** 23/9 32/11
**restate [4]** 23/25 24/2 29/6 29/7
**restate my [1]** 29/6
**result [1]** 35/14
**resuming [1]** 23/20
**returning [1]** 24/22
**review [6]** 15/7 15/7 15/8 24/11 24/21 25/16
**reviewed [1]** 16/5
**Rice [1]** 34/23
**RIGBY [15]** 1/15 2/20 6/10 9/2 10/9 11/25 15/2 17/6 19/10 23/18 23/23 26/9 26/15 27/25 32/2
**right [40]** 2/21 3/17 6/4 7/18 10/3 10/3 10/3 13/9 14/5 16/10 16/22 17/20 19/7 19/25 20/1 20/8 21/12 22/11 22/12 22/15 23/10 25/9 25/12 26/3 26/23 26/25 27/10 31/13 31/15 31/17 31/22 32/2 32/4 32/4 32/9 37/17 37/21 40/10 40/10 40/16
**risk [2]** 36/20 36/24
**RMR [1]** 1/21
**ROBERT [4]** 1/5 2/3 23/21 41/9
**role [1]** 5/7
**rolling [1]** 17/1
**room [5]** 23/1 23/3 23/7 23/15 23/19
**Rosh [1]** 31/11
**rules [1]** 9/19
**running [1]** 40/4

## S

**safe [1]** 40/13
**said [12]** 4/2 9/2 13/12 19/11 19/23 22/2 22/22 28/19 40/3 41/10 41/13 41/15
**same [3]** 4/11 4/19 6/19
**sanction [1]** 24/24
**sanctions [2]** 8/4 12/19
**satellite [2]** 32/23 33/5
**satisfied [1]** 38/6
**say [19]** 6/1 6/9 6/9 7/14 8/10 8/23 9/3 13/9 18/14 20/24 22/21 22/21

**S**

say... **[7]**   23/4 23/12
23/13 25/23 28/8 39/9
39/23
saying **[6]**   5/19 8/23
16/15 20/18 25/10 27/14
scary **[1]**   8/12
schedule **[2]**   7/17 9/4
scheduled **[5]**   7/19
18/24 19/13 29/24 32/8
scheduling **[2]**   21/11
31/18
scope **[1]**   35/8
Sean **[1]**   11/22
search **[1]**   4/15
searchable **[1]**   16/21
searched **[1]**   34/20
second **[3]**   10/20 31/10
38/9
Secret **[1]**   32/21
section **[5]**   8/19 36/11
37/1 37/2 37/12
see **[12]**   10/4 10/6
13/14 23/3 27/2 27/6
28/19 30/25 34/23 38/20
38/24 39/3
seeking **[1]**   11/1
seem **[1]**   22/18
seems **[1]**   25/1
seen **[2]**   16/10 32/18
segregate **[1]**   25/19
selected **[1]**   8/18
selection **[1]**   20/2
sense **[2]**   20/25 21/13
sensitive **[1]**   37/24
September **[3]**   30/3
30/23 40/16
September 15 **[1]**   30/23
September 16th **[1]**
30/3
serious **[5]**   8/20 21/10
24/24 35/16 39/6
seriously **[3]**   6/11 8/4
34/10
serve **[1]**   5/4
served **[1]**   35/17
service **[2]**   32/18 32/22
set **[7]**   5/6 9/7 14/6
18/8 18/19 18/25 19/12
several **[2]**   32/22 38/10
shall **[2]**   36/20 36/22
share **[1]**   15/17
she **[5]**   7/12 17/8 22/20
26/17 26/22
shifted **[1]**   26/6
shoot **[1]**   12/17
short **[1]**   3/3
shorter **[1]**   38/19
shorthand **[2]**   41/6
41/14
should **[11]**   9/16 19/12
20/19 21/6 21/15 25/5
25/14 26/2 28/8 34/10

