UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Crim. No. 21-cr-00024 (EGS) |
| | : | |
| **ROBERT GIESWEIN** | : | |
| | : | |
| **Defendant.** | : | |

**UNITED STATES' UNOPPOSED
MOTION FOR AN ENLARGEMENT OF TIME TO FILE PROPOSED ORDER
REGARDING DEFENSE DISCOVERY DATABASE**

The United States hereby respectfully requests the Court to enlarge the time within which the parties must submit a proposed order concerning the establishment of a defense discovery database by no later September 10, 2021, until Wednesday, August 18, 2021. The government is authorized to represent that Defendant is unopposed to the requested relief. In support of this motion, the government states the following:

1. At a status hearing on August 12, 2021, the Court ordered the government to fund an entity, company, or program to facilitate the receipt and analysis of discovery.

2. As the government explained at the hearing, the Court's Order is consistent with the what the United States was already undertaking to do in discussions with leadership at the Federal Public Defender for the District of Columbia ("FPD"). However, the manner in which the database will actually be established requires the United States to engage in significant additional discussions with FPD and with potential vendor(s) FPD may utilize to receive discovery. Postponing the government's submission of the proposed order will delay neither the creation of the database nor the transfer of discovery to the defendant. The requested

postponement would, however, afford the government the opportunity to propose and execute a better more carefully constructed solution.

      3.   The government understands that FPD leadership consulted with defense counsel in this case and that defense counsel has consented to the requested enlargement of time to file the proposed order. To be clear, the United States is not requesting an extension of the time within which to fulfill the Court's Order.

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney
DC Bar No. 415793

| By: | /s/ *Emily A. Miller* | By: | /s/ *Erik M. Kenerson* |
|---|---|---|---|
| | EMILY A. MILLER | | ERIK M. KENERSON |
| | Capitol Breach Discovery Coordinator | | Assistant United States Attorney |
| | DC Bar No. 462077 | | OH Bar No. 82960 |
| | 555 Fourth Street, N.W., Room 5826 | | 555 Fourth Street, N.W., Room 11-909 |
| | Washington, DC 20530 | | Washington, DC 20530 |
| | Emily.Miller2@usdoj.gov | | Erik.Kenerson@usdoj.gov |
| | (202) 252-6988 | | (202) 252-7201 |