UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Crim. No. 21-cr-00024 (EGS) |
| : | |
| ROBERT GIESWEIN : | |
| : | |
| **Defendant.** : | |

ORDER GRANTING
UNITED STATES' UNOPPOSED
MOTION FOR AN ENLARGEMENT OF TIME TO FILE PROPOSED ORDER
REGARDING DEFENSE DISCOVERY DATABASE

Upon consideration of the government's unopposed motion for an enlargement of time within which to submit a proposed order concerning the defense discovery database, it is this ___ day of August, 2021,

ORDERED that the government's motion is GRANTED; and it is further

ORDERED that no later than August 18, 2021, the parties must submit the proposed order.

SO ORDERED.

_____
Emmet G. Sullivan
United States District Judge