**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ROBERT GIESWEIN,<br><br>           Defendant. | Crim. Action No. 21-24-1 (EGS) |

**ORDER**

Upon consideration of the Consent Motion to Extend the Deadline to File Proposed Order (ECF No. 39), and the entire record, it is hereby

**ORDERED** that the motion is **GRANTED**; and it is further

**ORDERED** that no later than August 25, 2021, the parties must submit the proposed order.

**SO ORDERED.**

**Signed:**
_____
    **Emmet G. Sullivan**
    **United States District Judge**