UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ROBERT GIESWEIN,<br><br>           Defendant. | Crim. Action No. 21-24-1 (EGS) |

## MR. GIESWEIN'S NOTICE OF FILING OF PROPOSED ORDER

Robert Gieswein, through undersigned counsel, hereby provides notice of filing of a proposed order consistent with this Court's oral order of August 11, 2021 (Exhibit 1 to this notice), along with a memorandum in support of that proposed order (exhibit 2 to this notice).

Respectfully submitted on August 25, 2021.

                                        **ROBERT GIESWEIN**
                                        by counsel:

                                        Geremy C. Kamens
                                        Federal Public Defender for the
                                        Eastern District of Virginia

                                        by:_____s/_____
                                        Ann Mason Rigby
                                        DC Bar No. 491902
                                        Assistant Federal Public Defender
                                        1650 King Street, Suite 500
                                        Alexandria, Virginia 22314
                                        Telephone: (703) 600-0869
                                        Facsimile: (703) 600-0880
                                        ann_rigby@fd.org