# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ROBERT GIESWEIN,<br><br>            Defendant. | Crim. Action No. 21-24-1 (EGS) |

### ORDER

The Court has considered the government's representations about the pace of disclosures of discovery to the defense in this matter, given in the government's Notice Regarding Status of Discovery, ECF No. 26, attaching a Memorandum Regarding Status of Discovery, ECF No. 26-1, the government's Reply in Support of Oral Motion, ECF No. 33, and the government's Memorandum Regarding Status of Discovery as of August 23, 2021, ECF No. 40 (hereinafter "August 23 Mem. re Discovery"). The Court has also considered the defense's position on these matters, reflected in defendant's Opposition to the Government's July 29 Oral Motion to Exclude Time Under the Speedy Trial Act, ECF No. 30, and the defendant's Memorandum in Support of Proposed Order, filed today. The Court has also considered the parties' oral arguments regarding discovery and related issues at the August 11, 2021 status hearing.

In consideration of the above, and consistent with the Court's oral order at the August 11, 2021 status hearing in this matter, it is hereby

**ORDERED** that, by September 16, 2021, the government shall have in place the contracts necessary to provide defendant's counsel with 1) licensed access to a "wholly separate defense Relativity workspace" through which the government can share all discoverable documents, and which will have the other capabilities the government described in its Aug. 23 Mem. re Discovery, ECF No. 40, and 2) access to a "defense instance of evidence.com" through which the government can share all discoverable digital media evidence, and which will have the other capabilities the government described in the same Memorandum, ECF No. 40; and it is

**FURTHER ORDERED** that, by September 16, 2021, the government shall have in place any other contracts necessary to ensure that the defense will be able to review discoverable evidence, analyze such evidence, and compartmentalize such evidence to the same extent that the government can; and it is

**FURTHER ORDERED** that, no later than September 16, the government shall file a status report regarding its progress toward complying with this Order, and its projections for when the defense in this case will actually be able to review all discoverable material in the defense Relativity workspace and the defense instance of evidence.com referenced above.

**SO ORDERED.**

**Signed:** _____
**Emmet G. Sullivan**
**United States District Judge**

**Date:** _____