UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ROBERT GIESWEIN,<br><br>        Defendant. | Crim. Action No. 21-24-1 (EGS) |

## MR. GIESWEIN'S OPPOSITION TO GOVERNMENT'S MOTION FOR RECONSIDERATION

    Robert Gieswein, through undersigned counsel, hereby opposes the government's Motion for Reconsideration of Order Requiring Government to Fund Defense Discovery Vendor by September 10, 2021, ECF No. 41. Mr. Gieswein opposes the government's request for the reasons given in the Memorandum in Support of Proposed Order that he filed earlier today through undersigned counsel, at ECF No. 42-2, and which he incorporates herein by reference.

    Respectfully submitted on August 25, 2021.

                                             **ROBERT GIESWEIN**
                                             by counsel:

                                             Geremy C. Kamens
                                             Federal Public Defender for the
                                             Eastern District of Virginia

                                             by:_____s/_____
                                             Ann Mason Rigby
                                             DC Bar No. 491902
                                             Assistant Federal Public Defender
                                             1650 King Street, Suite 500

Alexandria, Virginia 22314  
Telephone: (703) 600-0869  
Facsimile: (703) 600-0880  
ann_rigby@fd.org