UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | Criminal No. 21-cr-24 (EGS) |
| : | |
| **ROBERT GIESWEIN,** : | |
| : | |
| **Defendant.** : | |

## ORDER

Upon consideration of the government's motion to reschedule status hearing, it is this _____ day of September, 2021, ORDERED that the government's motion is GRANTED.

It is FURTHER ORDERED that the status conference presently scheduled for September 24, 2021, is VACATED and rescheduled to _____, 2021, at _____ a.m./p.m., by video teleconference.

SO ORDERED.

_____
Emmet G. Sullivan
United States District Judge