UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Crim. No. 21-cr-00024 (EGS) |
| | : | |
| **ROBERT GIESWEIN** | : | |
| | : | |
| **Defendant.** | : | |

**JOINT STATUS UPDATE**

The United States of America, by and through its attorney, the Acting United States Attorney for the District of Columbia, and Robert Gieswein, by and through his attorney Ann Mason Rigby, Esq., hereby provide this joint status update addressing the parties' best estimate for the length of trial, as directed by the Court's Minute Order entered September 15, 2021.

The parties' best estimate at this moment is that the government's case-in-chief will take approximately one week, not including jury selection, and that the defense case will take approximately three days.  The parties note that these are only estimates made at a time when discovery is not yet complete, and the pace of trial could be affected by any protocols in place to mitigate the ongoing COVID-19 pandemic at the time the case goes to trial.

Undersigned counsel has consulted with Ann Mason Rigby, Esq., counsel for the defendant, and Ms. Rigby has agreed that undersigned counsel may file this as a joint status update.

        Respectfully submitted,

        CHANNING D. PHILLIPS
        Acting United States Attorney
        DC Bar No. 415793

By:    /s/ *Erik M. Kenerson*
        ERIK M. KENERSON
        Assistant United States Attorney
        OH Bar No. 82960
        555 Fourth Street, N.W., Room 11-909
        Washington, DC 20530
        Erik.Kenerson@usdoj.gov
        (202) 252-7201