UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Criminal No. 21-cr-24 (EGS) |
| | : | |
| **ROBERT GIESWEIN,** | : | |
| | : | |
| **Defendant.** | : | |

**JOINT MOTION TO RESCHEDULE STATUS HEARING**

The United States hereby respectfully moves the Court to vacate the status conference presently scheduled for September 22, 2021, and to reschedule it for September 23, 2021, at 4:00 p.m.

In support of this motion, the parties state the following:

1. Counsel for both the government and defendant have conflicts with the presently scheduled status conference, which is set for September 22, 2021, at 11:30 a.m.

2. On September 20, 2021, both counsel contacted this Court's courtroom deputy, who advised that the Court would be available for a rescheduled status conference on September 23, 2021, at 4:00 p.m.

3. The parties submit that there is no prejudice to any party in rescheduling this matter to September 23, which is still one day earlier than September 24, 2021, which was vacated at the government's request in favor of the presently scheduled September 22 hearing.

4. Undersigned counsel has provided a copy of this motion and the proposed order attached hereto, and Ms. Rigby informed undersigned counsel that he may file this as a joint request.

WHEREFORE, the government requests that the Court grant the parties' motion and enter the attached, proposed order.

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney
D.C. Bar No. 415793


*/s/ Erik M. Kenerson*
ERIK M. KENERSON
Ohio Bar No. 82960
U.S. Attorney's Office for the District of Columbia
Assistant United States Attorneys
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-7201
Erik.Kenerson@usdoj.gov