# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | Criminal No. 21-cr-24 (EGS) |
| : | |
| **ROBERT GIESWEIN,** : | |
| : | |
| **Defendant.** : | |

## JOINT STATUS REPORT REGARDING BRIEFING SCHEDULE

The United States of America, by and through its attorney the Acting United States Attorney for the District of Columbia, and the defendant Robert Gieswein, by and through his attorney Ann Mason Rigby, Esq., hereby submit this joint status report in response to the Court's minute order, entered October 8, 2021, which directs the parties propose a briefing schedule by October 15, 2021.

The parties propose the following briefing schedule: Motions shall be filed no later than November 24, 2021, any responses thereto shall be filed no later than December 15, 2021, and any replies shall be no later than December 29, 2021. If the Court would like more time between the reply date and the motions hearing, which is presently scheduled for January 12, 2022, the parties do not object to moving the motions date back by a week.

The parties are aware that this schedule overlaps with winter holidays, which was necessary based on counsels' existing court commitments. If some or all of those commitments are resolved, the parties may seek to amend the schedule, of course keeping in mind that the Court has stated it would like three weeks between the close of briefing and any motions hearing.

Undersigned counsel has provided a copy of this motion to Ann Mason Rigby, Esq., counsel for the defendant, and Ms. Rigby stated that the government may file this as a joint status update.

                Respectfully submitted,

                CHANNING D. PHILLIPS
                Acting United States Attorney
                D.C. Bar No. 415793

                */s/ Erik M. Kenerson*
                ERIK M. KENERSON
                Ohio Bar No. 82960
                U.S. Attorney's Office for the District of Columbia
                Assistant United States Attorneys
                555 4th Street, N.W.
                Washington, D.C. 20530
                (202) 252-7201
                Erik.Kenerson@usdoj.gov