## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | 1:21CR24(EGS) |
| | ) | |
| **ROGER GIESWEIN** | ) | |

## NOTICE OF APPEARANCE

    PLEASE TAKE NOTICE that Elizabeth A. Mullin, Assistant Federal Public Defender for the Eastern District of Virginia, hereby notes her appearance on behalf of the defendant in the above-titled case.

                                                                 Respectfully submitted,
                                                                 ROGER GIESWEIN

                                                                 _____/s_____
                                                                 Elizabeth A. Mullin, Esquire
                                                                 Attorney for Defendant
                                                                 DC Bar No. 484020
                                                                Virginia Bar No. 86668
                                                                Office of the Federal Public Defender
                                                                1650 King Street, Suite 500
                                                                Alexandria, VA   22314
                                                                (703)600-0879 (telephone)
                                                                (703)600-0880 (facsimile)
                                                                elizabeth_mullin@fd.org

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 15, 2021, I will electronically file the foregoing with the Clerk of court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

                                                          _____/s/_____
Elizabeth A. Mullin, Esquire
Attorney for Defendant
DC Bar No. 484020
Virginia Bar No. 86668
Office of the Federal Public Defender
1650 King Street, Suite 500
Alexandria, VA   22314
(703)600-0879 (telephone)
(703)600-0880 (facsimile)
elizabeth_mullin@fd.org