**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ROBERT GIESWEIN,<br><br>               Defendant. | Crim. Action No. 21-24-1 (EGS) |

**ORDER**

Upon consideration of defendant Robert Gieswein's motion for leave to file his motion to reopen the detention hearing out of time, and for good cause shown, it is hereby **ORDERED** that the defendant's motion is **GRANTED;** and it is further

**ORDERED** that Mr. Gieswein shall file his motion via CM/ECF upon issuance of this order.

      **SO ORDERED.**

**Signed:**

      _____

      **Emmet G. Sullivan**
      **United States District Judge**

**Date:** _____