Dear Judge Sullivan,

I am seeking release pretrial. I'm almost a year into my detainment. My alleged participation in January 6 does not reflect my character. I am a pro-law enforcement, caring and productive person. I would benefit from living with my Godparents as my third party custodians. Kent Cochran, my Godfather has been a law enforcement officer for over two decades. I know I'd benefit from talking to him and others about January 6 to understand people's reaction to it. Kent Cochran will not and does not condone any unlawful activity. Both Kent and Jessica (Godmother) have suggested that I work on their property to pay for my finances and help them with chores. If the court would allow it I would also benefit from having a second job to help support my mother who was widowed in 2018, and my little sister, who became very ill back in March with an autoimmune disorder. Because of my sister's sickness, my mom cannot work, so I could send extra money I made to them. If I was released, I could take care of my two wonderful puppies, Aspen and Timmy. I'm not going to make any excuses or justify the tragic events that happened on January 6. Nor talk about my alleged involvment in those events, as my lawyer has asked. The fact is that January 6 was one crazy day with many elements, and I will never put myself into a situation like that again.

I have read the vice article. I am not an expert in anything,

but I do know it's not healthy to spend every day in here like Groundhog's Day, with people with the same viewpoint, in the same situation, especially because we are all portrayed by much of the media as one type of person. It is natural in this environment for the conversation always to turn to January 6, and for us to look to each other for strength.

I do sing the national anthem every night, and I don't think there's anything wrong with that. I do love this country, and I always will, and this helps me remember that. And I am saying nothing against the other men in here. Still, most of us do share a lot of the same veiws, and it's easy to get stuck in your bubble in this environment. That happens out of jail too. But, here, I have no choice in the matter. Outside, I could choose to seek out other perspectives. And not just from news. I try to watch many news sites for perspective, everything from the Warroom to CNN. But it seems like they try to rile everybody up to make money. What I am missing in here is time away from a bubble, and a real chance to talk to real people I trust who may have different perspectives on January 6.

If I'm released, I promise that I will use the time productively, and follow all conditions. Thank you for hearing me out.

Sincerely, Robert Gieswein