**DECLARATION OF** ▮▮▮ ▮▮▮ ▮▮▮.

I, ▮▮▮▮▮▮▮▮▮▮▮, I am 23 and fully competent to make the following declaration:

1. I have known Bobby Gieswein since I was a junior in high-school, and we have been close friends since 2018.

2. Bobby and I wanted a nickname to describe our group of friends who shared interests in camping, shooting, disaster preparedness, and outdoor survival.

3. At first, we chose the name "Rocky Mountain Oathkeepers," and registered a website URL, rockymountainoathkeeprs.com. I was contacted by a man who said he was a leader in a state Oathkeeper organization, who told us that the word "Oathkeeper" is trademarked, and we needed to either become an Oathkeeper chapter, or change the name. We researched the group because we had not known much about them before. We decided we did not want to join, and chose to change the name. I believe that we were not able to change the name of our group on the registration, but we were able to change the website name. That is when we started calling ourselves the Woodland Wild Dogs.

4. Nobody was required to go through any initiation, pay any dues, or attend particular events or meetings, follow any rules, or share any ideology to join in Woodland Wild Dog outings. There was no formal hierarchy in our group.

5. The Woodland Wild Dog included people who were not ardent supporters of former President Trump, including myself. I voted for him, but reluctantly. I believe that other members of the group did not vote for him.

6. The Woodland Wild Dogs were not an anti-government group.

7. The most people that I have ever been with on a Woodland Wild Dog outing with is five or six people.

8. I went camping with some of this group in late 2020, but the last time we got more than four people together for a campout was probably in 2019, or very early 2020.

9. Bobby never told me he was an Oathkeeper, and I never had reason to think he was.

10. Bobby never told me he was a Proud Boy, and I never had reason to think that he was.

11. Bobby and I hung out with some members of a local "Three Percenter" group, but we stopped after a while. The last time we hung out with them was approximately 2018.

12. Bobby never told me he was part of any other group, and I had no reason to think that he was.

13. Bobby told me he was going to Washington, DC for the rally that Trump supporters planned for January 6.

14. Although he invited me to join him, Bobby never tried to recruit me in any plan to get into the Capitol, prevent the counting of electoral votes, or prevent Joe Biden from taking office as President.

15. Bobby never suggested that he had any plan to get into the Capitol, prevent the counting of electoral votes, or prevent Joe Biden from taking office as President.

16. I have never seen Bobby threaten violence, let alone actually commit violence against another person.

17. Bobby frequently wore his plate carrier on camping outings, and even around town.

18. Bobby wanted to a be a police officer, and also told me that he had spoken with an Army recruiter about joining the Army.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 8, 2021

by: █████████████

## DECLARATION OF █████████████████████

I, ███████████████████ am 23, and fully competent to make the following declaration:

1. I have known Bobby Gieswein since approximately 2018.

2. I participated in some Woodland Wild Dogs outings.

3. I considered the Woodland Wild Dogs to be a group of friends with shared interests in camping, shooting, and outdoor survival. I considered the idea of naming us as a bit silly.

4. The most people that I have ever been with on a Woodland Wild Dogs outing is five people. They were all my close friends.

5. I was never required to go through any initiation, pay any dues, attend particular events or meetings, follow any rules, or share any ideology to join in Woodland Wild Dog outings. There was no formal hierarchy in the group.

6. There were people in the group who were not ardent supporters of former President Trump, and who did not even cast their votes for him, including myself.

7. The group was not anti-government.

8. The last time I went camping with this group was probably at the end of 2019.

9. Bobby never told me he was an Oathkeeper and I never had any reason to think he was.

10. Bobby never told me he was a Proud Boy and I never had any reason to think he was.

11. Bobby also never told me he was part of any other group, and I had no reason to think that he was.

12. I know that Bobby hung out at least one person who identified as a "Three Percenter" for a while when we first met, but I have not seen Bobby with this person for years, and Bobby and I never discussed the group.

13. Bobby told me he was going to Washington, DC for the rally planned in support of former President Trump. Bobby did not ask me to join him.

14. Bobby never suggested that he had any plan to get into the Capitol, prevent the counting of electoral votes, or prevent Joe Biden from taking office as President.

15. I have never seen Bobby threaten violence, let alone actually commit violence against another person.

16. Bobby frequently wore his plate carrier on camping outings, and even around town.

17. Bobby talked to me about wanting to a be a police officer.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 8, 2021

by: ▮