| | |
|---|---|
| **From:** | Kenerson, Erik (USADC) |
| **To:** | Ann Rigby |
| **Subject:** | RE: Activity in Case 1:21-cr-00024-EGS USA v. GIESWEIN Order |
| **Date:** | Monday, April 19, 2021 11:17:13 AM |
| **Attachments:** | Preliminary Discovery Letter Gieswein 4-19-21.pdf |
| | Preliminary Disco Log - Gieswein.xlsx |

Ann,

[redacted]

On our call last week, you had asked for clarification as to what acts Counts 1-3 in the indictment correspond to. All three of them correspond to different occasions where your client is alleged to have sprayed a chemical irritant at police officers. Count 1 corresponds to his use of that spray as captured in the video linked to from footnote 1 of the complaint. Count 2 corresponds to his use of that spray when inside the Capitol as a set of metal doors was rolling down. Count three corresponds to his use of that spray directed at Capitol Police inside the Capitol. After the spraying incident, your client is alleged to have knocked a Capitol Police officer down.

The above summary is intended only to direct your attention to the separate incidents and of course does not encapsulate all of your client's conduct surrounding those incidents.

[redacted]

Thanks

Erik

**From:** Ann Rigby <Ann_Rigby@fd.org>
**Sent:** Tuesday, April 6, 2021 6:40 PM
**To:** Kenerson, Erik (USADC) <EKenerson@usa.doj.gov>
**Subject:** RE: Activity in Case 1:21-cr-00024-EGS USA v. GIESWEIN Order

[redacted]

Ann Mason Rigby
Assistant Federal Public Defender – EDVA