UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No. 21-cr-24 (EGS) |
| | : | |
| ROBERT GIESWEIN, | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF APPEARANCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby informs the Court that undersigned counsel will join AUSA Erik Kenerson in representing the United States in the above-captioned matter.

                                        Respectfully submitted,

                                        Matthew M. Graves
                                        United States Attorney
                                        D.C. Bar No. 481052

By:   /s/ *Jason McCullough*
        JASON B.A. McCULLOUGH
        DC Bar No. 998006; NY Bar No. 4544953
        Assistant United States Attorney
        555 4th Street, N.W.
        Washington, D.C. 20001
        (202) 252-7233
        jason.mccullough2@usdoj.gov

Dated: December 1, 2021

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing notice has been served upon counsel for all parties of record via the electronic case filing system on December 1, 2021.

/s/ *Jason McCullough*
JASON B.A. McCULLOUGH
Assistant United States Attorney