# EXHIBIT 1

## Exhibit 1: Media Coverage

| Title | Outlet | Date | Link | Details |
|---|---|---|---|---|
| **Trump Launched a Deadly Attempted Coup, Encouraging a Mob to Breach The US Capitol Building Because He Lost the Presidential Election** | BuzzFeed News | 01/06/2021 | https://www.buzzfeednews.com/article/mollyhensleyclancy/trump-dc-maga-election-protests-capitol | <ul><li>"A mob of almost exclusively white Trump supporters took over the Capitol because they believe Trump's claims that the election was stolen. A woman was shot and killed inside the building."</li><li>"Donald Trump launched a deadly attempted coup on Wednesday by unleashing a violent mob on Washington, DC, with thousands of extremists breaching the US Capitol and forcing senators and representatives to flee as they were certifying Joe Biden's presidential election win. The Trump mob, flying MAGA and Confederate flags, sprayed police officers with chemicals, looted, and hung nooses, claiming to avenge their cultish leader's delusional claims that the election was stolen from him. It was a terrifying and dark moment in American history."</li><li>"Law enforcement officers — who in 2020 were quick to use force on anti-racism protesters — were easily overwhelmed by the predominantly white domestic terrorists."</li></ul> |
| **Scarborough Slimes Hawley: You're 'Most Responsible' for Cop Who Died After Riot** | MSNBC | 02/11/2021 | https://www.newsbusters.org/blogs/nb/mark-finkelstein/2021/02/11/scarborough-slimes-hawley-youre-most-responsible-cop-who-died | <ul><li>MSNBC host claims officer was beaten to death</li></ul> |

| **Bring the Insurrectionists to Justice** | WSJ | 01/07/2021 | https://www.wsj.com/articles/bring-the-insurrectionists-to-justice-11610065179 | <ul><li>"No civilized country can accept or allow what we saw Wednesday with the violent assault on the U.S. Capitol. This was an attack on democracy itself. That is not just a phrase. Rule by the people relies on adherence to law and process. The assault and siege was an attempt to stop the work of democracy by halting the peaceful transfer of presidential power, our crowning glory for more than two centuries. This was a sin against history."</li><li>"And so we should come down like a hammer on all those responsible, moving with brute dispatch against members of the mob and their instigators. On the rioters: Find them, drag them out of their basements, and bring them to justice. Use all resources, whatever it takes, with focus and speed. We have pictures of half of them; they like to pose. They larked about taking selfies and smiling unashamed smiles as one strolled out with a House podium. They were so arrogant they were quoted by name in news reports. It is our good luck they are idiots. Capitalize on that luck. Throw the book at them. Make it a book of commentaries on the Constitution. Throw it hard. They have shamed and embarrassed their country in the eyes of the world, which is not only a painful fact but a dangerous one. The world, and the young—all of us—need to see them pay the price."</li></ul> |
|---|---|---|---|---|
| **White Men on Trial** | NYT | 11/17/2021 | https://www.nytimes.com/2021/11/17/opinion/rittenhouse-trial-bannon.html | <ul><li>Opinion piece by Charles Blow portraying the Jan 6 events as a racist attack in support of white supremacy</li></ul> |

| | | | | |
|---|---|---|---|---|
| **Joy Reid, Matthew Dowd: January 6 Was Worse Than 9/11, GOP Must Be Crushed** | MSNBC | 07/06/2021 | https://www.newsbusters.org/blogs/nb/curtis-houck/2021/07/06/joy-reid-matthew-dowd-january-6-was-worse-911-gop-must-be-crushed | <ul><li>Jan 6 worse than 9/11</li><li>Compares to civil war</li></ul> |
| **Officers Describe Tense Moments During Riot at Capitol** | CNN | 01/15/2021 | https://www.cnn.com/videos/us/2021/01/15/capitol-riot-officers-sots-ctn-prokupecz-sots-vpx.cnn | <ul><li>Falsely claimed that participants killed an officer</li><li>"Vile, vicious attackers"</li></ul> |
| **US Capitol Police Officer Still Recovering from Insurrection Injuries** | NBC 4 Washington | 10/21/2021 | https://www.nbcwashington.com/investigations/us-capitol-police-officer-still-recovering-from-insurrection-injuries/2839390/ | <ul><li>"Attack on democracy"</li><li>Compared to war</li><li>"Insurrection" rhetoric</li></ul> |
| **Domestic Terrorism on Capitol Hill** | ABC | 01/07/2021 | https://www.youtube.com/watch?v=FRfGrL3nBag | |
| **At January 6 Hearing, Officers Recall Brutal Riot, 'Desperate Struggle' to Hold Back Mob** | USA Today | 07/27/2021 | https://www.usatoday.com/story/news/politics/2021/07/27/january-6-committee-live-updates-house-holds-capitol-riot-hearing/5374754001/ | <ul><li>Calls participants "terrorists"</li><li>"The insurrection, Thompson said after the video finished playing, 'looms over our democracy like a dark cloud.'"</li></ul> |

