# United States Court of Appeals

**For The District of Columbia Circuit**

_____

**No. 21-3052**　　　　　　　　　　　　　　　　**September Term, 2021**

**1:21-cr-00024-EGS-1**

**Filed On: December 13, 2021** [1926542]

United States of America,

      Appellee

  v.

Robert Gieswein,

      Appellant

## M A N D A T E

    In accordance with the judgment of October 19, 2021, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                                        **FOR THE COURT:**
                                        Mark J. Langer, Clerk

                         BY:    /s/
                                        Daniel J. Reidy
                                        Deputy Clerk

Link to the judgment filed October 19, 2021