December 13, 2021

Honorable Judge Sullivan
United States District Judge
c/o
Officer of the Federal Public Defender

Re:     Robert Gieswein; Case Number: 1:21-cr-24

Dear Judge Sullivan,

I request that the Court show some leniency as Bobby approaches his 11th month of commitment under arrest, and remove him from an environment that I believe is likely full of bad influences.

My husband and I have known Bobby since his birth, and I agree that he made bad decisions if what the government says is true, but it is not exemplary of who he is. I ask that a fair evaluation be considered of this young man. Bobby has displayed far more positive attributes in his lifetime that I believe are more telling than the terrible mistakes he may have made in January. He has a purpose to do good, to continue to help others and achieve goals as an upstanding citizen.

While he awaits trial to determine judgement for his charges, I humbly ask that he be permitted to serve his current time under my and my husband's guardianship. Every day that he remains in holding at the prison, he is subject to a lifetime of good upbringing being sabotaged by the bad influence of those around him. Every day that he is locked up away from his family and positive influences, his chances of achieving good life goals is decreased. I ask that he be seen for what he is, a good person that made a bad decision, and to have mercy on his chances in life. That he be allowed to live with my husband and I, abiding by any and all rules you determine for him to do so. There is no doubt in my mind that he will follow the rules, do what we ask and respect it as well. I believe that he will overcome his mistakes and its consequences and persevere to be a good person with good life goals.

I am very concerned about Bobby, who I remember to be positive, full of life smiling and laughing. He did the right thing by turning himself in, though I disagree with what happened at the Capitol. I am concerned that a good young man may be subject to bad influences at the jail. I therefore ask your honor to please released him to hour arrest until his trial.

I am also worried about his mother and sister as well as their health has significantly declined. I believe it is because they are so worried about Bobby being in jail, and because Bobby cannot support them. He used to help his mom so much. She really relies on him for helping around the residence since her husband died suddenly. She has since done what she can including rehoming horses that she loved and were very important to her.

If allowed, Bobby will live in my home, a law enforcement home with my husband ▇▇▇ who is a police officer. We have known Bobby since birth and he has never said anything negative about law enforcement or officers. In fact, he aspired to be a police officer, although he won't be able to as a consequence for his actions.

I am a mother of 2 boys and have experience with other people and children of all ages. I work as a professional liability risk management nurse now and served the public through bedside nursing care in my previous years. I am willing to put my reputation on the line to prove Bobby is not what some people have made him out to be, and that his goodness is greater than the mistakes he may have made at the Capitol. I agree that he made a bad decision, but given his past history and character, and the environment we can provide him, I believe that this can be his last mistake of the kind.

Based on Bobby's letter to you, I see that my prayers that he has not been influenced negatively to the point of no return have been answered. We think that Bobby has great potential, especially if released from jail now to live under our care and guidance.

Sincerely,



