December 13, 2021


Honorable Judge Sullivan
United States District Judge
c/o  Officer of the Federal Public Defender

Re:      Robert Gieswein; Case Number: 1:21-cr-24

Dear Judge Sullivan,

My name is ██████████, my family and I live in Oklahoma City, OK. My wife and I have two sons ages 14 and 17. My wife, ████, is a Registered Nurse and has worked in the medical field for over 10 years. She is currently a medical claims manager at OU Medical Center. Our older son will be graduating this year and starting college in the fall. Our younger son will be a high school freshman. My job is in law enforcement. I am a Master Sergeant with the Oklahoma City Police Department. I've been with the agency for over 22 years and am currently working out of training division. I conduct and manage continuing training for officers on our agency.


My wife and I have known Robert (Bobby) Gieswein since his birth. We have seen him grow up and have routinely kept up with him and his family over the years. My family and I would like to serve as Bobby's supervising custodian while he awaits trial. I know Bobby will do as I ask, which will be to follow all rules set in place, should he be considered for this arrangement. He will live and work with us on our 40 acres that we have in the northwest area of Oklahoma City. I agree that he should not have been at the capitol with that crowd, and that he is accused of doing wrong and will stand trial for it, and potentially be punished. In the interim, I feel it would be better circumstances and environment at our home, rather than the jail unit that he is in. We avoid watching news that encompasses extreme views, and we do not discuss politics in a negative manner.


I have no concerns about Bobby being allowed to reside with us or his respect for us as supervising custodians. I trust him with our kids, as well as in our private home. I also know that Bobby has always looked up to me, and respects my perspective.


I will follow any rules and/or demands made in order to comply with court mandates. We will be able to provide a stable and positive environment for Bobby during this time. The goal is to

maintain his ability to be an upstanding citizen and to be a good young man in the future, despite any mistakes of the past, and despite consequences already served and that may be incurred after his trial.

Sincerely,

