UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No. 21-cr-24 (EGS) |
| | : | |
| ROBERT GIESWEIN, | : | |
| | : | |
| Defendant. | : | |

## [PROPOSED] SCHEDULING ORDER

After considering the matters discussed at the status conference held in this case on December 21, 2021, the Court Hereby ORDERS the following additional briefing:

January 5, 2022      The Government shall submit briefing on the following topics:

- The response by the United States Marshals Service (USMS) to address the deficiencies identified in USMS's letter of November 1, 2021, since the implementation of the Memorandum of Understanding between the District of Columbia Department of Corrections (DOC) and USMS was entered on or about November 10, 2021, with particular focus on corrective action the USMS has requested that the DOC take at the Central Treatment Facility (CTF), and whether DOC has taken such corrective action.

- Status of COVID-19 pandemic conditions at CTF, including the number of detainees and staff (if known) who have tested positive between today's date and the date of filing.

- The DOC's response to COVID-19 conditions at CTF, including any mandatory lockdowns and/or limitations on inmates' access to discovery, recreation, hygiene, attorney visits that are in place as of the date of filing.

The D.C. Department of Corrections shall file a pleading addressing the same topics on the same date.

January 10, 2022      Defendant Response to the Government's January 5 filing due.

IT IS FURTHER ORDERED that a hearing will be set to address Defendant Gieswein's Motion to Reopen Detention Hearing (ECF 57) on January 12, 2022, at 11:00 a.m.

IT IS FURTHER ORDERED that, owing to the additional briefing ordered by the Court, the existing briefing schedule shall be adjusted as follows:

| | |
|---|---|
| December 24, 2021 | The parties shall submit their Oppositions to the motions filed on December 1, 2021, *i.e.*, Government Motions (ECF 63, 65) and Defendant Motions (ECF 58 – 61, 64). |
| January 10, 2021 | The parties shall submit their Replies, if any, to the foregoing Oppositions. |

SO ORDERED

_____
EMMET G. SULLIVAN
United States District Judge

DATE: December \_\_\_, 2021