UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.      : | Criminal No. 21-cr-24 (EGS) |
| : | |
| ROBERT GIESWEIN,     : | |
| : | |
| Defendant.   : | |

**JOINT MOTION FOR ENTRY OF PROPOSED SCHEDULING ORDER**

In response to the Court's Minute Order on December 23, 2021, for a proposed modified scheduling order, and after having conferred with counsel for the District of Columbia Department of Corrections, the parties jointly move this Court for the entry of the Scheduling Order attached hereto. The Department of Corrections has authorized the parties to represent that it does not oppose the entry of the proposed Scheduling Order.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

By: /s/ Jason McCullough

JASON B.A. MCCULLOUGH
D.C. Bar No. 998006
ERIK M. KENERSON
Ohio Bar No. 82960
Assistant United States Attorneys
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-7233 //
jason.mccullough2@usdoj.gov
(202) 252-7201 // Erik.Kenerson@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I caused a copy of this pleading to be served upon defense counsel via the Electronic Case Filing (ECF) system, on December 29, 2021.

By: /s/ Jason McCullough

JASON B.A. MCCULLOUGH
D.C. Bar No. 998006