UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No. 21-cr-24 (EGS) |
| | : | |
| ROBERT GIESWEIN, | : | |
| | : | |
| Defendant. | : | |

**[PROPOSED] MODIFIED SCHEDULING ORDER**

In response to the Court's Minute Order of December 23, 2021, the parties have jointly submitted a proposed Modified Scheduling Order. In light of the representation of the parties, including that the District of Columbia Department of Corrections does not oppose the entry of the Modified Scheduling Order, the Court Hereby ORDERS the following:

| | |
|---|---|
| January 10, 2022 | The Government shall file a brief addressing the topics set forth in the Court's Minute Order of December 23, 2021. |
| | The District of Columbia Department of Corrections shall file a pleading addressing the same topics. |
| January 15, 2022 | Defendant's shall file any response to the Government's and the Department of Corrections filings of January 10, 2022. |

IT IS FURTHER ORDERED that the hearing to address Defendant Gieswein's Motion to Reopen Detention Hearing (ECF 57) that is currently scheduled for January 12, 2022, at 11:00 a.m. is CONTINUED AND RESCHEDULED, and that the Court will hear arguments on the Motion to Reopen at the pretrial motions hearing already scheduled for January 19, 2022, at 1:00 p.m.

SO ORDERED

DATE: December ___, 2021

_____
EMMET G. SULLIVAN
United States District Judge