UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**ROBERT GIESWEIN** | **Case No. 1:21-cr-00024-EGS**<br><br>**Judge Emmet G. Sullivan** |

## NOTICE OF CHANGE OF ADDRESS

Eric S. Glover, General Counsel for the District of Columbia Department of Corrections, hereby gives notice to this Court and all counsel of his change of address, effective immediately.

All pleadings and documents should henceforth be sent to:

Eric S. Glover
General Counsel
D.C. Department of Corrections
2000 14th Street, N.W.
Washington, D.C. 20009
(202) 671-0088
Email: eric.glover@dc.gov

Dated: January 5, 2021

Respectfully submitted,

*Eric S. GLover*

ERIC S. GLOVER [978841]
General Counsel
D.C. Department of Corrections
2000 14th Street, N.W.
Washington, D.C. 20009
(202) 671-0088
Email: eric.glover@dc.gov

*Counsel for the District of Columbia
Department of Corrections*