UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**ROBERT GIESWEIN** | **Case No. 1:21-cr-00024-EGS**<br><br>**Judge Emmet G. Sullivan** |

## NOTICE OF APPEARANCE

Eric S. Glover hereby enters his appearance in this matter on behalf of the District of Columbia Department of Corrections.

Dated: January 5, 2022

Respectfully submitted,

*Eric S. GLover*
ERIC S. GLOVER [978841]
General Counsel
D.C. Department of Corrections
2000 14th Street, N.W.
Washington, D.C. 20009
(202) 671-0088
Email: eric.glover@dc.gov

*Counsel for the District of Columbia*
*Department of Corrections*