# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **Criminal No. 21-cr-24 (EGS)** |
| | : | |
| **ROBERT GIESWEIN,** | : | |
| | : | |
| **Defendant.** | : | |

## [PROPOSED] MODIFIED SCHEDULING ORDER

The Government has submitted a motion to continue the deadline to submit briefing in response to the Court's Minute Order of December 23, 2021. In light of the representations by the Government in its motion and for good cause shown, the Court hereby ORDERS the Government to file a brief addressing the topics set forth in the Court's Minute Order of December 23, 2021, on or before January 17, 2022.

SO ORDERED

DATE: January __, 2022

_____
EMMET G. SULLIVAN
United States District Judge