UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ROBERT GIESWEIN,<br><br>        Defendant. | Crim. Action No. 21-24-1 (EGS) |

**ORDER**

Upon consideration of defendant Robert Gieswein's motion for leave to file his Rule 12 reply briefs late, and for good cause shown, it is hereby **ORDERED** that the defendant's motion is **GRANTED**; and it is further

**ORDERED** that Mr. Gieswein shall file his reply briefs via CM/ECF upon issuance of this order.

**SO ORDERED.**

**Signed:** _____
        **Emmet G. Sullivan**
        **United States District Judge**

**Date:** _____