# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ROBERT GIESWEIN,<br><br>          Defendant. | Crim. Action No. 21-24-1 (EGS) |

## MR. GIESWEIN'S RESPONSE TO GOVERNMENT MOTION FOR EXTENSION OF TIME TO FILE

Robert Gieswein, through undersigned counsel, hereby provides notice to the Court that the defense does not object to the government's Motion to Continue the Deadline to Report the United States Marshals Service Report on Conditions at the Jail, ECF No. 82. However, notwithstanding the fact that granting the government's motion could mean that the Report could be submitted no more than two days before the scheduled hearing on January 19, during which the Court has planned to consider the pending motion to revoke the detention order that spurred the Court to order the Report, the defense respectfully requests that the Court not postpone argument on that pending motion.

Respectfully submitted on January 11, 2022.

                                                   **ROBERT GIESWEIN**
                                                   by counsel:

                                                 Geremy C. Kamens
                                                 Federal Public Defender for the
                                                 Eastern District of Virginia

                                                 by:_____s/_____

Ann Mason Rigby
DC Bar No. 491902

Elizabeth A. Mullin
DC Bar No. 484020

Assistant Federal Public Defenders
1650 King Street, Suite 500
Alexandria, Virginia 22314
Telephone: (703) 600-0800
Facsimile: (703) 600-0880
ann_rigby@fd.org
elizabeth_mullin@fd.org