UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

ROBERT GIESWEIN,

        Defendant.

Crim. Action No. 21-24-1 (EGS)

## NOTICE OF FILING PROPOSED ORDER ON TRIAL DEADLINES

Robert Gieswein, through undersigned counsel, hereby provides notice that the parties in this matter have reached agreement on what would be appropriate deadlines for several pretrial disclosures and filings, and accordingly jointly ask that the Court enter the proposed order filed herewith as Exhibit 1.

Respectfully submitted on January 11, 2022.

**ROBERT GIESWEIN**
by counsel:

Geremy C. Kamens
Federal Public Defender for the
Eastern District of Virginia

by: _____s/_____
Ann Mason Rigby
DC Bar No. 491902

Elizabeth A. Mullin
DC Bar No. 484020

Assistant Federal Public Defenders
1650 King Street, Suite 500
Alexandria, Virginia 22314
Telephone: (703) 600-0800
Facsimile: (703) 600-0880
ann_rigby@fd.org

2

elizabeth_mullin@fd.org