# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ROBERT GIESWEIN,<br><br>    Defendant. | Crim. Action No. 21-24-1 (EGS) |

## ORDER

Upon consideration of defendant Robert Gieswein's unopposed motion for leave to supplement his motion for transfer of venue, and for good cause shown, it is hereby **ORDERED** that the defendant's motion is **GRANTED**; and it is further

**ORDERED** that the Court will defer argument on the motion for a transfer of venue currently scheduled for January 19, 2022; and it is further

**ORDERED** that the following deadlines will apply to filings relating to the defendant's supplement:

| | |
|---|---|
| Defendant's Supplement | January 24, 2022 |
| Government's Response | January 31, 2022 |
| Defendant's Reply | February 4, 2022 |

**SO ORDERED.**

**Signed:**

```
                        _____
                        Emmet G. Sullivan
                        United States District Judge



Date:                   _____
```