UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Criminal No. 21-cr-24 (EGS) |
| : | |
| ROBERT GIESWEIN, : | |
| : | |
| Defendant. : | |

## UNITED STATES' NOTICE OF HEARING EXHIBITS

The United States of America, by and through its attorney the United States Attorney for the District of Columbia, respectfully files this notice on the docket indicating the video exhibits it has made available to the Court ahead of the scheduled January 19, 2022, motions hearing. The government does not have any objection to the public dissemination of any of the exhibits noted below.

| Exhibit Name | Length | Description |
|---|---|---|
| MIL Video Exhibit 1 | 0:08 | Publicly Available Video Showing Statement made by Defendant on January 6, 2021 |
| MIL Video Exhibit 2 | 0:30 | Video from exterior Capitol CCV camera, showing Defendant on January 6, 2021 |
| MIL Video Exhibit 2A | N/A | Screenshot taken from MIL Video Exhibit 2 |

        Respectfully submitted,

        MATTHEW M. GRAVES
        United States Attorney
        DC Bar No. 481052

By:    */s/ Erik M. Kenerson*
        ERIK M. KENERSON
        Ohio Bar No. 82960
        JASON B.A. MCCULLOUGH
        D.C. Bar No. 998006
        Assistant United States Attorneys
        555 4th Street, N.W.
        Washington, D.C. 20530
        (202) 252-7233 //
        jason.mccullough2@usdoj.gov
        (202) 252-7201 // Erik.Kenerson@usdoj.gov