UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Crim. No. 21-cr-00024 (EGS) |
| | : | |
| ROBERT GIESWEIN | : | |
| | : | |
| Defendant. | : | |

**UNITED STATES' UNOPPOSED MOTION TO EXTEND TIME
TO FILE MEMORANDUM REGARDING STATUS OF DISCOVERY**

Due to the recent press of work, the United States hereby requests a three-day extension of time, until Monday, February 7, 2022, to file a memorandum describing the status of implementation of our discovery plan in relation to voluminous data. Counsel for the defendant, Robert Gieswein, has authorized the government to represent that she does not oppose this request.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No.

By:    /s/ *Emily A. Miller*
EMILY A. MILLER
Chief, Capitol Siege Discovery Unit
DC Bar No. 462077
555 Fourth Street, N.W., Room 5826
Washington, DC 20530
Emily.Miller2@usdoj.gov
(202) 252-6988

By:    /s/ *Erik M. Kenerson*
ERIK M. KENERSON
Assistant United States Attorney
OH Bar No. 82960
555 Fourth Street, N.W., Room 11-909
Washington, DC 20530
Erik.Kenerson@usdoj.gov
(202) 252-7201