UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Crim. No. 21-cr-00024 (EGS) |
| | : | |
| **ROBERT GIESWEIN** | : | |
| | : | |
| Defendant. | : | |

**UNITED STATES' UNOPPOSED MOTION TO EXTEND TIME
TO FILE MEMORANDUM REGARDING STATUS OF DISCOVERY**

The United States hereby requests an additional two-day extension of time, until Wednesday, February 9, 2022, to file a memorandum describing the status of implementation of the United States' office-wide discovery plan in relation to voluminous data. Notwithstanding the determined efforts of counsel for the government, we have been unable to complete this memorandum today. We reached out counsel for the defendant, Robert Gieswein, a short while ago but they have not had the opportunity to offer a position on this request.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

By:      /s/ *Emily A. Miller*
EMILY A. MILLER
Chief, Capitol Siege Discovery Unit
DC Bar No. 462077
555 Fourth Street, N.W., Room 5826
Washington, DC 20530
Emily.Miller2@usdoj.gov
(202) 252-6988

By:      /s/ *Erik M. Kenerson*
ERIK M. KENERSON
Assistant United States Attorney
OH Bar No. 82960
555 Fourth Street, N.W., Room 11-909
Washington, DC 20530
Erik.Kenerson@usdoj.gov
(202) 252-7201