UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.  : | Crim. No. 21-cr-00024 (EGS) |
| : | |
| ROBERT GIESWEIN  : | |
| : | |
| Defendant.  : | |

**ORDER GRANTING
UNITED STATES' UNOPPOSED MOTION TO EXTEND TIME
TO FILE MEMORANDUM REGARDING STATUS OF DISCOVERY**

Upon consideration of the United States' Unopposed Motion to Extend Time to File Memorandum Regarding Status of Discovery (the "Motion"), it is hereby

ORDERED, that the Motion is GRANTED, and it is further

ORDERED, that the time within which the United States shall file a memorandum describing the status of implementation of its discovery plan in relation to voluminous data is hereby extended until Wednesday, February 9, 2022.

_____
Emmet G. Sullivan
United States District Judge