# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ROBERT GIESWEIN,<br><br>     Defendant. | Crim. Action No. 21-24-1 (EGS) |

## NOTICE OF FILING JOINT PROPOSED ORDER RE-SCHEDULING TRIAL

On February 16, 2022, by Minute Order, the Court informed the parties that the trial in this matter would no longer begin on April 20, 2022, as previously scheduled. At the Court's direction, the Courtroom Deputy Clerk thereafter sought other dates on which the parties were available to begin trial. Although the defense was available in June, and all parties were available in August, and on September 1, the parties are informed that the earliest date on which the parties and the Court can commence a trial is October 24, 2022. Accordingly, at the Court's direction, Mr. Gieswein hereby submits a proposed order for jury selection in this case to commence on October 24, 2022. *See* Exhibit 1. The parties do not seek a continuance of the motions hearing now scheduled for April 20 pursuant to the Minute Order referenced above. Counsel for the government has reviewed this notice and the proposed order and joins in the filing.

Respectfully submitted on March 2, 2022.

                                                                ROBERT GIESWEIN
                                                                by counsel:

2

        Geremy C. Kamens
        Federal Public Defender for the
        Eastern District of Virginia

        by: _____s/_____
        Ann Mason Rigby
        DC Bar No. 491902

        Elizabeth A. Mullin
        DC Bar No. 484020

        Assistant Federal Public Defenders
        1650 King Street, Suite 500
        Alexandria, Virginia 22314
        Telephone: (703) 600-0800
        Facsimile: (703) 600-0880
        ann_rigby@fd.org
        elizabeth_mullin@fd.org