**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ROBERT GIESWEIN,<br><br>          Defendant. | Crim. Action No. 21-24-1 (EGS) |

**ORDER**

The Court has previously found it necessary to order that trial in this matter cannot commence on April 20, 2022. *See* Feb. 16, 2022 Minute Order. Having ascertained the schedules of counsel for the parties, and consulted the Court's calendar, it is hereby **ORDERED** that Jury selection shall now occur on October 24, 2022 at 9:00 a.m.

**SO ORDERED.**

**Signed:** _____
          **Emmet G. Sullivan**
          **United States District Judge**

**Date:** _____