## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

ROBERT GIESWEIN,

            Defendant.

Crim. Action No. 21-24-1 (EGS)

### ORDER

Upon consideration of the Parties' Joint Motion to Continue Deadline for Motions and Responses, it is this ___ day of March, 2022, **ORDERED** that the motion is **GRANTED.**  It is

**FURTHER ORDERED** that any additional motions be filed no later than March 16, 2022, that responses to those motions (including to presently pending ECF No. 100) be filed no later than March 30, 2022, and that any replies be filed no later than April 6, 2022.

**SO ORDRED.**

_____

Date

_____

Emmet G. Sullivan
United States District Judge