# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ROBERT GIESWEIN,<br><br>　　　　　　Defendant. | Crim. Action No. 21-24-1 (EGS) |

## ORDER

Upon consideration of the Parties' Joint Motion to Continue Deadline for Motions and Responses, it is this ___ day of March, 2022, **ORDERED** that the motion is **GRANTED.** It is

**FURTHER ORDERED** that a motions hearing shall take place before this Court on _____, 2022. It is **FURTHER ORDERED**

that any motions presently filed shall be addressed at the currently scheduled April 20, 2022, motions hearing, including ECF No. 100. It is **FURTHER ORDERED**

that the government's response to ECF No. 100 be filed no later than March 30, 2022, and that the defendant's reply, if any, be filed no later than April 6, 2022. It is **FURTHER ORDERED**

That any additional motions be filed no later than five weeks prior to the motions hearing date set above, that responses to those motions be filed no later than three weeks prior to the motions hearing date set above, and that any replies by filed no later than two weeks prior to the motions hearing date set above.

2

**SO ORDRED.**


_____                        _____
Date                              Emmet G. Sullivan
                                  United States District Judge