UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Criminal No. 21-cr-24 (EGS) |
| | : | |
| **ROBERT GIESWEIN,** | : | |
| | : | |
| **Defendant.** | : | |

### JOINT STATUS REPORT REGARDING MOTIONS HEARING

The United States of America, by and through its attorney the United States Attorney for the District of Columbia, and the defendant Robert Gieswein, by and through his attorneys Ann Mason Rigby and Elizabeth Mullin, hereby submit this joint status report in response to the Court's Minute Order entered on April 15, 2022, directing the parties to inform the Court of "the number of witnesses, if any, expected to testify on April 20, 2022; whether any motions have been resolved or will be resolved by the parties; and the projected duration of the hearing."

Accordingly, the parties jointly inform the Court as follows:

- The parties do not expect to present any live-witness testimony at the April 20 hearing.

- The parties agree that the defendant's motion to dismiss the assault counts, ECF 61, is moot because of the First Superseding Indictment. The parties do not expect to be able to resolve the other outstanding motions—government motions *in liminie* regarding defense arguments, for admission of a statement, and to limit cross-examination of a Secret Service witness (ECF 63 and 65), and defense motions for release (ECF 57), to dismiss on Speedy Trial grounds (ECF 58), for a bill of particulars on Count One (ECF 59), to transfer venue (ECF 64), to dismiss Count One (ECF 60), and to dismiss Counts Two and Four (ECF 100).

- If the Court is prepared to rule on the papers on any motion, the government does not have any objection to that. Defense counsel has been considering whether there are motions upon which they do not request further argument, such that the defense would not object if the Court were to rule on the papers. The defense anticipates

that they will indeed rest on the papers submitted in support of some of their motions (or in opposition to some of the government's motions). However, the defense has not finalized that determination, and had little time to do so in order to respond to the Court's order today in a timely fashion, as one was in court for much of the afternoon, and the other was traveling.

- At a minimum, the parties can represent that they do not anticipate offering lengthy argument on any motion, and anticipate that answering any questions the Court has will occupy the bulk of the time in the hearing. Accordingly, the parties defer to the Court on anticipating the length of the hearing required, assuming brief argument on some motions, and depending on how many questions the Court may have regarding the papers the parties have filed.

- The defense will determine which of its motions they do not request to be heard upon further, and will identify such motions for the Court no later than Monday, April 18, by 12:00 p.m.

Undersigned counsel has provided a copy to Ann Rigby and Elizabeth Mullin, counsel for Mr. Gieswein, who informed the undersigned counsel that they may file this as a joint status report.

> Respectfully submitted,
>
> MATTHEW M. GRAVES
> UNITED STATES ATTORNEY
> DC Bar No. 481052
>
>
> By: __/s/ *Erik M. Kenerson*_____
> ERIK M. KENERSON, OH Bar 82960
> JASON B.A. MCCULLOUGH, D.C. Bar 998006
> U.S. Attorney's Office for the District of Columbia
> Assistant United States Attorneys
> 601 D Street NW
> Washington, D.C. 20530
> (202) 252-7201
> Erik.Kenerson@usdoj.gov