## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.                                                    Crim. Action No. 21-24-1 (EGS)

ROBERT GIESWEIN,

                    Defendant.

## DEFENSE SUPPLEMENT TO JOINT STATUS REPORT
## REGARDING MOTIONS HEARING

Robert Gieswein, by and through undersigned counsel, hereby submits this supplement to the parties' joint status report in response to the Court's Minute Order entered on April 15, 2022, directing the parties to inform the Court of "the number of witnesses, if any, expected to testify on April 20, 2022; whether any motions have been resolved or will be resolved by the parties; and the projected duration of the hearing." *See* ECF 113 (April 15, 2022 Minute Order); ECF 114 (Joint Status Report).

The joint status report noted that the parties did not contemplate offering lengthy arguments on any motion, and anticipated that answering any questions the Court has would occupy most of the time in the hearing. ECF 114. The government represented that it has no objection if the Court is prepared to rule on the papers on any motion. *Id*. The report noted that the defense was contemplating whether to rest on the papers on particular motions, such that the defense would not object if the Court is prepared to rule on such motions without further argument, and that the

Court would update the Court accordingly. *Id.* The below table reflects the defense's position.

| Defense Requests Argument | Motion for Release | 57 |
|---|---|---|
| | Motion to Dismiss – Speedy Trial Grounds | 58 |
| | Motion in Limine – Instagram Post | 63, #3 |
| | Motion for Transfer of Venue | 64 |
| | Motion in Limine – Secret Service Testimony | 65 |
| Defense Rests on Papers | Motion for Bill of Particulars – Obstruction Count | 59 |
| | Motion to Dismiss Obstruction Count | 60 |
| | Motion in Limine – Defense Arguments | 63, #1, 2, 4 |
| | Motion to Dismiss – Section 231 Counts | 100 |
| Parties Agree Mooted by Superseding Indictment | Motion to Dismiss, for Discovery – Assault Counts | 61 |

The defense anticipates that the Court will hear from the government on any motion on which the Court permits the defense to offer argument, of course.

The defense anticipates that the hearing could be concluded in well under two hours.

ROBERT GIESWEIN
by counsel:

Geremy C. Kamens
Federal Public Defender for the
Eastern District of Virginia

by:_____s/_____
Ann Mason Rigby
DC Bar No. 491902
Elizabeth A. Mullin
DC Bar No. 484020
Assistant Federal Public Defenders
1650 King Street, Suite 500

Alexandria, Virginia 22314
Telephone: (703) 600-0800
Facsimile: (703) 600-0880
ann_rigby@fd.org
elizabeth_mullin@fd.org