UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ROBERT GIESWEIN,<br><br>Defendant. | Crim. Action No. 21-24-1 (EGS) |

### MR. GIESWEIN'S NOTICE OF FILING ADDITIONAL SUPPORT
### FOR MOTION TO TRANSFER VENUE

Robert Gieswein, by and through undersigned counsel, hereby respectfully requests that this Court take notice of additional support for his motion to transfer of venue, ECF No. 64. Specifically, Mr. Gieswein asks that the Court take notice of the results of an additional survey of potential jurors in the District of Columbia, and of potential jurors in three other federal judicial districts, prepared at the request of counsel for Thomas Caldwell and Connie Meggs, two defendants before the Honorable Amit P. Mehta in Case No. 21-cr-028. *See* Exhibit 1. Counsel for defendants Caldwell and Meggs filed the survey three days ago, on April 15, 2022. Undersigned counsel learned of the survey last night, and obtained a copy today.

Respectfully submitted on April 18, 2022.

**ROBERT GIESWEIN**
by counsel:

Geremy C. Kamens
Federal Public Defender for the
Eastern District of Virginia

by:_____s/_____

                Ann Mason Rigby
                DC Bar No. 491902
                Elizabeth A. Mullin
                DC Bar No. 484020
                Assistant Federal Public Defenders
                1650 King Street, Suite 500
                Alexandria, Virginia 22314
                Telephone: (703) 600-0800
                Facsimile: (703) 600-0880
                ann_rigby@fd.org
                elizabeth_mullin@fd.org