AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 21-cr-24 (EGS) |
| Robert Gieswein | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States of America.

Date: 04/19/2022

/s/ James I. Pearce
*Attorney's signature*

James I. Pearce / NC Bar 44691
*Printed name and bar number*
Criminal Division, Appellate Section
950 Pennsylvania Ave NW
Washington, DC 20530

*Address*

james.pearce@usdoj.gov
*E-mail address*

(202) 532-4991
*Telephone number*

(202) 305-2121
*FAX number*