UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | No. 21-CR-24 (EGS) |
| | : | |
| ROBERT GIESWEIN, | : | |
| Defendant. | : | |

## GOVERNMENT'S NOTICE OF SUPPLEMENTAL AUTHORITY REGARDING MOTION TO TRANSFER VENUE

The United States of America, by and through undersigned counsel, hereby notifies the Court of additional authority, as discussed in the motions hearing earlier this morning. On April 18, 2022, The Honorable Tanya Chutkan denied a motion to transfer venue that relied in part on the same Select Litigation survey submitted by Mr. Gieswein in this case. Judge Chutkan's order issued in *United States v. Russell Dean Alford*, No. 21-cr-263 (TSC), ECF No. 46, and a copy of that decision is attached hereto as Exhibit 1.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By: ⎯⎯/s/ *Erik M. Kenerson*⎯⎯⎯⎯⎯⎯
ERIK M. KENERSON, OH Bar 82960
JASON B.A. MCCULLOUGH,
D.C. Bar 998006, NY Bar 4544953
U.S. Attorney's Office for the District of Columbia
Assistant United States Attorneys
601 D Street NW
Washington, D.C. 20530
(202) 252-7201
Erik.Kenerson@usdoj.gov