# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ROBERT GIESWEIN,<br><br>　　　　　Defendant. | Crim. Action No. 21-24-1 (EGS) |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLIES

Mr. Gieswein, through undersigned counsel, hereby requests a two-day extension of time, from today to until Friday, May 20, 2022, to file reply briefs regarding open motions pursuant to the Court's April 21, 2022 order. *See* April 21, 2022 Minute Entry (providing that "[a]ll Responses to open motions are due by 5/4/2022 [and] [r]eplies are due by 5/18/2022").

Notwithstanding determined efforts, counsel for Mr. Gieswein anticipates requiring additional time to complete defense filings. This is particularly due an unexpected issue arising in the case of another client of the undersigned that required significant and immediate attention yesterday and today, and the fact that co-counsel is in the midst of a multiple-week trial. The next hearing in this matter is scheduled for October 5, 2022, so the extension should not cause further delays. *See* March 17, 2022 Minute Entry. Finally, undersigned counsel conferred with counsel for the government, who authorized counsel to state that the government does not object to the requested continuance.

　　　　Respectfully submitted on May 18, 2022.

**ROBERT GIESWEIN**
by counsel:

Geremy C. Kamens
Federal Public Defender for the
Eastern District of Virginia

by:_____s/_____
Ann Mason Rigby
DC Bar No. 491902
Elizabeth A. Mullin
DC Bar No. 484020

Assistant Federal Public Defenders
1650 King Street, Suite 500
Alexandria, Virginia 22314
Telephone: (703) 600-0800
Facsimile: (703) 600-0880
ann_rigby@fd.org
elizabeth_mullin@fd.org