UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ROBERT GIESWEIN,<br><br>    Defendant. | Crim. Action No. 21-24-1 (EGS) |

**ORDER**

Upon consideration of defendant Robert Gieswein's unopposed motion for extension of time to file replies, and for good cause shown, it is hereby **ORDERED** that the defendant's motion is **GRANTED**; and it is further

**ORDERED** that Mr. Gieswein shall file replies to open motions by May 20, 2022.

**SO ORDERED.**

Signed: _____
   **Emmet G. Sullivan**
   **United States District Judge**

Date: _____