# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ROBERT GIESWEIN,<br><br>　　　　　Defendant. | Crim. Action No. 21-24-1 (EGS) |

# ORDER

Upon consideration of the Parties' Joint Motion to Continue Deadline Rule 404 Notice, it is this \_\_\_ day of _____, \_\_\_\_\_, **ORDERED** that the motion is **GRANTED.** It is

**FURTHER ORDERED** that the government shall notify the defendant of its intention to introduce any evidence governed by Fed. R. Evid. 404(b) no later than January 20, 2023.

**SO ORDRED.**

_____                                   _____
Date                                                      Trevor N. McFadden
                                                               United States District Judge