## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | Case No. 1:21-cr-00024 (TNM) |
| | ) | |
| **ROBERT GIESWEIN,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## PROPOSED ORDER

Upon consideration of the Motion to admit Attorney Blake Weiner *Pro Hac Vice*, it is hereby

**ORDERED** that the Motion is GRANTED, and

**ORDERED** that Mr. Weiner may provide representation for Defendant Robert Gieswein after filing his Notice of Appearance in the case.

**SO ORDERED** on this NN day of January, 2023.

HONORABLE TREVOR N. MCFADDEN
United States District Judge
