## THE UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

                Plaintiff,

     v.

ROBERT GIESWEIN,

                Defendant.

Case No. 1:21-cr-00024-TNM-1

## LOCAL RULE 44.1(c) DECLARATION OF NON-MEMBER

I, Blake A. Weiner, of Blake Weiner Law, PLLC, 1806 Summit Avenue, Suite 300, Richmond, VA 23230, (804) 482-1465, hereby declare the following:

1. I am a member of the following bars:

   Virginia Supreme Court
   United States District Court for the Eastern District of Virginia
   United States District Court for the Western District of Virginia

2. I certify that I have never been disciplined by any bar.

3. I have not been admitted *pro hac vice* to this Court in the past two years.

4. I do not practice law from an office located in the District of Columbia.

5. In accordance with LCrR 44.1(c), this declaration is accompanied by a payment of $100, and a certificate of the court or bar for Virginia—the state in which I regularly practice—which has been issued within thirty (30) days of this filing and states that I am a member in good standing of the bar of Virginia.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 6th day of January, 2023.

2

/s/ Blake A. Weiner
Blake A. Weiner, VA Bar No. 94087
BLAKE WEINER LAW, PLLC
1806 Summit Avenue, Suite 300
Richmond, VA 23230
Telephone: (804) 482-1465
Email: bweiner@blakeweinerlaw.com