# VIRGINIA STATE BAR

## CERTIFICATE OF GOOD STANDING

THIS IS TO CERTIFY THAT **BLAKE ANDREW WEINER** IS AN ACTIVE MEMBER OF THE VIRGINIA

STATE BAR IN GOOD STANDING.  **MR. WEINER** WAS LICENSED TO PRACTICE LAW IN VIRGINIA ON

**FEBRUARY 15, 2019**, AFTER SUCCESSFULLY PASSING THE BAR EXAMINATION GIVEN BY THE BOARD

OF BAR EXAMINERS.

Issued January 5, 2023

*DaVida M. Davis*
**Director of Regulatory Compliance**