✎AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

**District of** Columbia

| United States of America | |
|---|---|
| Plaintiff(s), | **CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY** |
| V. | |
| ROBERT GIESWEIN | **CASE NUMBER:** 1:21-cr-00024-TNM-1 |
| Defendant(s), | |

Notice is hereby given that, subject to approval by the court, ROBERT GIESWEIN (Party (s) Name) substitutes Blake A. Weiner (Name of New Attorney), State Bar No. VA Bar #94087 as counsel of record in place of the Office of the Federal Public Defender (Ann Mason Rigby and Elizabeth Ann Mullin). (Name of Attorney (s) Withdrawing Appearance).

Contact information for new counsel is as follows:

- Firm Name: Blake Weiner Law, PLLC
- Address: 1806 Summit Avenue, Suite 300
- Telephone: 804-482-1465    Facsimile: N/A
- E-Mail (Optional): Bweiner@blakeweinerlaw.com

I consent to the above substitution.
Date: 1/10/2023

/s/ Robert Gieswein
(Signature of Party (s))

I consent to being substituted.
Date: 1/10/2023

*Elizabeth Mullin*
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 1/10/2023

/s/ Blake A. Weiner
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____

Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**

Print    Save As...    Export as FDF    Retrieve FDF File    Reset