UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ROBERT GIESWEIN,<br><br>        Defendant. | Crim. Action No. 21-24-1 (TNM) |

**ORDER**

Upon consideration of the Parties' Joint Motion to Continue Pretrial Deadlines, it is this ___ day of January, 2023, **ORDERED** that the motion is **GRANTED.** It is

**FURTHER ORDERED** that the pretrial schedule is modified as follows:

a. Any required notice pursuant to Fed. R. Evid. 404(b), currently due on January 20, 2023, shall be produced no later than February 17, 2023;

b. Any government expert notice and pretrial motions, currently due on February 17, 2023, shall be produced and/or filed no later than February 24, 2023;

c. Oppositions to any motions, currently due on March 10, 2023, shall be filed no later than March 15, 2023;

d. Replies to those oppositions, if any, which are currently due on March 17, 2023, shall be filed no later than March 22, 2023.

**SO ORDRED.**

_____
Date

_____
Trevor N. McFadden
United States District Judge