## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **Criminal No. 21-cr-24 (TNM)** |
| | : | |
| **ROBERT GIESWEIN,** | : | |
| | : | |
| **Defendant.** | : | |

### UNOPPOSED MOTION TO CONTINUE SENTENCING

The United States hereby respectfully moves the Court to continue the sentencing hearing in this matter, presently scheduled for June 9, 2023, to June 16, 22, or 23, 2023, or to another date convenient to the Court and the parties.

In support of this motion, the government states the following:

1. On March 6, 2023, the defendant entered a plea of guilty, and the Court set sentencing for June 9, 2023. *See* Minute Entry dated March 6, 2023.

2. At the time of the plea, undersigned counsel erroneously believed he was available on that date. Upon further reflection, counsel realized he is currently scheduled to be out of the jurisdiction for a family wedding that day.

3. Accordingly, the government moves for a brief continuance of sentencing in this matter to allow counsel to travel for the wedding.

4. The government submit that there is no prejudice to any party in a brief rescheduling of this matter. The government is asking for only a short continuance, and this motion is being filed more than 60 days ahead of the presently scheduled sentencing date.

5.  Undersigned counsel has consulted with Blake Weiner, Esq., counsel for Mr. Gieswein, and Mr. Weiner informed undersigned counsel that he does not oppose the relief requested by the government in this motion.

6.  All counsel are available on June 16, 22, and 23, 2023, if any of those dates are convenient for the Court.

WHEREFORE, the government requests that the Court grant the government's motion and enter the attached, proposed order.

                                      Respectfully Submitted,

                                      MATTHEW M. GRAVES
                                      UNITED STATES ATTORNEY
                                      D.C. Bar Number 481052

By:       */s/ Erik M. Kenerson*
            ERIK M. KENERSON
            OH Bar No. 82960
            JASON B.A. MCCULLOUGH
            NY Bar No. 4544953
            Assistant United States Attorneys
            601 D Street NW
            Washington, D.C. 20530
            Erik.Kenerson@usdoj.gov
            (202) 252-7201