UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **Criminal No. 21-cr-24 (TNM)** |
| | : | |
| **ROBERT GIESWEIN,** | : | |
| | : | |
| **Defendant.** | : | |

**ORDER**

Upon consideration of the government's motion to continue sentencing, it is this _____ day of April, 2023, ORDERED that the government's motion is GRANTED.

It is FURTHER ORDERED that the sentencing presently scheduled for June 9, 2023, is VACATED and rescheduled to _____, 2023, in Courtroom 2.

SO ORDERED.

_____
Trevor N. McFadden
United States District Judge