1

Thank you for taking the time to read this. In the months leading up to January 6th 2021 I had lost a very good job due to covid. My best friend Kyle Stevens was also shot in the chest December 2020. I did not think he would survive, and because of covid I could not visit him at the Hospital. Losing my job was devastating as I have worked nonstop since I was 14. Ever since my father past away January 28th 2018 I have needed a high paying job like the one I had to care for my widowed Mother, little sister, and my own family. Because of my unemployment my girlfriend of 6 years and myself started to have problems in our relationship.

When my girlfriend told me Trump wanted people to come to D.C to support him I was excited, but did not think I would be able to afford it. When I found out about the 600 dollar stimulus check I decided to come. I had watched the past couple Trump rally's in D.C on youtube. I saw violent counter protesters attacking people, and setting things ablaze. Because of this I decided to wear protective gear, and bring extra Medical supplies. I have wore similar gear at rallies in the past

On January 5th 2021 I attended the freedom plazza rally in D.C. While there I heard many people talk about violent counter protesters showing

up dressed as Trump supporters planning to attack people. When I told one man that was talking about this that I wished I had brought something to protect myself with. He told me he had an extra baseball bat in his car that I could have. Many people there were carrying large flag poles, batons, bats, pepper spray, and etc.

January 6th 2021 I did not antisipate going to the capitol. I also did not antisipate breaking the law or Assulting the police. I did go to the capitol. I wittnessed a huge riot and seen violence from the crowd and the police. I was mixed up in the mob and was not acting or thinking rashionally. I was given a can of what I assumed was pepper spray by a protestor. I did spray this at the police and go into a broken window. I was very emotional and was not behaving appropratly. It was not my intention to hurt the police I was mad and wanted them out of my way. I am terrably sorry to any law enforcement or protesters that were hurt by my actions. I am not a bad person. I just made some mistakes on a very crazy day and I am paying for those mistakes

After I returned home and got my stuff in order I turned myself in. When my bond was denied

I fell into a dark place. I have never been in trouble and this was very scary. Shortly after my incerceation my girlfriend left me. In March 2021 my little sister became very sick with a autoammune disorder. She had got so bad and lost so much muscle that my mom had to do everything for her including bathe her. It wasn't until resently they found out its a disorder called POTS. Shortly after my sister my mom also became sick in a simular way and found out she has lupus. It kills me that I am not home to help care for them expesally now that my mom has to go on disability.

I have many plans for the future including building my own home, and starting a family. I also came up with a buisness plan. I have always been very into Survival, Primative Skills, and homesteading. After being locked up for so long I decided I wanted to help people from becoming criminals. So I am going to open a survival school simular to the boyscouts that focuses on troubled youth. I will focus on community relationships with Green houses, Cloths drives, food drives, and helping the homeless. We will found the opration by donation, and selling produce/Livestock

In closing January 6th 2021 was one crazy day that I got mixed up in, and It

will never happen again. I made mistakes and can not explain why. I can say I am sorry and I have been paying for it. I am so ready to get back to my Mom and Sister to care for them. They are sick and they are the most important people in this world to me. They are all I have. I am ready to become a productive member of society again. I will accept any decision this court makes in my case. Thank you again for your time.

Robert Gieswein