Honorable Judge Trevor McFadden,

Hello, Your Honor, my name is Sheryl 'Sherry' Bashlor and I am Robert Gieswein's mother.  I am writing in hopes that you may see my son as I see him and as his friend's and family see him.  He has always been his sister's best friend and protector.  He is a warm and loving young man, who has never been in any sort of trouble before this, whatsoever.  He has worked as a Certified Nurse Aide in a long term care facility and was loved by all his residents there. Bobby has held second amendment walks since he was eighteen years old and legally able to carry a rifle. He has never had any problems or issues and would always call the city and county police offices to let him know that he was having a walk and what the route was. He had a very good relationship with local law enforcement and even wanted to become a police officer or a gunsmith.  His Godfather is a Sargent with the Oklahoma City Police Department, he is on the swat team, and is a trainer at the police academy and is a very big influence in Bobby's life.  My husband passed away in 2018, and while Bobby no longer lived at home, he stepped up and helped in so many ways.  It is just the three of us now, and my daughter and I feel such a loss in our lives without him here.  My daughter has had severe health issues during the time he has been gone and I have many health issues myself, including lupus.  So much has happened while he has been incarcerated, two and a half years has allowed him a lot of time for reflection.  He has missed so much, I pray he doesn't have to miss much more. His sister is a young lady now, and Bobby was her best friend.  I know with absolute certainty that he would never do anything that would risk his freedom or take him away from us again, we need each other.  I know he would like to start a family and begin the next phase of his life.  He will be an amazing father.  I will try not to make this overly long, being a mother I could honestly go on all day about the things that I think make him a wonderful man.  I feel like an unimaginable combination of factors led to what happened that day and what brings us here now.  I pray that you can see the amazing man that we know and love and let him come home to us.  Thank you, your honor for your time and consideration.

Very Sincerely,
Sheryl Bashlor
Mother of Robert Gieswein