My Best Friend Robert Geiswien is one of the most Honorable, Compassionate men I have ever met in my life. His sense of morality and wisdom is always a shining light whenever he's around, never ceasing to light up a room or a conversation.

There are countless things Robert has done to help me, his friends, his family, his pets and his community. Caring deeply about people is one of his strongest attributes and an absolute blessing to have in a friend. From helping me with my depression and suicidal thoughts after returning home from serving in the Army, to saving a malnourished Husky from a puppy mill, Roberts unwaivering commitment to his moral code always impresses me. I look at him as an excellent example of a good man and someone who always puts others first.

I truly believe Robert is the most loving person I've ever had the privilege to meet. If I ever have children, he will be my first choice as their Godfather which is a position I don't hand out lightly. He's great with kids and I've always admired that about him. Even going out to restaurants or stores he almost always strikes up a friendly conversation with random people he meets making new acquaintances all the time. I feel so honored to be one of his friends and hope more people will realize what a great guy he truly is.

In the end, Robert's character is one of great love and selflessness which has made a deep impact on many lives. I can't imagine where I'd be right now if I had never met him back in Highschool and I thank God all the time for bringing my Best Friend Robert Geiswien into my life.

                Kind Regards,
                Benjamin Rockel