# FEDERAL BUREAU OF INVESTIGATION

Date of entry    01/11/2021

N▮▮▮▮ V▮▮▮▮, employed as an officer with United States Capitol Police (USCP), phone number of ▮▮▮▮▮▮▮▮, email address of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ was interviewed telephonically on January 10, 2021. After being advised of the identity of the interviewing agent, V▮▮▮▮ provided the following information:

He was on duty assigned to the Cannon Building parking garage, on January 6, 2021, in a marked USCP uniform. At approximately 1:00PM, a pipe bomb was located at the Republican National Committee (RNC) offices located approximately 100 yards from the Cannon Building. At this time, they locked down the Cannon Building due to the bomb threat.

At approximately 3:00-3:30PM V▮▮▮▮ and approxiamtely 25-35 officers went through the tunnel connecting the Cannon building to the U.S. Capitol Building and entered the Capitol Visitor Center (CVC). Upon entry into the CVC, on the House side, they observed approximately 6-7 officers actively engaged with protestors/rioters, hereinafter referred to as unknown subjects (UNSUBS).

V▮▮▮▮ and the other officers who responded with him went to assist the other officers engaged with the UNSUBS. As they were actively engaged with the UNSUBS, an unknown subject (UNSUB 1) described as a white male, wearing a helmet, "desert camo" clothing, a vest, and goggles, took out an unknown chemical type aerosol agent and sprayed the group of officers around V▮▮▮▮. The unknown substance caused coughing and slight irritation of eyes. V▮▮▮▮ and his lieutenant grabbed UNSUB 1, fought with him, and took him to the ground attempting to place him in custody. At this time, the group of UNSUBS advanced on their position, pushed V▮▮▮▮ and his lieutenant back, pulling and freeing UNSUB 1.

When V▮▮▮▮ got to his feet, a fellow officer requested V▮▮▮▮'s

| | |
|---|---|
| Investigation on 01/10/2021 | at Washington, District Of Columbia, United States (Phone) |
| File # 89B-WF-3368293-N▮▮▮▮_V▮▮▮▮ | Date drafted 01/11/2021 |
| by ▮▮▮▮▮▮▮▮ | |

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

89B-WF-3368293-N█████_V█████

Continuation of FD-302 of (U) Interview of N█████ V█████ , On 01/10/2021 , Page 2 of 2

assistance with another unknown subject (UNSUB 2). V█████ went to that officer's location and assisted that officer with attempting to take UNSUB 2 into custody. Again, the crowd pushed forward and they were unable to take UNSUB 2 into custody. UNSUB 2 was able to get away from V█████ and the other officer. V█████ described UNSUB 2 as a white male, 50-60 years of age, wearing military gear (hunting style camouflage), a red white and blue baseball style hat with the word "TRUMP" written on it, and having brownish/blondish light colored hair. V█████ stated UNSUB 2's hat was left on the ground where they had fought him.

V█████ stated after this occurred he realized he was injured and reported his injuries as follows: left knee was injured, left foot big toe area, right ankle, 2 fingers on right hand had the fingernails ripped, 1 finger on left hand had fingernail ripped, facial bruises to forehead, left eye and left cheek, and left side lower back experiencing soreness. V█████ estimated the injuries were sustained during the fights with UNSUB 1 and UNSUB 2.

V█████ received medical treatment from the nurses station located in the Longworth building, but did not go to a hospital or have an x-ray taken of any of his injuries. V█████ stated his injuries are subsiding with the pain, and he is resting at home until he is cleared to go back to work.

Writer requested V█████ provide pictures of his injuries to writer to include with this investigation, and V█████ emailed writer photographs of his injuries.

Writer placed original notes into a Physical 1A file and attached digital copies to this serial.