FD-302 (Rev. 5-8-10)

# FEDERAL BUREAU OF INVESTIGATION

Date of entry   01/26/2021

▮▮▮▮ H▮▮▮▮, employed as a Lieutenant with United States Capitol Police (USCP), email address of ▮▮▮▮ personal cellular phone number of ▮▮▮▮, was interviewed at the United States Library of Congress (101 Independence Avenue SE, Washington, D.C.). After being advised of the identity of the interviewing Agent and the nature of the interview, H▮▮▮▮ provided the following information:

H▮▮▮▮ was scheduled to work at the United States Capitol Building on January 6, 2021 at 2:00PM. H▮▮▮▮ was aware of the protests that were taking place at the Capitol Building and decided to go into work sooner rather than his start time.

H▮▮▮▮ arrived on K Street a little before 2:00PM, parked his vehicle and walked to the subway tunnel connecting the Cannon Building to the Capitol Building. H▮▮▮▮ doesn't normally park on K Street, but due to the amount of protestors/rioters in the area he parked further away from the Capitol Building.

H▮▮▮▮ was dressed in his long sleeve class A uniform, with lieutenant bars on the shoulders, no helmet, no gas mask, and a dark blue face mask.

Upon entry into the Cannon Tunnel, H▮▮▮▮ passed an officer he knew (▮▮▮▮ ▮▮▮▮) and saw blood coming down ▮▮▮▮'s face. H▮▮▮▮ was able to gather approximately 10-12 USCP officers, and walked to the Capitol Visitor Center (CVC).

Upon arrival at the CVC, H▮▮▮▮ observed a small group of USCP officers attempting to hold back a larger group of unknown subjects (UNSUBS) near a set of double doors leading into the CVC.

H▮▮▮▮, and the officers he was with, reinforced the group of USCP officers and engaged the protestors. H▮▮▮▮ grabbed the first subject

---

Investigation on  01/26/2021  at  Washington, District Of Columbia, United States (In Person)

File #  89B-WF-3368293-N▮▮▮▮_V▮▮▮▮, 176-WF-3366759-GIESWEIN,
89B-WF-3376938                                                    Date drafted  01/26/2021

by  ▮▮▮▮

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

(UNSUB 1) he saw, and passed the subject to the rear of the line asking the officers to handcuff the subject and arrest him.

H█████ then tried to arrest a second subject (UNSUB 2), and upon grabbing UNSUB 2 to arrest him, another unknown subject (UNSUB 3) reached over the shoulder of UNSUB 2 and sprayed H█████ in the eyes with an oleoresin capsicum (OC) type spray.

H█████ described the effect of the OC spray, sprayed by UNSUB 3, as making his eyes water, coughing, and a burning sensation. H█████ knew what OC spray effects are from being sprayed by OC in the past on multiple occasions as part of his employment with USCP.

After being sprayed by the OC spray from UNSUB 3, H█████ let go of UNSUB 2 and grabbed UNSUB 3. USCP Officer N████ V█████ came to H█████ position and also grabbed UNSUB 3. While attempting to arrest UNSUB 3, UNSUB 3 was actively resisting arrest, and H█████ remembered UNSUB 3 attempting to punch H█████ by taking "swings" at him. H█████ did not think UNSUB 3 was able to connect any of the punches, but couldn't remember due to the crowd around them, and actively trying to arrest UNSUB 3.

UNSUB 3, H█████ and V█████ went to the ground during the attempted arrest. At this point, the crowd UNSUB 3 was in, advanced on their position, grabbed UNSUB 3, and pulled him away from H█████ and V█████.

H█████ described UNSUB 3 as follows: White male, approximately 5'8 or a little taller, in his 30's, wearing goggles, a green in color newer style military helmet with a rail system on the front, wearing full military "garb", and had a ceramic like breast plate on with an unknown object near the bottom of the vest or stomach area. H█████ also recalled UNSUB 3 had a bat in his backpack, and that stuck out because he was concerned about UNSUB 3 using the bat.

After UNSUB 3 was able to get away from H█████ and V█████, H█████ recalled hearing about shots being fired near the House Gallery.

At this point, H█████ told all of the officers and the crowd of unknown subjects (UNSUBS) to quiet down and listen to him. All UNSUBS and USCP officers stopped engaging each other when H█████ told everyone to listen to him. H█████ told the UNSUBS that a shooting had occurred near

89B-WF-3368293-N▮▮▮▮_V▮▮▮▮

Continuation of FD-302 of　(U) Interview of H▮▮▮ H▮▮▮▮　,On　01/26/2021　,Page　3 of 3

the House Chambers and asked them if they wanted to be associated with that. The UNSUBS said no and began walking away from the CVC area toward the escalators.

H▮▮▮ also recalled an unknown subject (UNSUB 4) described as a "large" (muscular) white male, in a black tank top shirt, and bald head. UNSUB 4 was described as being one of the main agitators in the CVC, though HOPKINS did not have physical contact with UNSUB 4.

H▮▮▮ left a group of USCP officers at the CVC double door entrance, and took another group of USCP officers to the north doors on the 3rd floor near the House Chambers, to assist with other USCP officers engaged with other rioters.

While at the north doors, H▮▮▮ stated UNSUBS on the exterior door sprayed OC type spray through the door at the USCP officers until they were able to close the doors.

H▮▮▮ stated he received several scratches and bruises on his left arm and hands but could not recall when specifically those injuries were sustained. H▮▮▮ also was sprayed by numerous chemical agents on January 6, 2021.