UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | No. 21-CR-24 (TNM) |
| | : | |
| ROBERT GIESWEIN, | : | |
| Defendant. | : | |

## GOVERNMENT'S NOTICE OF CORRECTED MEMORANDUM

The United States of America, by and through undersigned counsel, hereby notifies the Court and counsel that it filed a corrected sentencing memorandum on June 17, 2023, after realizing that the memorandum contained a mistakenly inaccurate representation. The original memorandum stated that Joshua Pruitt was sentenced to 60 months' incarceration. Mr. Pruitt was actually sentenced to 55 months' incarceration. The corrected memorandum, filed at ECF 148, corrects that error, for which undersigned counsel apologizes to the Court and the defense. The government hereby withdraws its original memorandum, ECF 147.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By: __/s/ *Erik M. Kenerson*__
ERIK M. KENERSON, OH Bar 82960
JASON B.A. MCCULLOUGH,
D.C. Bar 998006, NY Bar 4544953
U.S. Attorney's Office for the District of Columbia
Assistant United States Attorneys
601 D Street NW
Washington, D.C. 20530
(202) 252-7201
Erik.Kenerson@usdoj.gov