UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | : | |
| --- | --- | --- |
| | : | |
| v. | : | Case No.:  21-cr-24 (TNM) |
| | : | |
| ROBERT GIESWEIN, | : | |
| Defendant. | : | |

## UNITED STATES' REPORT AND POSITION REGARDING PUBLIC RELEASE OF VIDEO EVIDENCE

The government hereby provides notice on the docket that it has provided the following video exhibits to the Court and defense counsel ahead of the sentencing scheduled for today:

| Number | File Name | Source | Description |
| --- | --- | --- | --- |
| 1 | RG Sentencing Ex. 1.mp4 | U.S. Capitol Police | Radio Run Excerpt |
| 2 | RG Sentencing Ex. 2.mp4 | Metropolitan Police Department | Body-Worn Camera Video |
| 3 | RG Sentencing Ex. 3.mp4 | Open Source | Video of West Plaza |
| 4 | RG Sentencing Ex. 4.mp4 | U.S. Capitol Police | CCTV video |
| 5 | RG Sentencing Ex. 5.mp4 | Open Source | Interview Video |
| 6 | RG Sentencing Ex. 6.mp4 | Open Source | Video Under Inaugural Scaffolding |
| 7 | RG Sentencing Ex. 7.asf | U.S. Capitol Police | CCTV Video |
| 8 | RG Sentencing Ex. 8.mp4 | Open Source | Video Near Senate Wing Door |
| 9 | RG Sentencing Ex. 9.mp4 | U.S. Capitol Police | CCTV Video |
| 10 | RG Sentencing Ex. 10.mp4 | U.S. Capitol Police | CCTV Video |
| 11 | RG Sentencing Ex. 11.mp4 | Metropolitan Police Department | Body Worn Camera |

The Government does not object to the public release of the above-listed videos.

        Respectfully submitted,

        MATTHEW M. GRAVES
        United States Attorney
        DC Bar No. 481052

By:   /s/ *Erik M. Kenerson*
ERIK M. KENERSON, OH Bar 82960
JASON B.A. MCCULLOUGH,
D.C. Bar 998006, NY Bar 4544953
U.S. Attorney's Office for the District of Columbia
Assistant United States Attorneys
601 D Street NW
Washington, D.C. 20530
(202) 252-7201
Erik.Kenerson@usdoj.gov

## CERTIFICATE OF SERVICE

On November 10, 2021, a copy of the foregoing was served on counsel of record for the defendant via the Court's Electronic Filing System.

        /s/ *Grace Albinson*
        GRACE ALBINSON
        Trial Attorney
        Capitol Riot Detailee