shouldn't **[3]**   5/19 9/24
11/6
sides **[1]**   28/17
similar **[2]**   4/22 34/21
simple **[2]**   14/23 16/17
since **[2]**   21/15 38/1
sir **[3]**   2/22 27/7 40/11
sitting **[3]**   12/23 12/24
20/13
six **[2]**   3/15 33/23
Sixth **[3]**   36/2 37/14
39/7
small **[1]**   25/1
so **[50]**
solely **[1]**   36/17
some **[14]**   3/14 5/20 8/4
8/20 10/10 10/23 11/1
14/14 16/21 18/4 18/14
22/22 26/2 28/18
someone **[4]**   7/20 9/1
10/5 18/19
something **[16]**   3/7 6/9
9/13 13/10 13/25 14/8
14/10 14/15 14/22 19/14
20/16 21/16 22/11 22/17
23/4 25/15
sometimes **[2]**   10/13
13/4
soon **[1]**   5/10
sooner **[1]**   40/14
sophisticated **[1]**
33/16
sorry **[1]**   40/15
sort **[4]**   3/23 5/20
11/25 30/14
sorts **[2]**   8/15 23/5
sounds **[1]**   26/7
source **[1]**   26/14
sources **[1]**   32/21
SPAN **[1]**   32/24
speak **[1]**   23/14
speaking **[1]**   10/12
specific **[1]**   18/6
specifically **[1]**   34/9
specified **[2]**   37/2 37/9
speedy **[18]**   6/21 26/7
27/5 27/23 29/19 29/23
32/6 32/7 34/22 35/19
36/2 36/4 36/10 37/8
37/21 37/25 38/3 39/11
spell **[1]**   31/6
spoke **[2]**   13/10 13/10
stage **[1]**   14/20
stand **[1]**   17/8
stand-alone **[1]**   17/8
start **[3]**   2/5 19/2
26/17
started **[1]**   28/3
starts **[3]**   30/11 30/22
31/4
state **[4]**   15/6 29/22
32/5 33/3
stated **[5]**   28/25 30/17

statements **[1]**   26/15
states **[15]**   1/1 1/3 1/9
1/11 1/21 2/3 2/8 23/21
36/5 36/7 37/7 38/20
38/24 41/4 41/8
status **[13]**   1/8 3/25
18/22 21/1 21/7 21/14
21/17 29/22 29/24 32/8
32/15 39/15 41/7
stenography **[1]**   1/25
step **[1]**   4/7
still **[2]**   27/7 34/10
Stored **[1]**   16/2
storing **[1]**   33/16
street **[3]**   1/12 1/16
39/5
stretches **[1]**   38/11
stuck **[2]**   16/17 26/1
subject **[3]**   8/13 8/13
24/24
subscribed **[1]**   41/17
Subsection **[1]**   36/21
substance **[1]**   28/15
substantial **[1]**   2/25
substantially **[1]**   6/22
such **[7]**   20/20 20/20
21/3 28/12 28/25 36/23
37/23
sufficient **[1]**   37/20
sufficiently **[1]**   32/12
suggest **[1]**   15/12
Suite **[1]**   1/16
SULLIVAN **[1]**   1/8
sunset **[3]**   31/3 31/3
31/4
Supreme **[2]**   37/19 39/3
sure **[8]**   8/21 11/1 14/5
18/1 20/9 23/17 30/16
31/13
surveillance **[2]**   26/13
33/21
swiftness **[1]**   16/15
system **[3]**   14/6 18/8
22/5
systems **[1]**   11/6

**T**

tab **[1]**   25/19
table **[1]**   12/19
take **[6]**   5/7 12/19
13/17 16/21 40/11 40/16
taken **[1]**   41/14
takes **[1]**   15/9
taking **[3]**   10/5 23/6
35/11
talk **[8]**   6/16 11/24
13/18 21/1 26/8 40/13
40/14 40/16
talked **[3]**   10/13 19/16
19/20
talking **[5]**   6/15 14/20
17/3 19/9 29/4
tape **[1]**   41/15

**T**

target [1]   13/22
taught [1]   22/10
Taylor [1]   35/20
Tchibassa [1]   38/21
team [2]   4/9 17/4
technical [1]   16/6
technically [1]   31/10
tell [4]   18/17 24/7
24/8 28/7
tens [1]   16/4
terabytes [1]   33/10
terms [4]   12/6 12/7
26/11 26/21
testimony [1]   41/7
than [7]   6/17 17/14
29/1 36/22 38/17 38/19
39/5
Thank [4]   2/17 11/12
17/20 23/23
thanks [1]   4/23
that [243]
that the [1]   24/16
that's [49]
their [5]   3/2 5/6 15/9
18/7 25/14
them [10]   5/3 5/7 7/23
11/24 13/14 14/9 14/10
17/13 17/14 22/23
then [5]   7/9 8/3 20/11
27/3 40/9
there [12]   4/14 7/22
8/20 10/7 12/23 12/24
14/19 17/6 18/11 25/16
27/7 39/16
there's [7]   8/19 18/10
23/8 31/10 32/7 32/16
37/14
thereabouts [1]   30/1
therein [1]   3/12
these [6]   5/5 5/13
13/15 22/22 33/24 37/19
they [12]   4/7 4/14 5/3
5/8 6/16 7/5 8/3 11/6
14/7 14/11 17/19 33/15
they're [3]   6/7 7/9
16/17
They've [1]   23/5
thing [5]   5/11 7/1
18/14 21/23 22/21
things [9]   3/23 4/1
11/18 15/21 16/5 17/13
22/22 23/5 25/5
think [34]   3/6 4/1 4/7
5/11 7/3 7/16 9/9 9/10
9/19 11/9 11/21 13/18
14/3 15/6 17/10 19/5
19/9 19/12 19/12 21/2
21/3 21/4 21/6 21/7
21/12 21/16 23/8 23/24
24/4 25/13 27/22 30/22
30/25 39/19
thinking [4]   6/5 6/12