| **Our Democracy Is Under Attack. Washington Journalists Must Stop Covering It Like Politics as Usual** | WaPo | 07/27/2021 | https://www.washingtonpost.com/lifestyle/media/journalist-both-sides-politics-trump/2021/07/27/c3afd1f8-eee0-11eb-81d2-ffae0f931b8f_story.html | • Argues that media must cover January 6 as "activists." |
|---|---|---|---|---|
| **MSNBC's Nance on 1/6** | HBO | 08/05/2021 | https://cdn.newsbusters.org/blog_attachment/2021-08-05-HBO-RT-Shapiro.pdf<br><br>https://www.newsbusters.org/blogs/nb/curtis-houck/2021/08/09/watch-shapiro-absolutely-schools-msnbcs-nance-16-crt-free-speech | • MSNBC's Michael Nance states on Bill Maher's HBO show that all 40,000 people who showed up to Capitol were rioters laying "siege." |
| **A Jersey Guy Became a Domestic Terrorist At The Capitol** | Yahoo! | 11/19/2021 | https://news.yahoo.com/jersey-guy-became-domestic-terrorist-092009910.html | • Cheering on tougher sentence<br>• Calling protestors domestic terrorists. |
| **What's Next in The Investigation of January 6** | CNN | 11/17/2021 | https://www.cnn.com/2021/11/17/politics/january-6-whats-next/index.html | • Describes all of those prosecuted as "rioters." |
| **Yes, Jan. 6 Capitol Assault Was an "Armed Insurrection"** | PolitiFact | 02/15/2021 | https://www.politifact.com/factchecks/2021/feb/15/ron-johnson/yes-jan- | • "Five people died Jan. 6, 2021, including a U.S. Capitol Police officer, when a mob violently invaded the U.S. Capitol." |

| | | | | |
|---|---|---|---|---|
| | | | 6-capitol-assault-was-armed-insurrection/ | |
| **Desperate, Angry, Destructive: How Americans Morphed into a Mob** | WaPo | 11/09/2021 | https://www.washingtonpost.com/dc-md-va/2021/11/09/rioters-charges-arrests-jan-6-insurrection/ | |
| **US Capitol Riots: Tracking the Insurrection** | ABC News | 01/10/2021 | https://abcnews.go.com/US/video/us-capitol-riots-tracking-insurrection-75158232<br><br>https://abcnews.go.com/video/embed?id=75158232<br><br>https://www.youtube.com/watch?v=xfwbhC2Un2Y | |
| **Watch New Bodycam Footage of Harrowing Attack on Officer at Capitol** | CNN | 05/13/2021 | https://www.cnn.com/videos/us/2021/05/13/officer-fanone-capitol-insurrection-footage-exclusive-ctn-vpx.cnn | |
| **Officer Crushed in Capitol Riot 'Doing Well' as Girl's Card to Him Goes Viral** | Newsweek | 01/13/2021 | https://www.newsweek.com/police-officer-crushed-capitol-riot-girl-card-viral-1561142 | |

| Title | Source | Date | URL | Notes |
|---|---|---|---|---|
| **'I Will Always Love You Forever, Brian' \| Officer Sicknick's Partner Recalls Family's Agonizing Goodbye** | CBS 9 – WUSA | 11/09/2021 | https://www.wusa9.com/article/news/national/capitol-riots/brian-sicknick-sandra-garza-girlfriend-final-moments-capitol-riot-january-6-donald-trump/65-6f8cafc4-293e-4f60-a915-1c9798d11863 | • Emotional video about Officer Sicknick – including news report playing in the beginning stating that he was killed in the protests. |
| **Leaders of Right-Wing Militia Group Oath Keepers Face First Capitol Riot Conspiracy Charges** | Complex | 01/19/2021 | https://www.complex.com/life/2021/01/leaders-of-right-wing-militia-group-oath-keepers-face-first-capitol-riot-conspiracy-charges | • [T]he riot on Jan. 6 that resulted in the death of five people." |
| **Biden Awards Medals to Capitol Officers, Calling Riot Mob 'Extremists and Terrorists'** | FOX 5 DC | 08/05/2021 | https://www.fox5dc.com/news/biden-to-sign-bill-awarding-medals-of-honor-to-capitol-riot-officers | • "Trump, along with many Republicans still loyal to him, has tried to downplay the riot, even as law enforcement officers who responded that day have detailed the violence and made clear the toll it has taken on them. The four officers who testified in the emotional hearing detailed near-death experiences as the insurrectionists beat and crushed them on their way into the building."<br>• "At least nine people who were at the Capitol that day died during and after the rioting." |
| **Acting U.S. Capitol Police Chief Says Department 'Failed' During Jan. 6 Riot** | NBC News | 01/26/2021 | https://www.nbcnews.com/politics/congress/acting-u-s-capitol-police-chief-says-department-failed-during-n1255697 | • "On January 6th, in the face of a terrorist attack by tens of thousands of insurrectionists determined to stop the certification of Electoral College votes, the Department failed to meet its own high standards as well as yours.'" |