7/1 21/9
thinks [1]   40/1
third [1]   7/1
this [52]
those [8]   4/19 6/24
7/21 15/21 16/5 17/14
27/18 37/22
though [8]   13/25 14/22
21/5 22/1 22/18 25/10
25/18 29/18
thought [4]   9/16 10/16
20/25 28/16
thoughts [2]   7/21 7/22
thousands [6]   4/17 16/2
16/4 32/20 32/25 33/5
threaten [1]   12/21
three [1]   38/23
through [6]   4/16 12/9
25/14 25/15 29/24 32/8
throw [2]   5/14 7/22
Thus [1]   39/6
time [22]   4/19 16/22
17/9 17/10 17/12 17/17
21/9 22/9 22/13 24/11
25/5 26/23 31/20 31/22
34/17 35/3 35/10 37/2
37/9 37/10 39/15 39/24
timely [1]   9/21
times [1]   26/19
tips [3]   16/4 33/6 33/6
today [7]   2/15 2/22 9/5
13/8 14/24 29/1 33/15
today's [2]   21/18 30/2
together [2]   37/22
41/14
tolerable [1]   38/14
tolerate [1]   25/4
tolerated [1]   39/4
toll [4]   6/21 22/8 32/7
36/4
tolled [2]   27/23 39/11
tolling [5]   27/5 29/19
29/23 32/6 39/13
tolls [1]   22/13
tomorrow [1]   40/5
ton [1]   10/6
too [4]   12/25 13/1
22/18 25/24
took [2]   16/11 28/4
tools [2]   4/24 33/16
top [1]   10/12
totally [4]   14/12 14/14
18/12 18/12
tour [1]   26/16
traffic [1]   32/22
transcript [3]   1/8 1/25
41/13
transfer [1]   33/24
transferring [2]   3/9
3/9
transmissions [1]   33/3
transmit [1]   25/19
transparent [1]   12/13
traveled [1]   24/17

trial [50]
trials [1]   35/18
trigger [3]   37/25 38/4
38/11
trouble [3]   8/23 10/4
10/14
true [1]   15/22
truly [3]   5/4 11/14
14/8
trying [9]   4/3 4/20 5/7
14/5 17/16 19/4 26/1
31/17 40/2
turn [2]   16/20 24/7
turned [1]   16/5
two [3]   18/22 36/5
39/11

**U**

U.S [6]   15/8 35/4 35/20
36/15 37/19 38/13
ultimately [2]   5/1 14/4
unclear [2]   24/5 34/16
uncommonly [1]   39/2
under [7]   6/2 12/5
31/18 35/3 36/10 36/11
37/12
understand [8]   4/17
6/15 11/13 14/1 16/16
22/24 27/13 27/21
understanding [4]   2/24
19/16 22/1 29/7
unfair [1]   6/8
unique [1]   11/8
UNITED [14]   1/1 1/3 1/9
1/11 1/21 2/3 2/8 23/21
36/5 36/7 38/20 38/24
41/4 41/8
unknown [1]   34/4
unless [2]   3/21 6/24
unnecessarily [1]
20/23
unrealistic [1]   20/23
unreasonable [1]   35/2
unredacted [1]   24/21
until [5]   3/21 6/10
13/11 22/2 27/3
unusual [1]   16/14
up [9]   5/6 8/7 12/11
14/6 18/8 22/2 24/10
31/4 40/8
upheld [1]   38/20
upholding [1]   34/24
upon [3]   38/6 38/14
41/7
urgency [1]   13/2
us [10]   11/13 11/19
12/10 12/10 12/16 14/14
14/25 27/7 27/14 39/20
use [1]   17/11
user [1]   5/9
user-friendly [1]   5/9
utilize [1]   4/23

**V**

vaccinating [1]   9/9
vaccinations [1]   10/1
vaccine [1]   9/1
Valentine's [1]   20/4
variant [1]   8/11
versus [8]   2/3 23/21
 36/5 36/7 37/18 38/21
 38/24 41/9
very [6]   5/2 22/20 23/9
 29/22 32/5 33/13
viable [1]   15/13
video [4]   17/7 17/9
 26/14 32/20
videos [4]   17/9 26/13
 32/23 33/9
view [1]   32/10
viewed [2]   6/8 34/20
views [1]   18/25
vigilant [1]   7/11
violation [1]   37/15
Virginia [2]   1/17 33/3
voir [3]   20/9 20/11
 20/14
volume [1]   35/8
voluminous [5]   3/22
 4/11 15/24 16/12 34/19