6

| | | | | |
|---|---|---|---|---|
| **Fourth Police Officer Dies by Suicide After Capitol Riot, Family Confirms** | FOX 5 DC | 08/02/2021 | https://www.fox5dc.com/news/fourth-police-officer-dies-by-suicide-after-capitol-riot-family-confirms | |
| **Fourth Officer Who Responded to The US Capitol on January 6 Dies by Suicide** | CBS 9 – WUSA9 | 08/02/2021 | https://www.wusa9.com/article/news/national/capitol-riots/dc-police-officer-suicide-kyle-defreytag-defended-us-capitol-on-january-6/65-fb00a7ff-1884-46ee-819a-448e2f55a61e | |
| **After Capitol Riot, Local Authorities Feel Responsibility to Track Potential Threats** | NPR | 04/02/2021 | https://www.npr.org/2021/04/02/983742241/after-capitol-riot-local-authorities-feel-responsibility-to-track-potential-thre | • "As the federal government continues its largest domestic terrorism probe, it has become clear that in order to be successful in thwarting another attack, they're going to need local law enforcement to play a key role." |
| **World Warily Watches America's Post-Election Aftershocks** | NBC 4 Washington | 01/13/2021 | https://www.nbcwashington.com/news/national-international/world-warily-watches-americas-postelection-aftershocks/2540228/ | • Suggesting the riot was the result of white supremacists and that American democracy is now unstable. |
| **2 Capitol Police Officers Cope with the** | ABC 7 - WJLA | 10/21/2021 | https://wjla.com/features/7news-stories/us-capitol-police-officers- | |

| | | | | |
|---|---|---|---|---|
| **Trauma of Jan. 6 Attack with Art** | | | create-art-to-cope-with-the-chaos-and-trauma-of-the-january-6-attack | |
| **Siege on Democracy: A FOX 5 DC Podcast Live from the Capitol Riot** | FOX 5 DC | 02/10/2021 | https://www.fox5dc.com/podcasts/siege-on-democracy-a-fox-5-dc-podcast-live-from-the-capitol-siege | |
| **90 Seconds of Rage on the Capitol Steps** | NYT | 10/16/2021 | https://www.nytimes.com/interactive/2021/10/16/us/capitol-riot.html?referringSource=articleShare | |
| **Every Person Who Forced Their Way into the Capitol Should Be Arrested** | VOX | 01/06/2021 | https://www.vox.com/22217733/trump-rally-dc-protest-storm-the-capitol-coup | |
| **US Capitol Riot Judges Step Up as The Conscience of Democracy While Lawmakers Squabble** | CNN | 08/13/2021 | https://www.cnn.com/2021/08/13/politics/judges-riot-court-describe-january-6-chilling-disgrace-tyranny/index.html | |
| **'Resolving The Crime of The Century with Misdemeanors' \| Judge Skewers DOJ At January 6 Sentencing** | CBS 9 – WUSA9 | 10/28/2021 | https://www.wusa9.com/article/news/national/capitol-riots/resolving-the-crime-of-the-century-with-misdemeanors- | |

| | | | judge-skewers-doj-at-january-6-sentencing-beryl-howell-jack-griffith-anna-morgan-lloyd/65-352274e8-7279-4792-a878-cf4cb0cc20ae<br><br>https://www.youtube.com/watch?v=USd-HxeQG-U | |
|---|---|---|---|---|
| The Capitol Siege: the Cases Behind the Biggest Criminal Investigation in U.S. History | NPR | 03/05/2021 (last updated 11/22/2021) | https://www.wbur.org/npr/965472049/the-capitol-siege-the-arrested-and-their-stories | |
| New Videos Underscore the Violence Against Police at the Jan. 6 Capitol Riot | NPR | 6/18/2021 | https://www.kpbs.org/news/2021/06/18/new-videos-underscore-the-violence-against-police | |
| The Capitol Attack is Looking More and More Like a Right-Wing Plot | Vanity Fair | 1/27/2021 | https://www.vanityfair.com/news/2021/01/the-capitol-attack-is-looking-more-and-more-like-a-right-wing-plot | |
| Officer Injured in Capitol riot slams 'Disgraceful' New Attempts to Downplay Insurrection | CNN | 5/14/2021 | https://www.cnn.com/2021/05/14/politics/michael-fanone-us-capitol-riot-cnntv/index.html | |
| A Growing Number of Judges Are Questioning | Washingtonian | 9/29/2021 | https://www.washingtonian.com/2021/09/29/a- | |