**W**

wait [6]   6/10 9/12 9/12
 9/12 22/19 22/19
waiting [1]   25/5
waive [1]   19/5
want [50]
wanting [1]   9/7
wants [1]   17/11
warranted [3]   36/12
 37/5 37/13
was [16]   4/2 6/12 8/10
 10/12 15/12 18/21 26/19
 27/18 28/4 28/8 28/12
 28/16 30/23 40/2 40/4
 40/15
Washington [3]   1/4 1/13
 1/23
wasn't [2]   13/11 22/11
way [12]   4/5 5/12 9/24
 11/6 12/6 14/10 16/6
 16/18 17/11 17/23 24/25
 28/25
ways [4]   4/13 4/15
 11/20 18/9
we [86]
we'll [6]   12/17 13/18
 20/10 28/19 40/13 40/14
we're [8]   5/7 7/14 9/8
 14/4 14/20 26/1 30/1
 40/15
we've [8]   3/6 4/23 8/9
 17/3 24/23 26/13 26/14
 26/14
week [3]   19/25 20/3
 20/5

weeks [3]   3/15 19/21
 33/23
weigh [1]   34/11
well [18]   4/5 6/6 7/10
 9/6 12/10 13/23 15/12
 16/3 16/3 17/4 19/7
 21/25 22/25 25/3 25/22
 29/13 32/14 38/21
went [1]   16/12
were [5]   4/3 15/21
 23/18 30/23 34/15
what [51]
what's [1]   31/20
whatever [8]   8/12 11/4
 12/11 14/6 24/10 25/6
 29/1 29/11
whatsoever [1]   22/7
when [11]   3/4 3/13 11/7
 23/15 25/2 25/3 29/20
 34/5 34/21 36/13 40/3
where [8]   4/1 10/12
 16/11 17/8 17/19 26/2
 26/12 26/18
whereof [1]   41/17
whether [6]   12/15 20/10
 25/14 34/16 37/4 37/14
which [8]   4/17 5/6 9/10
 27/4 28/5 34/11 34/13
 38/10
while [3]   22/9 34/2
 37/3
who [8]   2/9 2/10 2/20
 7/20 10/9 11/22 36/16
 36/18
who's [1]   37/8
whole [1]   14/18
why [8]   4/17 5/19 11/24
 25/24 28/2 28/17 30/16
 31/2
wide [2]   2/9 2/12
will [32]   2/4 3/4 3/13
 5/3 6/13 6/23 7/4 8/22
 12/14 12/20 12/20 12/20
 13/1 14/8 14/19 14/25
 16/25 16/25 17/4 17/5
 18/4 20/9 21/20 23/2
 23/9 23/14 26/11 27/3
 29/15 34/5 34/11 39/10
Wingo [1]   37/18
within [10]   4/24 7/12
 7/17 12/17 24/15 25/25
 26/23 28/19 35/2 37/9
without [1]   15/20
witness [1]   41/17
witnesses [2]   24/13
 25/25
WL [2]   35/5 35/20
won't [3]   8/23 9/6
 38/22
word [1]   16/19
words [2]   5/22 10/21
work [8]   7/6 12/3 12/9
 14/5 14/8 17/13 20/23
 25/9

workable [1]   4/22
working [6]   4/20 5/2
 11/24 12/11 13/6 33/14
works [2]   22/5 40/7
world [2]   25/10 26/10
worn [5]   4/12 16/3
 26/13 32/25 33/21
would [40]   3/17 3/19
 11/1 12/2 12/9 12/18
 12/19 14/3 14/3 15/6
 17/5 19/3 19/5 19/14
 20/17 21/18 21/25 23/24
 23/25 24/11 24/17 24/18
 24/20 24/24 25/7 25/9
 29/6 29/7 29/14 31/23
 34/17 35/1 35/12 37/6
 39/20 39/23
wouldn't [4]   14/9 15/21
 18/22 18/23
write [2]   6/23 39/9
writing [2]   27/21 28/1

**Y**

year [4]   7/18 35/5 38/6
 38/17
years [4]   32/18 38/22
 38/24 38/25
Yes [13]   9/14 15/4
 19/24 21/24 22/5 23/8
 23/24 27/9 27/12 27/12
 31/9 31/14 31/16
Yom [5]   30/11 30/21
 31/7 31/8 31/9
you [78]
you're [5]   22/21 23/12
 23/15 25/10 27/14
you've [1]   5/18
Young [1]   38/24
your [64]
yourself [1]   40/11
yourselves [1]   2/4