| | | | | |
|---|---|---|---|---|
| If Capitol Rioters Are Being Properly Punished | | | growing-number-of-judges-are-questioning-if-capitol-rioters-are-being-properly-punished/ | |
| 'There Have to be Consequences:' Judge Ups Sentences for Capitol Rioters | Reuters | 10/13/2021 | https://www.reuters.com/world/us/there-have-be-consequences-judge-ups-sentences-us-capitol-rioters-2021-10-13/ | |
| The Capitol Rioters Aren't Like Other Extremists | The Atlantic | 02/02/2021 | https://www.theatlantic.com/ideas/archive/2021/02/the-capitol-rioters-arent-like-other-extremists/617895/ | • "We analyzed 193 people arrested in connection with the January 6 riot—and found a new kind of American radicalism." |
| **Baseball Bat-Wielding Far-Right Militiaman Charged Over Capitol Riot** | Daily Beast | 01/17/2021 | https://www.thedailybeast.com/baseball-bat-wielding-militiaman-robert-gieswein-charged-over-capitol-riot | • "Robert Gieswein's now-deleted Facebook page showed him outside Rep. Lauren Boebert's gun-themed bar, making a sign associated with the Three Percenter militia." |
| **Rioter Planned Attack, Wanted to Trap Lawmakers and 'Turn on Gas': Prosecutors** | ABC News | 01/19/2021 | https://abc7chicago.com/rioter-planned-attack-wanted-to-trap-lawmakers-and-turn-on-gas-prosecutors/9784966/ | • "Robert Gieswein -- **part of the Oath-keepers**, an **extremist group** related to The Three Percenters -- was charged with assaulting a federal officer with bear spray and a baseball bat." |
| **Did the Proud Boys Help Coordinate the Capitol Riot? Yes, U.S. Suggests** | NYT | 02/05/2021 | https://www.nytimes.com/2021/02/05/nyregion/proud-boys-capitol-riot-conspiracy.html | • "Robert Gieswein, was among the first wave of **violent rioters** to break into the Capitol." |

10

| | | | | |
|---|---|---|---|---|
| **Anti-Government Militia Group Suspects and Army Reservist Charged in U.S. Capitol Riot** | CBS News | 01/18/2021 | https://www.cbsnews.com/news/capitol-riot-charges-militia-army-reserve/ | • "Capitol rioter Robert Gieswein is linked to the **extremist militia group** Three Percenters and runs a private paramilitary training group." |
| **A Small Group of Militants' Outsized Role in the Capitol Attack** | NYT | 02/21/2021 | https://www.nytimes.com/interactive/2021/02/21/us/capitol-riot-attack-militants.html | |
| **Capitol Riot Suspects Had More Ties to Oath Keepers than Previously Known** | NPR | 11/10/2021 | https://www.npr.org/2021/11/10/1054024084/capitol-riot-suspects-had-more-ties-to-oath-keepers-than-previously-known | |
| **A Judge Who Felt Burned After Giving a Capitol Rioter Probation Threw the Book at Another Defendant** | Buzzfeed News | 11/22/2021 | https://www.buzzfeednews.com/article/zoetillman/judge-capitol-rioter-sentence | |
| **Union chief: 'Many' Capitol Police Officers Want to Retire, Quit** | The Hill | 03/01/2021 | https://thehill.com/homenews/news/540960-union-chief-many-capitol-police-officers-want-to-retire-quit | • "A growing number of Capitol Police officers are considering retirement or quitting the force in response to the deadly rioting on Jan. 6." |
| **20 Videos Of The Horrifying Assault On The Capitol** | Buzzfeed News | 01/06/2021 | https://www.buzzfeednews.com/article/stephaniemcneal/videos-of-capitol-riot | |

| Title | Source | Date | URL |
|---|---|---|---|
| **Why the Attack on the Capitol Was Even Worse Than it Looked** | NYT | 01/11/2021 | https://www.nytimes.com/2021/01/11/arts/television/capitol-riot-graphic-videos.html |
| **Graphic New Footage Shows Mob Breaking into Capitol, Pence and Romney Rushing from Danger** | CNBC | 02/10/2021 | https://www.cnbc.com/2021/02/10/trump-impeachment-new-video-shows-capitol-riot-romney-and-pence-evacuating.html |
| **GRAPHIC: Department of Justice releases Capitol riot tunnel standoff video** | CNN | 07/01/2021 | https://www.whsv.com/2021/07/02/graphic-department-justice-releases-capitol-riot-tunnel-standoff-video/ |
| **DOJ Releases Graphic New Video of Insurrection** | Rolling Stone | 06/18/2021 | https://www.rollingstone.com/politics/politics-news/doj-new-graphic-insurrection-video-1186360/ |